IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor V. Stockinger (CA 226359)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (DC 25619)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Movant
GlaxoSmithKline

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5702 WHA<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PARTIES PURSUANT TO CIVIL L.R. 3-16<br><br>Demand for Jury Trial |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associates of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | | |
|---|---|---|
| GlaxoSmithKline Holdings (Americas) Inc. | Sole shareholder | Financial Interest |
| GlaxoSmithKline plc | Parent Corporation | Financial Interest |

Dated: November 9, 2007

Respectfully submitted,

IRELL & MANELLA LLP
ARNOLD & PORTER LLP

By: _____
Alexander F. Wiles
Attorneys for Plaintiff
GlaxoSmithKline

OF COUNSEL:
Timothy A. Thelen
Assistant General Counsel
GlaxoSmithKline
Five Moore Drive
P.O. Box 13398
Research Triangle Park
North, Carolina  27709
Phone: (919) 483-1480
Fax: (704) 899-9234
e-mail: tim.a.thelen@gsk.com

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1775392.1

- 1 -

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES - Case No. C 07-5702 WHA