FILED

NOV 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SMITHKLINE BEECHAM CORPORATION,

    Plaintiff,

    v.

ABBOTT LABORATORIES,

    Defendant.
_____/

No. C 07-5702 CW

ORDER RESCHEDULING
INITIAL CASE
MANAGEMENT CONFERENCE
AND MODIFYING
CORRESPONDING
DEADLINES

    On this date, the Court signed an order relating this case to In re Abbott Laboratories Norvir Antitrust Litigation, Case No. 04-1511 and Safeway Inc. v. Abbott Laboratories, Case No. 07-5470. The Court now reschedules the initial case management conference from February 14, 2008 to December 11, 2007 at 2:00 p.m., to coincide with the case management conference in Case No. 07-5470. The parties shall meet and confer regarding their initial disclosures, early settlement, ADR process selection and a discovery plan by November 27, 2007. The discovery plan shall take into account the possible consolidation of this case with Case No. 04-1511 and Case No. 07-5470. The parties' Rule 26(f) report and case management statement shall be filed with the Court no later than December 4, 2007. The additional deadlines contained in the

original Order Setting Initial Case Management Conference and ADR Deadlines are modified accordingly, based on the new initial case management conference date of December 11, 2007 and the other dates set forth in this Order. The Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup is vacated; the parties are referred to the undersigned judge's standing orders.

IT IS SO ORDERED.

Dated: NOV 19 2007

CLAUDIA WILKEN
United States District Judge

2