Alexander F. Wiles (SBN 73596)
Brian Hennigan (SBN 86955)
Stephanie Kaufman (SBN 162644)
Trevor V. Stockinger (SBN 226359)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile:  310-203-7199

Attorneys for Plaintiff
SMITHKLINE BEECHAM CORPORATION d/b/a/
GLAXOSMITHKLINE

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone: 415-591-1000
Facsimile:  415-591-1400

Attorney for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Abbott Laboratories,<br><br>　　　　Defendant. | **Case No. C07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Date Complaint Filed:  November 9, 2007 |

WHEREAS on November 9, 2007 Plaintiffs SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE ("GSK") filed its complaint against Defendant ABBOTT LABORATORIES ("Defendant");

WHEREAS on November 14, 2007 GSK served Defendant with its Complaint and, shortly thereafter, the case was related to existing Case No. C-04-01511 CW *Doe 1 et al. v. Abbott Laboratories* and reassigned to the Honorable Claudia Wilken;

WHEREAS this Joint Stipulation does not alter the date of any event or deadline already fixed by Court order;

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for GSK and Defendant, and pursuant to Local Rule 6-1, that the time for Defendant to answer, or otherwise respond to GSK's complaint is extended by 30 (thirty) days from the original December 4, 2007 deadline and that, if Defendant files a motion under Rule 12 or a motion related to venue, it will not notice those motions for hearing on a date earlier than February 21, 2008, and will serve such motions so that GSK has at least 28 days to file its opposition. Accordingly, Abbott's response to the GSK complaint is now due on or before January 3, 2008. Nothing herein shall change or otherwise affect any dates currently set per the Court's scheduling order with regard to initial disclosures, the Rule 26(f) conference or other matters.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: ___November 28, 2007___     By: __/s/ Alexander F. Wiles_____
                                       Alexander F. Wiles
                                       IRELL & MANELLA LLP
                                       Counsel for Plaintiff


Dated: ___November 28, 2007___     By: __/s/ Nicole M. Norris_____
                                       Nicole M. Norris
                                       WINSTON & STRAWN LLP
                                       Counsel for Defendant

**GENERAL ORDER 45 ATTESTATION**

I, Nicole M. Norris, am the ECF User whose ID and password was used to file this Joint Stipulation to Extend Time to Answer or Otherwise Respond.  In compliance with General Order 45, X.B., I hereby attest that Alexander F. Wiles, counsel for GSK, concurred in this filing.

Dated:  ___November 28, 2007___           By:  /s/ Nicole M. Norris_____
                                                                               Nicole M. Norris
                                                                               WINSTON & STRAWN LLP
                                                                               Counsel for Defendant

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**