Nicole M. Norris (SBN 222785)
David J. Doyle (*Pro Hac Vice Admission Pending*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

Attorney for Defendant
ABBOTT LABORATORIES



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>    Plaintiff,<br><br>v.<br><br>Abbott Laboratories,<br><br>    Defendant. | Case No. C07-5702 (CW)<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Date Complaint Filed: November 9, 2007 |

Pursuant to Civil L.R. 11-3, David J. Doyle, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;

3. I am already admitted *pro hac vice* for the related case In re Abbott Laboratories,

1  Case No. C-04-1511 (CW) and have already been issued an electronic case filing login and
2  password; and,

3      4.    An attorney who is a member of the bar of this Court in good standing who maintains
4  an office within the State of California has been designated as co-counsel in the above-entitled
5  action. The name, address and telephone number of that attorney is:

> Nicole M. Norris (SBN 222785)
> WINSTON & STRAWN LLP
> 101 California Street,
> San Francisco, California 94111-5894
> Telephone:  415.591.1000
> Facsimile:  415.591.1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 27, 2007

*/s/ David J. Doyle*

DAVID J. DOYLE