Nicole M. Norris (SBN 222785)
James F. Hurst (*Pro Hac Vice Admission Pending*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

Attorney for Defendant
ABBOTT LABORATORIES



FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>Plaintiff,<br><br>v.<br><br>Abbott Laboratories,<br><br>Defendant. | Case No. C07-05702 (CW)<br><br>*Related per November 19, 2007 Order to* Case No. C-04-1511 (CW)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Date Complaint Filed: November 9, 2007 |

Pursuant to Civil L.R. 11-3, James F. Hurst, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;

3. I am already admitted *pro hac vice* for the related case In re Abbott Laboratories,

1  Case No. C-04-1511 (CW) and have already been issued an electronic case filing login and
2  password; and,
3      4.    An attorney who is a member of the bar of this Court in good standing who maintains
4  an office within the State of California has been designated as co-counsel in the above-entitled
5  action. The name, address and telephone number of that attorney is:

      Nicole M. Norris  (SBN 222785)
      WINSTON & STRAWN LLP
      101 California Street,
      San Francisco, California  94111-5894
      Telephone:   415.591.1000
      Facsimile:    415.591.1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 26, 2007

JAMES F. HURST