Nicole M. Norris (SBN 222785)
Samuel S. Park (*Pro Hac Vice Admission Pending*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

Attorney for Defendant
ABBOTT LABORATORIES

FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>    Plaintiff,<br><br>v.<br><br>Abbott Laboratories,<br><br>    Defendant. | Case No. C07-5702 (CW)<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Date Complaint Filed:  November 9, 2007 |

Pursuant to Civil L.R. 11-3, Samuel S. Park, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;

3.  I am already admitted *pro hac vice* for the related case In re Abbott Laboratories,

Case No. C-04-1511 (CW) and have already been issued an electronic case filing login and password; and,

4. An attorney who is a member of the bar of this Court in good standing who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Nicole M. Norris  (SBN 222785)
> WINSTON & STRAWN LLP
> 101 California Street,
> San Francisco, California 94111-5894
> Telephone:   415.591.1000
> Facsimile:   415.591.1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 26, 2007

SAMUEL S. PARK