File by FAX

Nicole M. Norris (SBN 222785)
Samuel S. Park (*Pro Hac Vice Admission Pending*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

Attorney for Defendant
ABBOTT LABORATORIES

**FILED**
NOV 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
NOV 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>  Plaintiff,<br><br>v.<br><br>Abbott Laboratories,<br><br>  Defendant. | Case No. C07-05702 ~~(WHA)~~(CW)<br>C04-1511 (CW)<br><br>[~~PROPOSED~~] ORDER RE: APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Complaint Filed: November 9, 2007 |

Samuel S. Park, an active member in good standing of the bar of Illinois and New York, whose business address and telephone number is Winston & Strawn LLP, 35 W. Wacker Drive, Chicago Illinois 60601-9703; Telephone 312.558.5600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT LABORATORIES.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  *vice.* Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order no. 45, *Electronic Case Filing.*

4
5  Dated: _NOV 8 2007_

                                          CLAUDIA WILKEN
                                          United States District Judge

SF:189302.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894