1  | Nicole M. Norris (SBN 222785)
2  | David J. Doyle (*Pro Hac Vice Admission Pending*)
   | WINSTON & STRAWN LLP
   | 101 California Street
3  | San Francisco, CA 94111-5894
   | Telephone: 415-591-1000
4  | Facsimile: 415-591-1400
   | Email: nnorris@winston.com
5  |
6  | Attorney for Defendant
   | ABBOTT LABORATORIES
7  |
8  |
9  |

**FILED**

NOV 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**R E C E I V E D**

NOV 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*(left margin, vertical)* Filed by FAX

*(left margin, vertical)* Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

10 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline, | Case No. C07-05702 (~~WHA~~) (CW) |
| Plaintiff, | C04-0511 (CW) |
| v. | [~~PROPOSED~~] ORDER RE: APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Abbott Laboratories, | |
| Defendant. | Date Complaint Filed: November 9, 2007 |

    David J. Doyle, an active member in good standing of the bar of Illinois, whose business

address and telephone number is Winston & Strawn LLP, 35 W. Wacker Drive, Chicago Illinois

60601-9703; Telephone 312.558.5600, having applied in the above-entitled action for admission to

practice in the Northern District of California on a *pro hac vice* basis, representing ABBOTT

LABORATORIES.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: NOV 30 2007

CLAUDIA WILKEN
United States District Judge

SF:189304.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894