

1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596)
2  Brian Hennigan (CA 86955)
   Stephanie Kaufman (CA 162644)
3  Trevor V. Stockinger (CA 226359)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:  (310) 203-7199

6  ARNOLD & PORTER LLP
   Kenneth A. Letzler
7  555 Twelfth Street, NW
   Washington, DC  20004-1206
8  Telephone:  (202) 942-5000
   Facsimile:  (202) 942-5999

9
   Attorneys for Plaintiff
10 GlaxoSmithKline

11

12                 **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14                       **OAKLAND DIVISION**

15 SmithKline Beecham Corporation d/b/a/       )   **Case No. C07-5702 (CW)**
   GlaxoSmithKline,                            )
16                                             )   *Related per November 19, 2007 Order to*
                        Plaintiff,             )   *Case No. C-04-1511 (CW)*
17                                             )
        v.                                     )
18                                             )   **APPLICATION FOR ADMISSION OF**
   Abbott Laboratories,                        )   **ATTORNEY** *PRO HAC VICE*
19                                             )
                        Defendant.             )
20 _____    )   Date Complaint Filed:  November 9, 2007

21

22         Pursuant to Civil L.R. 11-3, Kenneth A. Letzler, an active member in good standing of the

23 bar of the District of Columbia, hereby applies for admission to practice in the Northern District of

24 California on a *pro hac vice* basis, representing GlaxoSmithKline in the above-entitled action.

25         In support of this application, I certify on oath that:

26         1.      I am an active member in good standing of a United States Court or of the highest

27 court of another State or the District of Columbia, as indicated above;

28

1       2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

2    Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar

3    with the Local Rules and the Alternative Dispute Resolution programs of this Court;

4       3.      An attorney who is a member of the bar of this Court in good standing who

5    maintains an office within the State of California has been designated as co-counsel in the above-

6    entitled action.  The name, address and telephone number of that attorney is:

7              Alexander F. Wiles (CA 73596)
               IRELL & MANELLA LLP
8              1800 Avenue of the Stars, Suite 900
               Los Angeles, California 90067-4276
9              Telephone:   (310) 277-1010
               Facsimile:   (310) 203-7199
10

11   I declare under penalty of perjury that the foregoing is true and correct.

12

13   Dated: November 30, 2007                    *Kenneth A. Letzler*

14                                               KENNETH A. LETZLER

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1786706            APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*