Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ABBOTT LABORATORIES TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Date:** February 21, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |

[Proposed] Order Granting Motion of Abbott Laboratories to Transfer
C-07-5702 CW

Having considered Defendant Abbott Laboratories' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), and finding good cause therefore, Defendant's Motion to Transfer is GRANTED.

Accordingly, Plaintiffs' complaint, is ordered transferred to the Northern District of Illinois.

Dated: _____  By: _____
                                             Hon. Claudia Wilken
                                             United States District Judge

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

1
[Proposed] Order Granting Motion of Abbott Laboratories to Transfer
C-07-5702 CW