Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | Case No. C-07-5702 CW<br><br>Related to:<br><br>Case No. C-04-1511<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Date:        February 21, 2008**<br>**Time:        2:00 p.m.**<br>**Courtroom:  2 (4th Floor)**<br>**Judge:        Hon. Claudia Wilken** |

## MANUAL FILING NOTIFICATION

Regarding:    **DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

101 California Street
San Francisco, CA 94111-5894

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description)

DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES'
MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

101 California Street
San Francisco, CA 94111-5894