Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>**Date:** February 21, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |

**I.   NOTICE OF MOTION**

TO PLAINTIFFS AND HIS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN Defendant Abbott Laboratories ("Abbott") will and hereby does move the Court for Miscellaneous Administrative Relief to file Exhibit A to the Declaration of Nicole M. Norris In Support Of Abbott's Motion To Transfer ("Norris Declaration"). Abbott's Motion for Miscellaneous Administrative Relief is based on this Notice of Motion and Motion, the Declaration of Nicole M. Norris filed herewith, and any further material and argument presented to the Court related to Abbott's Motion To Transfer Pursuant to 28 U.S.C § 1404(a).

**II.   BASIS FOR MOTION**

In support of its motion, Abbott states that it has filed Exhibit A to the Norris Declaration under seal because it was produced by plaintiff GSK in the related case, *SEIU, et al v. Abbott Laboratories*, Case No. 04-1511, also pending before this Court. GSK produced the document pursuant to the protective order governing *SEIU, et al v. Abbott Laboratories*. Thus, Abbott files this document under seal pursuant to Local Rule 79-5(d) because of GSK's assertion of confidentiality.

**III.   CONCLUSION**

In order to protect the confidential information of plaintiff, Abbott respectfully requests this Court grant Abbott's request to place Exhibit A to the Declaration of Nicole M. Norris In Support Of Abbott's Motion To Transfer Pursuant To 28 U.S.C. § 1404(a) under seal.

Dated: December 11, 2007            WINSTON & STRAWN LLP

                                    By:   /s/ Nicole M. Norris
                                          Nicole M. Norris
                                          Attorneys for Defendant
                                          ABBOTT LABORATORIES

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894