Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL**<br><br>**Date:        February 21, 2008**<br>**Time:        2:00 p.m.**<br>**Courtroom:    2 (4th Floor)**<br>**Judge:       Hon. Claudia Wilken** |

[Proposed] Order Granting Motion to File Exhibit Under Seal
C-07-5702 CW

Having considered Defendant Abbott Laboratories' Administrative Motion to File Exhibit A to the Declaration of Nicole M. Norris in support of Motion of Abbot Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a) Under Seal, and finding good cause therefore, Defendant's Motion is GRANTED.

Accordingly, Exhibit A to the Declaration of Nicole M. Norris in support of Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a) shall be filed UNDER SEAL.

Dated: _____    By: _____
                                         Hon. Claudia Wilken
                                         United States District Judge

SF:191020.1

**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703