

1

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Case No. C 07-5702 CW <br><br> *Related per November 19, 2007 Order to* <br><br> Case No. C-04-1511 CW <br><br> **DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL** <br><br> **Date:** **February 21, 2008** <br> **Time:** **2:00 p.m.** <br> **Courtroom:** **2 (4th Floor)** <br> **Judge:** **Hon. Claudia Wilken** |

I, NICOLE M. NORRIS, declare:

1.    I am an attorney at law, admitted to practice in this Court for this matter.    I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2.    I submit this Declaration under Local Rule 79-5(d) in support of the sealing of Exhibit A to the Declaration of Nicole M. Norris in support of Abbott's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) that has been designated "highly confidential" by Plaintiff, Smith Kline Beechem d/b/a GlaxoSmithKline ("GSK").

3.    GSK produced this document as a third party in *SEIU, et al v. Abbott Laboratories*, Case No. 04-1511, pending before this Court.  When GSK produced this document, it produced it under the existing protective order in that case as highly confidential.

4.    Thus, in order to preserve the confidentiality asserted by GSK, Abbott seeks to file Exhibit A to the Declaration of Nicole Norris in support of Abbott's Motion to Transfer under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, this 11th day of December, 2007.

                                        /s/ Nicole M. Norris
                                        Nicole M. Norris

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894