IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor V. Stockinger (CA 226359)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

FILED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
DEC - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>Plaintiff,<br><br>v.<br><br>Abbott Laboratories,<br><br>Defendant. | Case No. C07-5702 (CW)<br><br>Related Case No. C-04-1511 (CW)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Date Complaint Filed: November 9, 2007 |

Kenneth A. Letzler, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Arnold & Porter, 555 Twelfth Street, NW, Washington, DC 20004-1206; Telephone 202.942.5000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GlaxoSmithKline.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1788766.

*vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/6/07

CLAUDIA WILKEN
United States District Judge