1  Nicole M. Norris (SBN 222785)
   WINSTON & STRAWN LLP
2  101 California Street, Suite 3900
   San Francisco, CA 94111-5894
3  Telephone:     415-591-1000
   Facsimile:     415-591-1400
4  Email: nnorris@winston.com

5  James F. Hurst (*Admitted Pro Hac Vice*)
   David J. Doyle (*Admitted Pro Hac Vice*)
6  Samuel S. Park (*Admitted Pro Hac Vice*)
   WINSTON & STRAWN LLP
7  35 W. Wacker Drive
   Chicago, IL 60601-9703
8  Telephone:     312-558-5600
   Facsimile:     312-558-5700
9  Email: jhurst@winston.com; ddoyle@winston.com;
   spark@winston.com
10
   Attorneys for Defendant
11 ABBOTT LABORATORIES

12              UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA

14              OAKLAND DIVISION

15

16 SMITHKLINE BEECHEM CORPORATION, )   Case No. C-07-5702 CW
   d/b/a GLAXOSMITHKLINE,          )
                                   )   Related to:
17              Plaintiff,         )
                                   )   Case No. C-04-1511
18     vs.                         )
                                   )   **DECLARATION OF JOHN POULOS**
19 ABBOTT LABORATORIES,            )   **IN SUPPORT OF ABBOTT**
                                   )   **LABORATORIES' MOTION TO**
20              Defendant.         )   **TRANSFER PURSUANT TO 28 U.S.C. §**
                                   )   **1404(a)**
21                                 )
                                   )   **Date:       February 21, 2008**
22                                 )   **Time:       2:00 p.m.**
                                   )   **Courtroom:  2 (4th Floor)**
23                                 )   **Judge:      Hon. Claudia Wilken**

24

25        I, John Poulos, declare as follows:

26        1.     I am over 18 years of age and state that, if called upon, I could testify to

27 the truth of the following facts based on my personal knowledge.

28

DECLARATION OF JOHN POULOS
Case No. C 07-5702 CW

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2.      I am an employee of Abbott Laboratories and currently hold the position of Group Vice President of Licensing and New Business Development.  I have worked for Abbott for approximately thirty years.

3.      Abbott is one of the largest companies in Illinois and employs thousands of Illinois residents in its Abbott Park, Illinois facilities.  Abbott conducts all of its domestic human immunodeficiency virus (or HIV) pharmaceutical operations out of its Illinois facility. Abbott invented and developed ritonavir (marketed under the trade name Norvir®) and lopinavir (marketed in combination with ritonavir under the trade name Kaletra®) in Illinois, as confirmed by the cover of Abbott's patents for these drug compounds listing Illinois inventors.

4.      On behalf of Abbott, I negotiated the Non-Exclusive License Agreement by and between Abbott and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") dated December 13, 2002.

5.      Other Abbott employees and I negotiated this license agreement out of Abbott's headquarters in Illinois with GSK employees Beth French and John Keller out of Philadelphia, and Karen Key out of North Carolina.  All meetings between Abbott and GSK to negotiate the license agreement occurred in Durham, North Carolina.  None of the negotiations took place in California, and no California residents were involved in the negotiations.

6.      The agreement was signed on behalf of Abbott in Illinois.  It was signed on behalf of GSK in Philadelphia, Pennsylvania.

7.      I understand that this lawsuit concerns the December 2003 price increase Abbott implemented on Norvir and whether the price increase impacted sales of GSK's drug, Lexiva.  I note that GSK has raised the price of Lexiva five times since the Norvir price increase. At its daily recommended dosage of four tablets for a stand-alone drug, Lexiva cost $32 per day back in December 2003.  Now, it costs $40.80, an increase of nearly $9 per day.  This exceeds the dollar amount of Norvir's increase – $6.86 at the drug's most common daily dose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Executed in Abbott Park, Illinois, this 11th day of December, 2007.

_____
John Poulos