Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  312-558-5600
Facsimile:  312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C-07-5702 CW<br><br>Related to:<br><br>Case No. C-04-1511<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Date:        February 21, 2008**<br>**Time:        2:00 p.m.**<br>**Courtroom:   2 (4th Floor)**<br>**Judge:       Hon. Claudia Wilken** |

Case No. C-07-5702 CW - DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

CHI:2018392.1

I, Nicole M. Norris, declare:

1. I am an attorney at law, duly licensed to practice law in California and before this Court. . I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this declaration in that capacity.

2. I submit this declaration in support of Abbott Laboratories' Motion To Transfer Pursuant to 28 U.S.C. § 1404(a). The statements contained herein are based on my own personal knowledge unless otherwise stated.

3. A true and correct copy of an internal memo of Plaintiff GSK from February 2004 is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California, this 11th day of December 2007.

/s/  Nicole M. Norris
Nicole M. Norris

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

2
CASE NO. C-07-5702 CW - DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF
ABBOTT LABORATORIES' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

CHI:2018392.1

# EXHIBIT A

# EXHIBIT A TO DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND ABBOTT'S REQUEST TO FILE EXHIBITS UNDER SEAL