IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Stephanie Kaufman (CA 162644) skaufman@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>                    Plaintiff,<br><br>        v.<br><br>Abbott Laboratories,<br><br>                    Defendant. | **Case No. C07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL** |

1  Having considered Defendant Abbott Laboratories' Administrative Motion to File Exhibit
2  A to the Declaration of Nicole M. Norris in Support of Motion of Abbott Laboratories to Transfer
3  Under Seal, and finding good cause therefore, Defendant's Motion is GRANTED.
4  Accordingly, Exhibit A to the Declaration of Nicole M. Norris in Support of Abbott's
5  Motion to Transfer shall be filed UNDER SEAL.

8  Dated:_____

Hon. Claudia Wilken
United States District Judge