Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Case No. C 07-5702 CW <br><br> *Related per November 19, 2007 Order to* <br><br> Case No. C-04-1511 CW <br><br> **AMENDED NOTICE OF MOTION OF ABBOTT LABORATORIES' TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** <br><br> **Date:** March 6, 2008 <br> **Time:** 2:00 p.m. <br> **Courtroom:** 2 (4th Floor) <br> **Judge:** Hon. Claudia Wilken |

# NOTICE OF MOTION

## TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on **March 6, 2008** at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2, before the Honorable Claudia Wilken, in the United States District Court for the Northern District of California, Oakland Division, defendant Abbott Laboratories will move this Court pursuant to 28 U.S.C. § 1404(a) to transfer the case filed by Plaintiff SmithKline Beecham Corporation d/b/a GlaxoSmithKline on November 7, 2007 to the Northern District of Illinois. This motion is supported by the Memorandum of Points and Authorities in support of Abbott Laboratories' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) filed December 11, 2007, the Declarations of Nicole M. Norris and John Poulos in support of Abbott Laboratories' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) filed December 13, 2007, pleadings and documents on file with the Court, and such other argument or evidence as may be presented at the hearing on the motion.

Dated: January 2, 2008            WINSTON & STRAWN LLP

                                  By:  /s/ Nicole M. Norris
                                       Attorneys for Defendant
                                       ABBOTT LABORATORIES

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703