Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**ORDER GRANTING ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL**<br><br>**Date:**　　February 21, 2008<br>**Time:**　　2:00 p.m.<br>**Courtroom:**　2 (4th Floor)<br>**Judge:**　　Hon. Claudia Wilken |

Having considered Defendant Abbott Laboratories' Administrative Motion to File Exhibit A to the Declaration of Nicole M. Norris in support of Motion of Abbot Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a) Under Seal, and finding good cause therefore, Defendant's Motion is GRANTED.

Accordingly, Exhibit A to the Declaration of Nicole M. Norris in support of Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a) shall be filed UNDER SEAL.

Dated: 1/7/08

By: /s/ Claudia Wilken
Hon. Claudia Wilken
United States District Judge

SF:191020.1