Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Pro Hac Vice Pending*)
WINSTON & STRAWN
1700 K. Street, N.W.,
Washington, D.C., 20006-3817
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFF'S CLAIMS PURSUANT TO 12(b)(6)**<br><br>**Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |

1
DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT'S MOTION TO DISMISS
CASE NO. C 07-5702 CW

I, Nicole M. Norris, declare:

1. I am an attorney at law admitted to practice in this Court for this matter. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2. Attached hereto as Exhibit A is a true and correct copy of the Non-Exclusive License Agreement dated December 13, 2002 between Abbott and Plaintiff concerning Abbott's patented AIDS drug Norvir®.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California, this 24th day of January, 2008.

                                                        /s/ Nicole M. Norris
                                                          Nicole M. Norris

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5894**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION** | Case No. C-07-5702 CW<br>Related to Case No. C-04-1511 |

# EXHIBIT A TO THE DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFF'S CLAIMS PURSUANT TO 12(b)(6) FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND ABBOTT'S REQUEST TO FILE EXHIBITS UNDER SEAL