Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Pro Hac Vice Pending*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:   202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ABBOTT LABORATORIES TO DISMISS PLAINTIFF'S CLAIMS PURSUANT TO 12(b)(6)**<br><br>**Date:**　　**March 6, 2008**<br>**Time:**　　**2:00 p.m.**<br>**Courtroom:　2 (4th Floor)**<br>**Judge:**　　**Hon. Claudia Wilken** |

Having considered Defendant Abbott Laboratories' Motion to Dismiss Plaintiff's Claims Pursuant to 12(b)(6), and finding good cause therefore, Defendant's Motion to Transfer is GRANTED.

Accordingly, Plaintiff's complaint, is DISMISSED with prejudice.

Dated: _____    By: _____
                                                                    Hon. Claudia Wilken
                                                                    United States District Judge

SF:195151.1

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703