Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Pro Hac Vice Pending*)
WINSTON & STRAWN
1700 K. Street, N.W.,
Washington, D.C., 20006-3817
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF ABBOTT LABORATORIES' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

---

1
DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF ABBOTT'S MISCELLANEOUS
ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL - CASE NO. C 07-5702 CW

I, CHARLES B. KLEIN, declare:

1. I am an attorney at law, with a *pro hac vice* application pending for admittance to practice in this Court for this matter. I am a partner with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2. I submit this Declaration under Local Rule 79-5(b) and (d) in support of the sealing of Exhibit A to the Declaration of Nicole M. Morris in support of Abbott's Motion to Dismiss Plaintiff Smith Kline Beechem's d/b/a GlaxoSmithKline Claims Pursuant to Fed. R. Civ. P. 12(b)(6) ("Exhibit A") that has been designated "Highly Confidential" by Abbott and Plaintiff, Smith Kline Beechem d/b/a GlaxoSmithKline ("GSK").

3. Exhibit A is Abbott's copy of the Non-Exclusive License Agreement dated December 13, 2002 between Abbott and GSK concerning Abbott's patented AIDS drug Norvir® ("License Agreement"). Exhibit A contains, among other terms, confidential business information related to negotiated consideration and royalties paid by GSK to Abbott in return for the license regarding Abbott's Norvir patents. In recognition of the fact that this and similar confidential, financial information in the License Agreement is competitively sensitive, the parties included a confidentiality provision in Article IX of the License Agreement.

4. To preserve the confidentiality asserted by both parties, Abbott seeks to file Exhibit A under seal.

5. On January 22, 2008 I contacted Alexander Giles, counsel for GSK, to obtain his consent to file Exhibit A under seal. Mr. Giles agreed that Exhibit A should be filed under seal and the parties executed a stipulation so reflecting. A joint stipulation reflecting this agreement is filed concurrently with this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

(*Signature page to follow*)

1  Executed in Washington D.C., this 24th day of January, 2008.

_____
Charles B. Klein

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

---

3
DECLARATION OF CHARLES B. KLEIN IN SUPPORT OF ABBOTT'S MISCELLANEOUS
ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL - CASE NO. C 07-5702 CW