Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  312-558-5600
Facsimile:  312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Pro Hac Vice Pending*)
WINSTON & STRAWN
1700 K. Street, N.W.
Washington, D.C., 20006-3817
Telephone:  202-282-5000
Facsimile:  202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL**<br><br>Date:　　　March 6, 2008<br>Time:　　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　Hon. Claudia Wilken |

Having considered Defendant Abbott Laboratories' Administrative Motion to File Exhibit A to the Declaration of Nicole M. Norris in support of Abbott's Motion to Dismiss Plaintiff SmithKline Beecham's d/b/a GlaxoSmithKline Claims Pursuant to Fed. R. Civ. P. 12(b)(6) under Seal, and finding compelling reasons therefore, Defendant's Motion is GRANTED.

Accordingly, Exhibit A to the Declaration of Nicole M. Norris in support of Abbott's Motion to Dismiss Plaintiff SmithKline Beecham's d/b/a GlaxoSmithKline Claims Pursuant to Fed. R. Civ. P. 12(b)(6) shall be filed UNDER SEAL.

Dated: _____    By: _____
                                                                                Hon. Claudia Wilken
                                                                                United States District Judge

SF:194651.2