1  Alexander F. Wiles (SBN 73596)
   Brian Hennigan (SBN 86955)
2  Stephanie Kaufman (SBN 162644)
   Trevor V. Stockinger (SBN 226359)
3  IRELL & MANELLA LLP
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, CA 90067-4276
   Telephone: 310-277-1010
5  Facsimile: 310-203-7199

6  Attorneys for Plaintiff
   SMITHKLINE BEECHAM CORPORATION d/b/a/
7  GLAXOSMITHKLINE

8  Nicole M. Norris (SBN 222785)
   James F. Hurst (*Admitted Pro Hac Vice*)
9  David J. Doyle (*Admitted Pro Hac Vice*)
   Charles B. Klein (*Pro Hac Vice Pending*)
10 Samuel S. Park (*Admitted Pro Hac Vice*)
   WINSTON & STRAWN LLP
11 101 California Street
   San Francisco, CA  94111-5894
12 Telephone: 415-591-1000
   Facsimile: 415-591-1400
13
   Attorney for Defendant
14 ABBOTT LABORATORIES

15

16                **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18                    **OAKLAND DIVISION**

19 SmithKline Beecham Corporation d/b/a/      )   **Case No. C07-5702 (CW)**
   GlaxoSmithKline,                           )
20                                            )   *Related per November 19, 2007 Order to*
        Plaintiff,                            )   **Case No. C-04-1511 (CW)**
21                                            )
   v.                                         )   **JOINT STIPULATION TO FILE EXHIBIT**
22                                            )   **A TO ABBOTT'S MOTION TO DISMISS**
   Abbott Laboratories,                       )   **UNDER SEAL**
23                                            )
        Defendant.                            )   **Date:        March 6, 2008**
24                                            )   **Time:        2:00 p.m.**
                                              )   **Courtroom:   2 (4th Floor)**
25                                            )   **Judge:       Hon. Claudia Wilken**

26

27

28

   *Sidebar (left margin):* Winston & Strawn LLP / 101 California Street / San Francisco, CA 94111-5894

                                    1

1    WHEREAS on January 22, 2008, Charles B. Klein, counsel for Defendant ABBOTT

2    LABORATORIES ("Abbott") in the above captioned case, telephoned Alexander F. Wiles, counsel

3    for SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE ("GSK") regarding

4    Abbott's upcoming Motion to Dismiss GSK's Claims Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion

5    to Dismiss");

6    WHEREAS during that telephone call Mr. Klein informed Mr. Wiles that Abbott intended to

7    attach Abbott's copy of the Non-Exclusive License Agreement dated December 13, 2002 between

8    Abbott and GSK concerning Abbott's patented AIDS drug Norvir® ("License Agreement") to

9    Abbott's Motion to Dismiss;

10    WHEREAS Mr. Klein informed Mr. Wiles that Abbott believes the License Agreement is

11    Highly Confidential and thus warrants being filed under seal; and

12    WHEREAS Mr. Wiles concurred that the License Agreement should be filed under seal and

13    agreed to enter into this Joint Stipulation so saying;

14    WHEREAS this Joint Stipulation does not alter the date of any event or deadline already

15    fixed by Court order;

16    **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Abbott

17    and GSK, that the License Agreement attached as Exhibit A to the Declaration of Nicole M. Norris

18    in support of Abbott's Motion to Dismiss should be filed under seal.  Nothing herein shall change or

19    otherwise affect any dates currently set per the Court's scheduling order with regard to initial

20    disclosures, the Rule 26(f) conference or other matters.

21    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

22    Dated:    January 24, 2008            By:    /s/ Alexander F. Wiles
                                                    Alexander F. Wiles
23                                                  IRELL & MANELLA LLP
24                                                  Counsel for Plaintiff

25

26    Dated:    January 24, 2008            By:    /s/ Nicole M. Norris
                                                    Nicole M. Norris
27                                                  WINSTON & STRAWN LLP
                                                    Counsel for Defendant
28

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5894

**GENERAL ORDER 45 ATTESTATION**

I, Nicole M. Norris, am the ECF User whose ID and password was used to file this Joint Stipulation to Allow Exhibit A filed in support of Abbott's Motion to Dismiss, under seal. In compliance with General Order 45, X.B., I hereby attest that Alexander F. Wiles, counsel for GSK, concurred in this filing.

Dated:   January 24, 2008

By:   /s/ Nicole M. Norris
      Nicole M. Norris
      WINSTON & STRAWN LLP
      Counsel for Defendant

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

3

SF:189703.3

Joint Stipulation to File Exhibit A to Abbott's Motion to Dismiss Under Seal
Case No. C-07-5702 (CW)