Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:     312-558-5600
Facsimile:      312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Pro Hac Vice Pending*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006
Telephone:     202-282-5000
Facsimile:      202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**CERTIFICATE OF SERVICE**<br><br>**Date:**        **March 6, 2008**<br>**Time:**        **2:00 p.m.**<br>**Courtroom: 2 (4th Floor)**<br>**Judge:**       **Hon. Claudia Wilken** |

## PROOF OF SERVICE

I am employed in the City and County of San Francisco. I am over the age of 18 and not a party to the within action; my business address is Winston & Strawn, LLP, 101 California Street, San Francisco, California 94111. On January 24, 2008, I served the following documents:

**[UNREDACTED] NOTICE OF MOTION AND MOTION OF ABBOTT LABORATORIES TO DISMISS PLAINTIFF'S CLAIMS PURSUANT TO 12(B)(6);**

**EXHIBIT A TO DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFF'S CLAIMS PURSUANT TO 12(B)(6)**

**X**   by enclosing a true and correct copy of said document(s) in an envelope(s) addressed as set forth on the attached service list. The envelope(s) was (were) sealed and deposited with the United States Postal Service that same day in the ordinary course of business at San Francisco, California

**X**   by transmitting a true and correct copy of said document(s) through electronic mail to the addresses as set forth on the attached service list.

> IRELL & MANELLA LLP
> Alexander F. Wiles (CA 73596) awiles@irell.com
> Trevor V. Stockinger (CA 226359) tstockinger@irell.com
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067-4276
> Telephone:   (310) 277-1010
> Facsimile:   (310) 203-7199
> Email:       AWiles@irell.com
>              TStockinger@irell.com

I am readily familiar with the firms practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury that the above is true and correct. Executed on January 24, 2008, at San Francisco, California.

By:   /s/  Nicole M. Norris
      Nicole M. Norris
      One of the Attorneys for Defendant,
      ABBOTT LABORATORIES