IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SMITHKLINE BEECHAM CORPORATION,

    Plaintiff,

  v.

ABBOTT LABORATORIES,

    Defendant.
                                        /

No. C 07-5702 CW

ORDER GRANTING IN PART DEFENDANT'S MOTION TO SEAL (DOCKET NO. 38)

    Defendant Abbott Laboratories has filed a miscellaneous administrative request to file under seal Exhibit A to the declaration of Nicole M. Norris in support of Abbott's motion to dismiss the complaint.  Abbott also seeks to file under seal portions of its motion to dismiss.  However, it does not believe that the redacted portions of this motion are sealable, and does not object to the unredacted version of the motion being filed in the public record; it included the motion in the present request in order to give Plaintiff Smithkline Beecham the opportunity to object to the motion being filed in the public record.

    Abbott's request to file under seal is made in connection with a dispositive motion.  Accordingly, the documents may not be filed under seal unless there is a "compelling interest" in doing so.

Pintos v. Pac. Creditors Ass'n, 504 F.3d 792, 801-03 (9th Cir. 2007).

Exhibit A to the Norris declaration is a license agreement between the parties. The agreement contains confidential information related to negotiated terms and royalty rates. Abbott has filed a declaration establishing that this information is a trade secret which, if made public, could damage Abbott's ability to compete in the market. Additionally, there is no particular public interest in having access to this specific information. Accordingly, the Court finds that a compelling interest exists to file this exhibit under seal. Abbott's request is therefore GRANTED with respect to this exhibit, and the clerk shall file the exhibit under seal.

As for the redacted portions of Abbott's motion to dismiss, Smithkline Beecham has not filed a declaration establishing that this information is sealable, as required by Local Rule 79-5(d). Because Abbott does not argue that this information should be filed under seal, its request is DENIED with respect to it. Abbott shall file the full, unredacted version of its motion to dismiss in the public record.

IT IS SO ORDERED.

Dated: 2/5/08

CLAUDIA WILKEN
United States District Judge

2