1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7  IRELL & MANELLA LLP
   Alexander Frank Wiles (CA 73596)
8  Brian Hennigan (CA 86955)
   Stephanie Kaufman (CA 162644)
9  Trevor Stockinger (CA 226359)
   1800 Avenue of the Stars #900
10 Los Angeles, CA 90067
   Telephone: (310) 277-1010
11 Facsimile: (310) 203-7199
   Email: awiles@irell.com; bhennigan@irell.com
12 skaufman@irell.com; tstockinger@irell.com

13 *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

14
   [Additional Attorneys and Plaintiffs on Signature Page]
15

16
                    **UNITED STATES DISTRICT COURT**
17
                   **NORTHERN DISTRICT OF CALIFORNIA**
18
                          **OAKLAND DIVISION**
19

20 SAFEWAY INC.,; WALGREEN CO.; THE      )   **Case No. C 07-5470 (CW)**
   KROGER CO.; NEW ALBERTSON'S, INC.;    )
21 AMERICAN SALES COMPANY, INC.; and     )   *Related per October 31, 2007 Order to*
   HEB GROCERY COMPANY, LP,              )   *Case No. C-04-1511 (CW)*
                                         )
22                  Plaintiff,           )
                                         )   **PLAINTIFFS' REQUEST FOR JUDICIAL**
23        vs.                            )   **NOTICE IN SUPPORT OF THEIR**
                                         )   **OPPOSITION TO ABBOTT'S OMNIBUS**
24 ABBOTT LABORATORIES,                  )   **MOTION TO DISMISS**
                                         )
25                  Defendant.           )   **Date:        March 6, 2008**
                                         )   **Time:        2:00 p.m.**
26                                       )   **Courtroom:   2 (4th Floor)**
                                         )   **Judge:       Hon. Claudia Wilken**
27                                       )
                                         )
28        [caption continues next page]  )
                                         )

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION ) <br> d/b/a/ GLAXOSMITHKLINE, ) | **Case No. C 07-5702 (CW)** |
| 2 | ) | *Related per November 19, 2007 Order to* |
| | Plaintiff, ) | *Case No. C-04-1511 (CW)* |
| 3 | ) | |
| | vs. ) | |
| 4 | ) | **PLAINTIFFS' REQUEST FOR JUDICIAL** |
| | ABBOTT LABORATORIES, ) | **NOTICE IN SUPPORT OF THEIR** |
| 5 | ) | **OPPOSITION TO ABBOTT'S OMNIBUS** |
| | Defendant. ) | **MOTION TO DISMISS AND** |
| 6 | ) | **GLAXOSMITHKLINE'S OPPOSITION** |
| | ) | **TO DEFENDANT'S MOTION TO** |
| 7 | ) | **DISMISS COMPLAINT** |
| 8 | ) | **Date:        March 6, 2008** |
| | ) | **Time:        2:00 p.m.** |
| 9 | ) | **Courtroom:  2 (4th Floor)** |
| | ) | **Judge:       Hon. Claudia Wilken** |
| 10 | ) | |
| 11 | ) | |
| | MEIJER, INC. & MEIJER DISTRIBUTION, ) | **Case No. C 07-5985 (CW)** |
| 12 | INC., on behalf of themselves and all others ) <br> similarly situated, ) | *Related per November 30, 2007 Order to* |
| 13 | ) | *Case No. C-04-1511 (CW)* |
| | Plaintiffs, ) | |
| 14 | ) | **PLAINTIFFS' REQUEST FOR JUDICIAL** |
| | vs. ) | **NOTICE IN SUPPORT OF THEIR** |
| 15 | ) | **OPPOSITION TO ABBOTT'S OMNIBUS** |
| | ABBOTT LABORATORIES, ) | **MOTION TO DISMISS** |
| 16 | ) | |
| | Defendant. ) | **Date:        March 6, 2008** |
| 17 | ) | **Time:        2:00 p.m.** |
| | ) | **Courtroom:  2 (4th Floor)** |
| 18 | ) | **Judge:       Hon. Claudia Wilken** |
| 19 | ) | |
| 20 | ROCHESTER DRUG CO-OPERATIVE, ) <br> INC., on behalf of itself and all others similarly ) | **Case No. C 07-6010 (CW)** |
| 21 | situated, ) | *Related per December 3, 2007 Order to* <br> *Case No. C-04-1511 (CW)* |
| | Plaintiff, ) | |
| 22 | ) | **PLAINTIFFS' REQUEST FOR JUDICIAL** |
| | vs. ) | **NOTICE IN SUPPORT OF THEIR** |
| 23 | ) | **OPPOSITION TO ABBOTT'S OMNIBUS** |
| | ABBOTT LABORATORIES, ) | **MOTION TO DISMISS** |
| 24 | ) | |
| | Defendant. ) | **Date:        March 6, 2008** |
| 25 | ) | **Time:        2:00 p.m.** |
| | ) | **Courtroom:  2 (4th Floor)** |
| 26 | ) | **Judge:       Hon. Claudia Wilken** |
| 27 | ) | |
| 28 | [caption continues next page] ) | |

