# EXHIBIT 1
# [Filed Under Seal]

1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596) awiles@irell.com
2  Brian Hennigan (CA 86955) bhennigan@irell.com
   Stephanie Kaufman (CA 162644) skaufman@irell.com
3  Trevor V. Stockinger (CA 226359) tstockinger@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:   (310) 277-1010
5  Facsimile:   (310) 203-7199

6  ARNOLD & PORTER LLP
   Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
7  555 Twelfth Street, NW
   Washington, DC  20004-1206
8  Telephone:   (202) 942-5000
   Facsimile:   (202) 942-5999

9
   Attorneys for Plaintiff
10 GlaxoSmithKline

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Abbott Laboratories,<br><br>　　　　　　Defendant. | **Case No. C07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**MANUAL FILING NOTIFICATION**<br><br>**CONFIDENTIAL EXHIBIT TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS AND GLAXOSMITHKLINE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>**Date:**　　　**March 6, 2008**<br>**Time:**　　　**2:00 p.m.**<br>**Courtroom:**　**2 (4th Floor)**<br>**Judge:**　　　**Hon. Claudia Wilken** |

1822747.1 01

1  Regarding the Following Filing:

2  Exhibit 1 to Plaintiffs' Request For Judicial Notice In Support Of Their Opposition To
3  Abbott's Omnibus Motion To Dismiss And GlaxoSmithKline's Opposition To Defendant's Motion
4  To Dismiss Complaint.

5  This filing is in physical form only, and is being maintained in the case file in the Clerk's
6  office.

7  If you are a participant in this case, this filing will be served in physical form shortly.

8  For information on retrieving this filing directly from the court, please see the court's main
9  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10  This filing was not efiled for the following reason(s):

11  [_] Voluminous Document (PDF file size larger than the efiling system allows)

12  [_] Unable to Scan Documents

13  [_] Physical Object (description):

14  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

15  [X] Item Under Seal

16  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

17  [_] Other (description): _____

18  _____

20  Dated: February 14, 2008        Respectfully submitted,
                                    IRELL & MANELLA LLP

23                                  By:   /s/ Trevor V. Stockinger
24                                        Trevor V. Stockinger
                                          Attorneys for Plaintiff

1822747.1 02                        - 2 -