1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7  IRELL & MANELLA LLP
   Alexander Frank Wiles (CA 73596)
8  Brian Hennigan (CA 86955)
   Stephanie Kaufman (CA 162644)
9  Trevor Stockinger (CA 226359)
   1800 Avenue of the Stars #900
10 Los Angeles, CA 90067
   Telephone:  (310) 277-1010
11 Facsimile:   (310) 203-7199
   Email: awiles@irell.com; bhennigan@irell.com
12 skaufman@irell.com; tstockinger@irell.com

13 *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

14

15 [Additional Attorneys and Plaintiffs on Signature Page]

16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                    **OAKLAND DIVISION**

| | |
|---|---|
| 20  SAFEWAY INC.,; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; 21  AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, 22 | **Case No. C 07-5470 (CW)** *Related per October 31, 2007 Order to Case No. C-04-1511 (CW)* |
| Plaintiff, 23 vs. 24 ABBOTT LABORATORIES, 25 Defendant. 26 | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 27 28  [caption continues next page] | **Date:**       **March 6, 2008** **Time:**       **2:00 p.m.** **Courtroom:**  **2 (4th Floor)** **Judge:**      **Hon. Claudia Wilken** |

| | |
|---|---|
| 1  SMITHKLINE BEECHAM CORPORATION )<br>   d/b/a/ GLAXOSMITHKLINE, )<br>2  )<br>               Plaintiff, )<br>3  )<br>       vs. )<br>4  )<br>   ABBOTT LABORATORIES, )<br>5  )<br>               Defendant. )<br>6  )<br>   )<br>7  )<br>   )<br>   )<br>8  )<br>   )<br>9  ) | **Case No. C 07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to*<br>*Case No. C-04-1511 (CW)*<br><br>**PLAINTIFFS' ADMINISTRATIVE**<br>**MOTION TO FILE DOCUMENTS**<br>**UNDER SEAL PURSUANT TO CIVIL**<br>**LOCAL RULE 79-5**<br><br>**Date:          March 6, 2008**<br>**Time:          2:00 p.m.**<br>**Courtroom:  2 (4th Floor)**<br>**Judge:        Hon. Claudia Wilken** |

| | |
|---|---|
| 10  MEIJER, INC. & MEIJER DISTRIBUTION, )<br>    INC., on behalf of themselves and all others )<br>    similarly situated, )<br>11  )<br>               Plaintiffs, )<br>12  )<br>        vs. )<br>13  )<br>    ABBOTT LABORATORIES, )<br>14  )<br>               Defendant. )<br>15  )<br>    )<br>16  )<br>    )<br>17  ) | **Case No. C 07-5985 (CW)**<br><br>*Related per November 30, 2007 Order to*<br>*Case No. C-04-1511 (CW)*<br><br>**PLAINTIFFS' ADMINISTRATIVE**<br>**MOTION TO FILE DOCUMENTS**<br>**UNDER SEAL PURSUANT TO CIVIL**<br>**LOCAL RULE 79-5**<br><br>**Date:          March 6, 2008**<br>**Time:          2:00 p.m.**<br>**Courtroom:  2 (4th Floor)**<br>**Judge:        Hon. Claudia Wilken** |

| | |
|---|---|
| 18  ROCHESTER DRUG CO-OPERATIVE, )<br>    INC., on behalf of itself and all others similarly )<br>    situated, )<br>19  )<br>               Plaintiff, )<br>20  )<br>        vs. )<br>21  )<br>    ABBOTT LABORATORIES, )<br>22  )<br>               Defendant. )<br>23  )<br>    )<br>24  )<br>    )<br>25  )<br>    )<br>26  )<br>    )<br>27  )<br>    )<br>28     [caption continues next page] ) | **Case No. C 07-6010 (CW)**<br><br>*Related per December 3, 2007 Order to*<br>*Case No. C-04-1511 (CW)*<br><br><br>**PLAINTIFFS' ADMINISTRATIVE**<br>**MOTION TO FILE DOCUMENTS**<br>**UNDER SEAL PURSUANT TO CIVIL**<br>**LOCAL RULE 79-5**<br><br>**Date:          March 6, 2008**<br>**Time:          2:00 p.m.**<br>**Courtroom:  2 (4th Floor)**<br>**Judge:        Hon. Claudia Wilken** |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
CIVIL LOCAL RULE 79-5,

