1  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7

   IRELL & MANELLA LLP
8  Alexander Frank Wiles (CA 73596)
   Brian Hennigan (CA 86955)
9  Stephanie Kaufman (CA 162644)
   Trevor Stockinger (CA 226359)
10 1800 Avenue of the Stars #900
   Los Angeles, CA 90067
11 Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
12 Email: awiles@irell.com; bhennigan@irell.com
   skaufman@irell.com; tstockinger@irell.com
13
   *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
14

15 [Additional Attorneys and Plaintiffs on Signature Page]

16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                         **OAKLAND DIVISION**

20 | SAFEWAY INC.,; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, | ) ) ) ) ) | **Case No. C 07-5470 (CW)** |
|---|---|---|
| | ) | *Related per October 31, 2007 Order to Case No. C-04-1511 (CW)* |
| Plaintiff, | ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | ) ) | |
| ABBOTT LABORATORIES, | ) ) | **Date:      March 6, 2008** |
| Defendant. | ) ) | **Time:      2:00 p.m.**
**Courtroom: 2 (4th Floor)**
**Judge:     Hon. Claudia Wilken** |
| [caption continues next page] | ) ) ) ) | |

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION ) d/b/a/ GLAXOSMITHKLINE, ) | **Case No. C 07-5702 (CW)** |
| 2 | ) | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 5 | ABBOTT LABORATORIES, ) ) | |
| 6 | Defendant. ) ) | **Date:      March 6, 2008** |
| 7 | ) ) | **Time:     2:00 p.m.** **Courtroom: 2 (4th Floor)** |
| 8 | ) ) | **Judge:    Hon. Claudia Wilken** |
| 9 | MEIJER, INC. & MEIJER DISTRIBUTION, ) INC., on behalf of themselves and all others ) | **Case No. C 07-5985 (CW)** |
| 10 | similarly situated, ) ) | *Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| 11 | Plaintiffs, ) ) | |
| 12 | vs. ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 13 | ABBOTT LABORATORIES, ) ) | |
| 14 | Defendant. ) ) | **Date:      March 6, 2008** **Time:     2:00 p.m.** |
| 15 | ) ) | **Courtroom: 2 (4th Floor)** **Judge:    Hon. Claudia Wilken** |
| 16 | ) ) | |
| 17 | ROCHESTER DRUG CO-OPERATIVE, ) INC., on behalf of itself and all others similarly ) situated, ) | **Case No. C 07-6010 (CW)** |
| 18 | ) | *Related per December 3, 2007 Order to Case No. C-04-1511 (CW)* |
| 19 | Plaintiff, ) ) | |
| 20 | vs. ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 21 | ABBOTT LABORATORIES, ) ) | |
| 22 | Defendant. ) ) | **Date:      March 6, 2008** **Time:     2:00 p.m.** |
| 23 | ) ) | **Courtroom: 2 (4th Floor)** **Judge:    Hon. Claudia Wilken** |
| 24 | ) ) | |
| 25 | ) ) | |
| 26 | ) ) | |
| 27 | ) ) | |
| 28 | [caption continues next page] ) ) | |

1821455.2 02

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, ) ) ) | **Case No. C 07-6118 (CW)** |
| 2 | | *Related per December 10, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, ) | |
| 4 | vs. ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 5 | ABBOTT LABORATORIES, ) | |
| 6 | Defendant. ) | **Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |
| 7 | | |
| 8 | | |
| 9 | RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., ) | **Case No. C 07-6120 (CW)** |
| 10 | | *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* |
| 11 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 12 | Plaintiff, ) | |
| 13 | vs. ) | **Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |
| 14 | ABBOTT LABORATORIES, ) | |
| 15 | Defendant. ) | |

1 | As set forth in Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant To Civil Local Rule 79-5 ("Administrative Motion"), Plaintiffs lodged with the Court the following documents:

    1. Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss.

    2. Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint.

Having considered Plaintiffs' Administrative Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that: (a) Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss; and (b) Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint, are to be filed under seal.

IT IS SO ORDERED.

