1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596) awiles@irell.com
2  Brian Hennigan (CA 86955) bhennigan@irell.com
   Stephanie Kaufman (CA 162644) skaufman@irell.com
3  Trevor V. Stockinger (CA 226359) tstockinger@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:   (310) 203-7199

6  ARNOLD & PORTER LLP
   Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
7  555 Twelfth Street, NW
   Washington, DC 20004-1206
8  Telephone:  (202) 942-5000
   Facsimile:   (202) 942-5999

9
   Attorneys for Plaintiff
10 GlaxoSmithKline

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15 SmithKline Beecham Corporation d/b/a/       ) Case No. C07-5702 (CW)
   GlaxoSmithKline,                            )
16                                             ) *Related per November 19, 2007 Order to*
                          Plaintiff,           ) **Case No. C-04-1511 (CW)**
17                                             )
         v.                                    )
18                                             ) DECLARATION OF SARA M. BASON IN
   Abbott Laboratories,                        ) SUPPORT OF GLAXOSMITHKLINE'S
19                                             ) OPPOSITION TO MOTION OF ABBOTT
                          Defendant.           ) LABORATORIES TO TRANSFER
20                                             ) PURSUANT TO 28 U.S.C. § 1404(a)
                                               )
21                                             ) Date:      March 6, 2008
                                               ) Time:      2:00 p.m.
22                                             ) Courtroom: 2 (4th Floor)
                                               ) Judge:     Hon. Claudia Wilken
23

24

25              DOCUMENT SUBMITTED UNDER SEAL

26                         REDACTED VERSION

27

28

1820098.4 04

I, Sara M. Bason, declare as follows:

1. I hold the position of Commercial Data Advisor at Plaintiff SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), and am authorized to make this Declaration in that capacity. I have personal knowledge of the facts and circumstances set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein. I make this Declaration pursuant to Civil L.R. 7-5(a)

2. As part of my position at GSK, I receive and work with sales information concerning GSK's HIV/AIDS pharmaceuticals, including protease inhibitors. GSK maintains and considers various sources of information regarding protease inhibitors. These include internal records of gross sales data concerning protease inhibitors and medical data on the HIV/AIDS disease compiled by third parties, like the Henry J. Kaiser Family Foundation. I have reviewed these sources in submitting this declaration.

3. California is a very important geographic market for GSK's HIV/AIDS pharmaceuticals. California has one of the largest populations of individuals living with HIV/AIDS. For example, the State Health Facts website maintained by the Henry J. Kaiser Family Foundation and located at http://www.statehealthfacts.org, reports that as of the end of 2005, there were an estimated 58,906 people in California living with AIDS. *See* Exhibit 1. This is the second largest population of individuals living with AIDS of any state, and represents an estimated 13.6 percent of the total number of people living with AIDS in the United States. *See* Exhibit 2. My review of the website also shows that through 2005, 14.5 percent of all AIDS cases in the nation have been in California. This percentage is only second to New York state. *See* Exhibit 3. A true and correct copy of certain pages from the Henry J. Kaiser Family Foundation State Health Facts website, printed on February 6, 2007, is attached as Exhibits 1, 2 and 3 to this Declaration.

4. Because California has one of the highest incidences of HIV/AIDS in the nation, California remains one of the most important states for sales of protease inhibitors. ███████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ██████████████████████████

5.  California also remains an important state for GSK's pharmaceutical business generally. For example, GSK has nearly 1,000 employees located in California, and two regional service offices – one in La Jolla and another in San Ramon. Of all states in the nation, California receives the most money in clinical grants from GSK – over $21 million in 2006. In addition, GSK provided over $15 million in 2006 to California patients for assistance programs, including those concerning HIV/AIDS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in RTP, North Carolina, this 13th day of February, 2008

*[signature]*

Sara M. Bason