IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Stephanie Kaufman (CA 162644) skaufman@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>                    Plaintiff,<br><br>        v.<br><br>Abbott Laboratories,<br><br>                    Defendant. | **Case No. C 07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**DECLARATION OF TREVOR V. STOCKINGER IN SUPPORT OF GLAXOSMITHKLINE'S OPPOSITION TO MOTION OF ABBOTT LABORATORIES TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Date:          March 6, 2008**<br>**Time:         2:00 p.m.**<br>**Courtroom: 2 (4th Floor)**<br>**Judge:        Hon. Claudia Wilken** |

**[Exhibit C Submitted Under Seal]**

1  I, Trevor V. Stockinger, declare as follows:

2  1. I am an attorney at the law firm of Irell & Manella, LLP, counsel for Plaintiff SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") and am authorized to make this Declaration in that capacity. I am licensed to practice law in the State of California. I have personal knowledge of the facts and circumstances set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein. I make this Declaration pursuant to Civil L.R. 7-5(a).

2. Attached hereto as Exhibit A are excerpts of a true and correct copy of the transcript of the December 11, 2007 Case Management Conference in *SmithKline Beecham Corporation d/b/a GlaxoSmithKline v. Abbott Laboratories*, Case No. C 07-5702 (CW) (related per November 19, 2007 Order to Case No. C-04-1511 (CW)).

3. Attached hereto as Exhibit B is a true and correct copy of Abbott's website listing its United States locations, printed February 6, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of Exhibit 15 to the Expert Report of Douglas F. Greer, Ph.D submitted in *In re Abbott Laboratories Norvir Antitrust Litigation*, Case No. C-04-1511 CW and originally produced by Abbott in *In re Norvir Antitrust Litigation* bearing Bates Nos. NOR00013357-359. It was also recently produced in *GlaxoSmithKline v. Abbott Laboratories* bearing the same Bates range.

5. Attached hereto as Exhibit D are excerpts of a true and correct copy of the transcript of the April 7, 2006 hearing in *Doe v. Abbott Laboratories*, Case No. C-04-1511 (CW).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California, this 14th day of February, 2008.

/s/ Trevor V. Stockinger
Trevor V. Stockinger