# EXHIBIT 2

< Back to previous page

## Estimated Number of Persons Living with AIDS, All Ages, at the End of 2005



| Rank | | Persons Living with AIDS All Ages |
|---|---|---|
| | United States | 100.0% [1] |
| 1 | New York | 17.1% |
| 2 | California | 13.6% |
| 3 | Florida | 10.3% |
| 4 | Texas | 7.4% |
| 5 | New Jersey | 4.1% |
| 6 | Pennsylvania | 3.8% |
| 7 | Georgia | 3.7% |
| 8 | Illinois | 3.6% |
| 9 | Maryland | 3.2% |

| | | |
|---|---|---|
| 10 | District of Columbia | 2.2% |
| 11 | Massachusetts | 2.0% |
| 12 | North Carolina | 1.9% |
| 13 | Louisiana | 1.8% |
| 14 | Virginia | 1.8% |
| 15 | Connecticut | 1.6% |
| 16 | Ohio | 1.6% |
| 17 | South Carolina | 1.5% |
| 18 | Michigan | 1.4% |
| 19 | Tennessee | 1.4% |
| 20 | Missouri | 1.2% |
| 21 | Washington | 1.2% |
| 22 | Arizona | 1.1% |
| 23 | Colorado | 0.9% |
| 24 | Indiana | 0.9% |
| 25 | Alabama | 0.7% |
| 26 | Mississippi | 0.7% |
| 27 | Nevada | 0.7% |
| 28 | Kentucky | 0.6% |
| 29 | Oregon | 0.6% |
| 30 | Arkansas | 0.5% |
| 31 | Minnesota | 0.5% |
| 32 | Oklahoma | 0.5% |
| 33 | Wisconsin | 0.5% |
| 34 | Delaware | 0.4% |
| 35 | Hawaii | 0.3% |
| 36 | Kansas | 0.3% |
| 37 | New Mexico | 0.3% |
| 38 | Rhode Island | 0.3% |
| 39 | Utah | 0.3% |
| 40 | Iowa | 0.2% |
| 41 | Nebraska | 0.2% |
| 42 | West Virginia | 0.2% |
| 43 | Alaska | 0.1% |
| 44 | Idaho | 0.1% |
| 45 | Maine | 0.1% |
| 46 | New Hampshire | 0.1% |
| 47 | Vermont | 0.1% |
| 48 | Montana | 0.0% |
| 49 | North Dakota | 0.0% |
| 50 | South Dakota | 0.0% |
| 51 | Wyoming | 0.0% |
| | Puerto Rico | 2.5% |
| | Virgin Islands | 0.1% |
| | Guam | 0.0% |
| | Residence Unknown | 0.2% |

**Notes:** On June 28, 2007, the CDC released a corrected version of its annual surveillance report. Data presented here reflect this correction. Please note that the only data affected are estimates of persons living with AIDS in 2005. For more details, see http://www.cdc.gov/hiv/datarevision.htm.

U.S. totals include data from the United States (50 states and the District of Columbia), and from U.S. dependencies, possessions, and independent nations in free association with the U.S., and persons whose state or area of residence is unknown.

These numbers do not represent reported case counts. Rather, these numbers are point estimates, which result from adjustments of reported case counts. The reported case counts have been adjusted for reporting delays, but do not include adjustment for incomplete reporting.

**Sources:** Table 12, HIV/AIDS Surveillance Report: Cases of HIV Infection and AIDS in the United States, 2005, National Center for HIV, STD and TB Prevention, Centers for Disease Control and Prevention, Department of Health and Human Services, 2007. Available at http://www.cdc.gov/hiv/topics/surveillance/resources/reports/2005report/pdf/2005SurveillanceReport.pdf.

**Footnotes**:

1. U.S. total includes four persons from the Pacific Islands and one person reported from an area with confidential name-based AIDS reporting but who is a resident of another area.