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | ) ) ) ) | **Case No. C 07-6118 (CW)** |
| 2 | | | *Related per December 10, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | ) ) | |
| 4 | vs. | ) ) ) | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS** |
| 5 | ABBOTT LABORATORIES, | ) ) | **MOTION TO DISMISS** |
| 6 | Defendant. | ) ) | **Date:       March 6, 2008**<br>**Time:       2:00 p.m.** |
| 7 | | ) ) | **Courtroom:  2 (4th Floor)**<br>**Judge:      Hon. Claudia Wilken** |
| 8 | | ) ) | |
| 9 | RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; | ) ) | **Case No. C 07-6120 (CW)** |
| 10 | MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; | ) ) | *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* |
| 11 | CVS PHARMACY, INC.; and CAREMARK, L.L.C., | ) ) | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR** |
| 12 | Plaintiff, | ) ) | **OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS** |
| 13 | vs. | ) ) | |
| 14 | ABBOTT LABORATORIES, | ) ) | **Date:       March 6, 2008**<br>**Time:       2:00 p.m.** |
| 15 | Defendant. | ) ) | **Courtroom:  2 (4th Floor)**<br>**Judge:      Hon. Claudia Wilken** |
| 16 | | | |

**[Exhibit 1 Submitted Under Seal]**

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S
OMNIBUS MOTION TO DISMISS

1    Pursuant to Federal Rule of Evidence 201(b), Plaintiffs request that the Court take judicial
2    notice of the following documents attached as Exhibits 1 through 6:

3    1.    Excerpts of the Rebuttal Expert Report of Joel W. Hay, Ph.D, submitted in *In re*
4    *Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511 CW.  A true and correct copy of this
5    document is attached as Exhibit 1.

6    2    Excerpts of the Notice of Motion and Renewed Motion of Abbott Laboratories' for
7    Summary Judgment filed in *In re Abbott Labs Norvir* Antitrust *Litigation*, Case No. C-04-1511
8    CW and dated January 9, 2006.  A true and correct copy of this document is attached as Exhibit 2.

9    3    Excerpts of the Reply Brief in Support of Abbott Laboratories' Renewed Motion
10    for Summary Judgment filed in *In re Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511
11    CW and dated March 21, 2006.  A true and correct copy of this document is attached as Exhibit 3.

12    4    Excerpts of Abbott Laboratories' Opposition to Plaintiffs' Rule 56(f) Motion filed
13    in *In re Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511 CW and dated July 1, 2005.
14    A true and correct copy of this document is attached as Exhibit 4.

15    5.    Excerpts of the Notice of Motion and Motion for Summary Judgment of Abbott
16    Laboratories filed in *In re Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511 CW and
17    dated June 1, 2005.

18    6.    Excerpts of the Opening Brief of Appellant PeaceHealth, 2005 WL 3517798,  in
19    *Cascade Health Solutions v. PeaceHealth*, --- F.3d ----, 2008 WL 269506 (9th Cir. Feb. 1, 2008)
20    (No. 05-35640 et al.).  A true and correct copy of this document is attached as Exhibit 6.