1821458

|  |  |
|---|---|
| 1 | ) |
| 2  LOUISIANA WHOLESALE DRUG<br>COMPANY, INC., on behalf of itself and all | ) **Case No. C 07-6118 (CW)** |
|   others similarly situated, | ) |
| 3 | ) *Related per December 10, 2007 Order to*<br>) *Case No. C-04-1511 (CW)* |
| 4                      Plaintiff, | ) |
|   | ) **PLAINTIFFS' ADMINISTRATIVE** |
|          vs. | ) **MOTION TO FILE DOCUMENTS** |
| 5 | ) **UNDER SEAL PURSUANT TO CIVIL** |
|   ABBOTT LABORATORIES, | ) **LOCAL RULE 79-5** |
| 6 | ) |
|                      Defendant. | ) **Date:         March 6, 2008** |
| 7 | ) **Time:         2:00 p.m.** |
|   | ) **Courtroom:  2 (4th Floor)** |
| 8 | ) **Judge:        Hon. Claudia Wilken** |
|   | ) |
| 9 | ) |
|   RITE AID CORPORATION; RITE AID | ) **Case No. C07-6120 (CW)** |
| 10  HDQTRS, CORP,; JCG (PJC) USA, LLC; | ) |
|   MAXI DRUG, INC. d/b/a BROOKS | ) *Related per December 5, 2007 Order to* |
| 11  PHARMACY; ECKERD CORPORATION; | ) *Case No. C-04-1511 (CW)* |
|   CVS PHARMACY, INC.; and CAREMARK, | ) |
| 12  L.L.C., | ) **PLAINTIFFS' ADMINISTRATIVE** |
|   | ) **MOTION TO FILE DOCUMENTS** |
| 13                      Plaintiff, | ) **UNDER SEAL PURSUANT TO CIVIL** |
|   | ) **LOCAL RULE 79-5** |
| 14          vs. | ) |
|   | ) **Date:         March 6, 2008** |
| 15  ABBOTT LABORATORIES, | ) **Time:         2:00 p.m.** |
|   | ) **Courtroom:  2 (4th Floor)** |
| 16                      Defendant. | ) **Judge:        Hon. Claudia Wilken** |
|   | ) |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    Pursuant to Civil Local Rule 79-5, Plaintiffs hereby request an order sealing documents.

2  In support of this Administrative Motion to File Documents Under Seal Pursuant to Civil Local

3  Rule 79-5, Plaintiffs submit for the Court's consideration the Declaration of Stephanie Kaufman in

4  Support of Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant to Civil

5  Local Rule 79-5 ("Kaufman Decl."), filed concurrently herewith.  Plaintiffs have lodged with this

6  Court the following documents, which Plaintiffs request that the Court order sealed.

7        1.    Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition

8              to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to

9              Defendant's Motion to Dismiss Complaint.  (Kaufman Decl. ¶ 2).

10       2.    Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss.  A redacted version

11             of this document has been filed with the Clerk.  Only the sealable portions of this

12             document have been redacted from the public version of this filing.  An unredacted

13             version, identifying the sealable portions, has been lodged with the Court.

14             (Kaufman Decl. ¶ 3).

15       On these grounds, Plaintiffs request the Court to seal these documents.  This request is

16  narrowly tailored to seal only that material for which good cause to seal has been established.  A

17  Proposed Order granting this Administrative Motion has been filed and served herewith.

18

19  Dated:  February 14, 2008              Respectfully submitted,

20                                         LIEFF, CABRASER, HEIMANN &
                                           BERNSTEIN, LLP

21                                         By_____

22                                         Joseph R. Saveri (State Bar No. 130064)
                                           Embarcadero Center West

23                                         275 Battery Street, 30th Floor
                                           San Francisco, CA 94111-3339

24                                         Telephone: (415) 956-1000
                                           Facsimile: (415) 956-1008

25                                         Email: jsaveri@lchb.com

26                                         *Local Counsel for Rochester Drug Cooperative,
                                           Inc.*

27

28                                         **[Additional Signature Block on Next Page]**

- 1 -

1

IRELL & MANELLA LLP

2

By _____
Alexander Frank Wiles (CA 73596)

3

Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)

4

Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900

5

Los Angeles, CA 90067
Telephone: (310) 277-1010

6

Facsimile: (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com

7

skaufman@irell.com; tstockinger@irell.com

8

*Counsel for SmithKlineBeecham Corp. d/b/a
GlaxoSmithKline.*

9

10

DILLINGHAM & MURPHY, LLP

11

By _____
William Francis Murphy

12

Email: wfm@dillinghammurphy.com
Barbara Lynne Harris Chiang

13

Email: bhc@dillinghammurphy.com
Edward Eldon Hartley

14

Email: eeh@dillinghammurphy.com
225 Bush Street, Sixth Floor

15

San Francisco, CA 94104-4207
Telephone: (415) 397-2700

16

Facsimile: (415) 397-3300

17

*Local Counsel for Safeway Inc., et al., and Rite
Aid Corp., et al.*

18

19

BERGER & MONTAGUE, P.C.
Eric L. Cramer, Pro Hac Vice

20

Email: ecramer@bm.net
Daniel Berger

21

Email: danberger@bm.net
David F. Sorensen

22

Email: dsorensen@bm.net
1622 Locust Street

23

Philadelphia, PA 19103
Telephone: (215) 875-3000

24

Facsimile: (215) 875-4604

25

*Lead Counsel for Rochester Drug Cooperative,
Inc.*

26

27

28

- 2 -

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein, Pro Hac Vice
Email: bgerstein@garwingerstein.com
Noah H. Silverman, Pro Hac Vice
Email: nsilverman@garwingerstein.com
1501 Broadway, Suite 1416
New York, New York 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Lead Counsel for Louisiana Wholesale Drug Co., Inc.*