Dated: _____

                              Hon. Claudia Wilken
                              United States District Judge

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Alexander Frank Wiles (CA 73596) |
| 2 | Brian Hennigan (CA 86955) |
|   | Stephanie Kaufman (CA 162644) |
| 3 | Trevor Stockinger (CA 226359) |
|   | 1800 Avenue of the Stars #900 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (310) 277-1010 |
| 5 | Facsimile: (310) 203-7199 |
|   | Email: awiles@irell.com; bhennigan@irell.com |
| 6 | skaufman@irell.com; tstockinger@irell.com |
| 7 | *Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.* |
| 8 | |
|   | DILLINGHAM & MURPHY, LLP |
| 9 | William Francis Murphy |
|   | Email: wfm@dillinghammurphy.com |
| 10 | Barbara Lynne Harris Chiang |
|   | Email: bhc@dillinghammurphy.com |
| 11 | Edward Eldon Hartley |
|   | Email: eeh@dillinghammurphy.com |
| 12 | 225 Bush Street, Sixth Floor |
|   | San Francisco, CA 94104-4207 |
| 13 | Telephone: (415) 397-2700 |
|   | Facsimile: (415) 397-3300 |
| 14 | |
|   | *Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.* |
| 15 | |
| 16 | BERGER & MONTAGUE, P.C. |
|   | Eric L. Cramer, Pro Hac Vice |
| 17 | Email: ecramer@bm.net |
|   | Daniel Berger |
| 18 | Email: danberger@bm.net |
|   | David F. Sorensen |
| 19 | Email: dsorensen@bm.net |
|   | 1622 Locust Street |
| 20 | Philadelphia, PA 19103 |
|   | Telephone: (215) 875-3000 |
| 21 | Facsimile: (215) 875-4604 |
| 22 | *Lead Counsel for Rochester Drug Cooperative, Inc.* |
| 23 | |
|   | GARWIN GERSTEIN & FISHER, LLP |
| 24 | Bruce E. Gerstein, Pro Hac Vice |
|   | Email: bgerstein@garwingerstein.com |
| 25 | Noah H. Silverman, Pro Hac Vice |
|   | Email: nsilverman@garwingerstein.com |
| 26 | 1501 Broadway, Suite 1416 |
|   | New York, New York 10036 |
| 27 | Telephone: (212) 398-0055 |
|   | Facsimile: (212) 764-6620 |
| 28 | |
|   | *Lead Counsel for Louisiana Wholesale Drug Co., Inc.* |

- 2 -

| | |
|---|---|
| 1 | SPIEGEL LIAO & KAGAY, LLP |
|   | Charles M. Kagay (State Bar No. 73377) |
| 2 | Email: cmk@slksf.com |
|   | Wayne M. Liao (State Bar No. 66591) |
| 3 | Email: wml@slksf.com |
|   | 388 Market Street, Suite 900 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 956-5959 |
| 5 | Facsimile: (415) 962-1431 |
| 6 | *Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.* |
| 7 | |
| 8 | KAPLAN FOX & KILSHEIMER LLP |
| 9 | Laurence D. King (SBN 206423) |
|   | Email: lking@kaplanfox.com |
| 10 | Linda M. Fong (SBN 124232) |
|   | Email: lfong@kaplanfox.com |
| 11 | 350 Sansome Street, Suite 400 |
|   | San Francisco, CA 94104 |
| 12 | Telephone: (415) 772-4700 |
|   | Facsimile: (415) 772-4707 |
| 13 | |
|   | Robert N. Kaplan, Pro Hac Vice |
| 14 | Email: rkaplan@kaplanfox.com |
|   | Linda P. Nussbaum, Pro Hac Vice |
| 15 | Email: lnussbaum@kaplanfox.com |
|   | 850 Third Avenue, 14th Floor |
| 16 | New York, NY 10022 |
|   | Telephone: (212) 687-1980 |
| 17 | Facsimile: (212) 687-7714 |
| 18 | *Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.* |
| 19 | |
| 20 | **Additional Counsel for Plaintiffs (Client Not Specified):** |
| 21 | |
|   | ODOM & DES ROCHES, LLP |
| 22 | John Gregory Odom, Pro Hac Vice |
|   | Email: greg@odrlaw.com |
| 23 | Stuart E. Des Roches, Pro Hac Vice |
|   | Email: stuart@odrlaw.com |
| 24 | John Alden Meade, Pro Hac Vice |
|   | Email: jmeade@odrlaw.com. |
| 25 | Suite 2020, Poydras Center |
|   | 650 Poydras Street |
| 26 | New Orleans, LA 70130 |
|   | Telephone: (504) 522-0077 |
| 27 | Facsimile: (504) 522-0078 |
| 28 | |