21    Facts can be judicially noticed that are "not subject to reasonable dispute" because they are
22    either 1) generally known in the jurisdiction, or are 2) "capable of accurate and ready
23    determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R.
24    Evid. 201(b).  "[M]atters of public record" outside the pleadings are appropriate for judicial notice
25    on a motion to dismiss.  *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (quoting
26    *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986)); *see also MGIC*
27    *Indem. Corp. v. Weisman*, 803 F.2d 504 (9th Cir. 1986).  Moreover, court filings from other
28    lawsuits are subject to judicial notice under Rule 201(b).  *U.S. ex rel. Robinson Rancheria Citizens*

1    *Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("We 'may take notice of proceedings

2    in other courts, both within and without the federal judicial system, if those proceedings have a

3    direct relation to matters at issue.'" (quoting *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.3d

4    1169, 1172 (10th Cir. 1979)).  The above exhibits reflect the other proceedings in this and other

5    federal courts that have direct relation to the matters at issue.  Exhibits 2 through 5 are filings in *In*

6    *re Abbott Labs Norvir Antitrust Litigation*.  Plaintiffs' cases have been related to the *Norvir*

7    *Antitrust Litigation* by this Court.  Exhibit 1 is a rebuttal expert report from the same case that was

8    not filed, but was exchanged between the parties to that case.  Exhibit 6 is a filing from *Cascade*

9    *Health Solutions v. Peacehealth*, the case Defendant primarily relies upon in its Omnibus Motion

10   to Dismiss.  The contents of these documents are not subject to reasonable dispute and are capable

11   of accurate and ready determination by resort to sources whose accuracy cannot reasonably be

12   questioned.

13          For the foregoing reasons, Exhibits 1 through 6 may properly be considered by the Court

14   in its ruling on Defendant's Omnibus Motion To Dismiss and on Defendant's Motion to Dismiss

15   GSK's Complaint.

16

17   Dated:  February 14, 2008                    Respectfully submitted,

18                                                LIEFF, CABRASER, HEIMANN &
19                                                BERNSTEIN, LLP

20                                                By_____
                                                  Joseph R. Saveri (State Bar No. 130064)
21                                                Embarcadero Center West
                                                  275 Battery Street, 30th Floor
22                                                San Francisco, CA 94111-3339
                                                  Telephone: (415) 956-1000
23                                                Facsimile: (415) 956-1008
                                                  Email: jsaveri@lchb.com
24
                                                  *Local Counsel for Rochester Drug Cooperative,*
25                                                *Inc.*

26                                                **[Additional Signature Block on Next Page]**

27

28

1    IRELL & MANELLA LLP

2    By _____
     Alexander Frank Wiles (CA 73596)
3    Brian Hennigan (CA 86955)
     Stephanie Kaufman (CA 162644)
4    Trevor Stockinger (CA 226359)
     1800 Avenue of the Stars #900
5    Los Angeles, CA 90067
     Telephone: (310) 277-1010
6    Facsimile: (310) 203-7199
     Email: awiles@irell.com; bhennigan@irell.com
7    skaufman@irell.com; tstockinger@irell.com

8    *Counsel for SmithKlineBeecham Corp. d/b/a*
     *GlaxoSmithKline.*
9

10   DILLINGHAM & MURPHY, LLP

11   By _____
     William Francis Murphy
12   Email: wfm@dillinghammurphy.com
     Barbara Lynne Harris Chiang
13   Email: bhc@dillinghammurphy.com
     Edward Eldon Hartley
14   Email: eeh@dillinghammurphy.com
     225 Bush Street, Sixth Floor
15   San Francisco, CA 94104-4207
     Telephone: (415) 397-2700
16   Facsimile: (415) 397-3300

17   *Local Counsel for Safeway Inc., et al., and Rite*
     *Aid Corp., et al.*
18

19   BERGER & MONTAGUE, P.C.
     Eric L. Cramer, Pro Hac Vice
20   Email: ecramer@bm.net
     Daniel Berger
21   Email: danberger@bm.net
     David F. Sorensen
22   Email: dsorensen@bm.net
     1622 Locust Street
23   Philadelphia, PA 19103
     Telephone: (215) 875-3000
24   Facsimile: (215) 875-4604

25   *Lead Counsel for Rochester Drug Cooperative,*
     *Inc.*

26

27

28

- 3 -

1820401

1    GARWIN GERSTEIN & FISHER, LLP
     Bruce E. Gerstein, Pro Hac Vice
2    Email: bgerstein@garwingerstein.com
     Noah H. Silverman, Pro Hac Vice
3    Email: nsilverman@garwingerstein.com
     1501 Broadway, Suite 1416
4    New York, New York 10036
     Telephone: (212) 398-0055
5    Facsimile: (212) 764-6620