SPIEGEL LIAO & KAGAY, LLP

Charles M. Kagay (State Bar No. 73377)
Email: cmk@slksf.com
Wayne M. Liao (State Bar No. 66591)
Email: wml@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile: (415) 962-1431

*Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.*

KAPLAN FOX & KILSHEIMER LLP

Laurence D. King (SBN 206423)
Email: lking@kaplanfox.com
Linda M. Fong (SBN 124232)
Email: lfong@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Robert N. Kaplan, Pro Hac Vice
Email: rkaplan@kaplanfox.com
Linda P. Nussbaum, Pro Hac Vice
Email: lnussbaum@kaplanfox.com
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

- 3 -

1

**Additional Counsel for Plaintiffs (Client Not Specified):**

2

3      ODOM & DES ROCHES, LLP
       John Gregory Odom, Pro Hac Vice
4      Email: greg@odrlaw.com
       Stuart E. Des Roches, Pro Hac Vice
5      Email: stuart@odrlaw.com
       John Alden Meade, Pro Hac Vice
6      Email: jmeade@odrlaw.com.
       Suite 2020, Poydras Center
7      650 Poydras Street
       New Orleans, LA 70130
8      Telephone: (504) 522-0077
       Facsimile: (504) 522-0078

9

10     PERCY SMITH & FOOTE, LLP
       David P. Smith, Pro Hac Vice
11     Email: dpsmith@psfllp.com
       W. Ross Foote, Pro Hac Vice
12     Email: rfoote@psfllp.com
       720 Murray Street
13     P.O. Box 1632
       Alexandria, LA 71309
14     Telephone: (318) 445-4480
       Facsimile: (318) 487-1741

15

16     KOZYAK TROPIN & THROCKMORTON
       Tucker Ronzetti, Pro Hac Vice
17     Email: tr@kttlaw.com
       Adam Moskowitz, Pro Hac Vice
18     Email: amm@kttlaw.com
       2800 Wachovia Financial Center
19     200 South Biscayne Boulevard
       Miami, Florida 33131-2335
20     Telephone: (305) 372-1800
       Telecopier: (305) 372-3508

21

22     AUBERTINE DRAPER ROSE, LLP
       Andrew E. Aubertine, Pro Hac Vice
23     Email: aa@adr-portland.com
       1211 SW Sixth Avenue
24     Portland, Oregon 97204
       Telephone: (503) 221-4570
25     Facsimile: (503) 221-4590

26

27

28

- 4 -

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
CIVIL LOCAL RULE 79-5,

1821458

1

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)

2

Email: davisj@usfca.edu
437A Valley Street

3

San Francisco, CA 94131
Telephone: (415) 422-6223

4

5

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek, Pro Hac Vice

6

Email: jvanek@vaneklaw.com
David P. Germaine, Pro Hac Vice

7

Email: dgermaine@vaneklaw.com
111 South Wacker Drive, Suite 4050

8

Chicago, IL 60606
Telephone: (312) 224-1500

9

Facsimile: (312) 224-1510
SPERLING & SLATER

10

Paul E. Slater, Pro Hac Vice
Email: pes@sperling-law.com

11

55 West Monroe Street, Suite 3200
Chicago, Illinois 60603

12

Telephone: (312) 641-3200
Facsimile: (312) 641-6492

13

14

KENNY NACHWALTER, PA
Lauren C. Ravkind

15

Scott Eliot Perwin
Email: sperwin@kennynachwalter.com

16

201 S. Biscayne Blvd.
1100 Miami Center

17

Miami, Florida 33131
Telephone: (512) 480-802

18

19

ARNOLD & PORTER
Kenneth A. Letzler, Pro Hac Vice

20

Email: Kenneth_Letzler@aporter.com
555 Twelfth Street, NW

21

Washington, DC 20004-1206
Telephone: (202) 942-5000

22

Facsimile: (202) 942-5999

23

HANGLEY ARONCHICK SEGAL & PUDLIN

24

Steve D. Shadowen
Email: sshadowen@hangley.com

25

Monica L. Rebuck
Email: mrebuck@hangley.com

26

30 North Third Street, Suite 700
Harrisburg, PA 17101-1701

27

Telephone:  (717) 364-1007
Facsimile: (717) 362-1020

28

- 5 -

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
CIVIL LOCAL RULE 79-5,