- 3 -

| | |
|---|---|
| 1 | PERCY SMITH & FOOTE, LLP |
| | David P. Smith, Pro Hac Vice |
| 2 | Email: dpsmith@psfllp.com |
| | W. Ross Foote, Pro Hac Vice |
| 3 | Email: rfoote@psfllp.com |
| | 720 Murray Street |
| 4 | P.O. Box 1632 |
| | Alexandria, LA 71309 |
| 5 | Telephone: (318) 445-4480 |
| | Facsimile: (318) 487-1741 |
| 6 | |
| 7 | KOZYAK TROPIN & THROCKMORTON |
| | Tucker Ronzetti, Pro Hac Vice |
| 8 | Email: tr@kttlaw.com |
| | Adam Moskowitz, Pro Hac Vice |
| 9 | Email: amm@kttlaw.com |
| | 2800 Wachovia Financial Center |
| 10 | 200 South Biscayne Boulevard |
| | Miami, Florida 33131-2335 |
| 11 | Telephone: (305) 372-1800 |
| | Telecopier: (305) 372-3508 |
| 12 | |
| 13 | AUBERTINE DRAPER ROSE, LLP |
| | Andrew E. Aubertine, Pro Hac Vice |
| 14 | Email: aa@adr-portland.com |
| | 1211 SW Sixth Avenue |
| 15 | Portland, Oregon 97204 |
| | Telephone: (503) 221-4570 |
| 16 | Facsimile: (503) 221-4590 |
| 17 | |
| | LAW OFFICES OF JOSHUA P. DAVIS |
| 18 | Joshua P. Davis (State Bar No. 193254) |
| | Email: davisj@usfca.edu |
| 19 | 437A Valley Street |
| | San Francisco, CA 94131 |
| 20 | Telephone: (415) 422-6223 |

- 4 -

1821455.2 02     [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

| | |
|---|---|
| 1 | VANEK, VICKERS & MASINI, P.C. |
| | Joseph M. Vanek, Pro Hac Vice |
| 2 | Email: jvanek@vaneklaw.com |
| | David P. Germaine, Pro Hac Vice |
| 3 | Email: dgermaine@vaneklaw.com |
| | 111 South Wacker Drive, Suite 4050 |
| 4 | Chicago, IL 60606 |
| | Telephone: (312) 224-1500 |
| 5 | Facsimile: (312) 224-1510 |
| | SPERLING & SLATER |
| 6 | Paul E. Slater, Pro Hac Vice |
| | Email: pes@sperling-law.com |
| 7 | 55 West Monroe Street, Suite 3200 |
| | Chicago, Illinois 60603 |
| 8 | Telephone: (312) 641-3200 |
| | Facsimile: (312) 641-6492 |
| 9 | |
| 10 | KENNY NACHWALTER, PA |
| | Lauren C. Ravkind |
| 11 | Scott Eliot Perwin |
| | Email: sperwin@kennynachwalter.com |
| 12 | 201 S. Biscayne Blvd. |
| | 1100 Miami Center |
| 13 | Miami, Florida 33131 |
| | Telephone: (512) 480-802 |
| 14 | |
| 15 | ARNOLD & PORTER |
| | Kenneth A. Letzler, Pro Hac Vice |
| 16 | Email: Kenneth_Letzler@aporter.com |
| | 555 Twelfth Street, NW |
| 17 | Washington, DC 20004-1206 |
| | Telephone: (202) 942-5000 |
| 18 | Facsimile: (202) 942-5999 |
| 19 | |
| 20 | HANGLEY ARONCHICK SEGAL & PUDLIN |
| | Steve D. Shadowen |
| | Email: sshadowen@hangley.com |
| 21 | Monica L. Rebuck |
| | Email: mrebuck@hangley.com |
| 22 | 30 North Third Street, Suite 700 |
| | Harrisburg, PA 17101-1701 |
| 23 | Telephone: (717) 364-1007 |
| | Facsimile: (717) 362-1020 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 5 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

1821455.2  02