6    *Lead Counsel for Louisiana Wholesale Drug Co.,*
     *Inc.*
7

8    SPIEGEL LIAO & KAGAY, LLP

9    Charles M. Kagay (State Bar No. 73377)
     Email: cmk@slksf.com
10   Wayne M. Liao (State Bar No. 66591)
     Email: wml@slksf.com
11   388 Market Street, Suite 900
     San Francisco, California 94111
12   Telephone: (415) 956-5959
     Facsimile: (415) 962-1431
13
     *Local Counsel for Plaintiff Louisiana Wholesale*
14   *Drug, Co. Inc.*

15   KAPLAN FOX & KILSHEIMER LLP
16
     Laurence D. King (SBN 206423)
17   Email: lking@kaplanfox.com
     Linda M. Fong (SBN 124232)
18   Email: Ifong@kaplanfox.com
     350 Sansome Street, Suite 400
19   San Francisco, CA 94104
     Telephone: (415) 772-4700
20   Facsimile: (415) 772-4707

21   Robert N. Kaplan, Pro Hac Vice
     Email: rkaplan@kaplanfox.com
22   Linda P. Nussbaum, Pro Hac Vice
     Email: lnussbaum@kaplanfox.com
23   850 Third Avenue, 14th Floor
     New York, NY 10022
24   Telephone: (212) 687-1980
     Facsimile: (212) 687-7714
25
     *Lead Counsel for Meijer, Inc. and Meijer*
26   *Distribution, Inc.*

27

28

- 4 -

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S
OMNIBUS MOTION TO DISMISS

**Additional Counsel for Plaintiffs (Client Not Specified):**

ODOM & DES ROCHES, LLP
John Gregory Odom, Pro Hac Vice
Email: greg@odrlaw.com
Stuart E. Des Roches, Pro Hac Vice
Email: stuart@odrlaw.com
John Alden Meade, Pro Hac Vice
Email: jmeade@odrlaw.com.
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

PERCY SMITH & FOOTE, LLP
David P. Smith, Pro Hac Vice
Email: dpsmith@psfllp.com
W. Ross Foote, Pro Hac Vice
Email: rfoote@psfllp.com
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti, Pro Hac Vice
Email: tr@kttlaw.com
Adam Moskowitz, Pro Hac Vice
Email: amm@kttlaw.com
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone: (305) 372-1800
Telecopier: (305) 372-3508

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine, Pro Hac Vice
Email: aa@adr-portland.com
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone: (503) 221-4570
Facsimile: (503) 221-4590

- 5 -

1               LAW OFFICES OF JOSHUA P. DAVIS
                 Joshua P. Davis (State Bar No. 193254)
2               Email: davisj@usfca.edu
                 437A Valley Street
3               San Francisco, CA 94131
                 Telephone: (415) 422-6223

4

5               VANEK, VICKERS & MASINI, P.C.
                 Joseph M. Vanek, Pro Hac Vice
6               Email: jvanek@vaneklaw.com
                 David P. Germaine, Pro Hac Vice
7               Email: dgermaine@vaneklaw.com
                 111 South Wacker Drive, Suite 4050
8               Chicago, IL 60606
                 Telephone: (312) 224-1500
9               Facsimile: (312) 224-1510
                 SPERLING & SLATER
10              Paul E. Slater, Pro Hac Vice
                 Email: pes@sperling-law.com
11              55 West Monroe Street, Suite 3200
                 Chicago, Illinois 60603
12              Telephone: (312) 641-3200
                 Facsimile: (312) 641-6492

13

14              KENNY NACHWALTER, PA
                 Lauren C. Ravkind
15              Scott Eliot Perwin
                 Email: sperwin@kennynachwalter.com
16              201 S. Biscayne Blvd.
                 1100 Miami Center
17               Miami, Florida 33131
                 Telephone: (512) 480-802

18

19              ARNOLD & PORTER
                 Kenneth A. Letzler, Pro Hac Vice
20              Email: Kenneth_Letzler@aporter.com
                 555 Twelfth Street, NW
21              Washington, DC 20004-1206
                 Telephone: (202) 942-5000
22              Facsimile: (202) 942-5999

23

24              HANGLEY ARONCHICK SEGAL & PUDLIN
                 Steve D. Shadowen
25              Email: sshadowen@hangley.com
                 Monica L. Rebuck
26              Email: mrebuck@hangley.com
                 30 North Third Street, Suite 700
                 Harrisburg, PA 17101-1701
27              Telephone:  (717) 364-1007
                 Facsimile: (717) 362-1020

28

- 6 -