# EXHIBIT 3



< Back to previous page

## Reported Number of AIDS Cases, All Ages, Cumulative through December 2005





| Rank | | Cumulative AIDS Cases All Ages |
|---|---|---|
| | United States | 100.0% [1] |
| 1 | New York | 18.0% |
| 2 | California | 14.5% |
| 3 | Florida | 10.5% |
| 4 | Texas | 7.0% |
| 5 | New Jersey | 5.1% |
| 6 | Illinois | 3.4% |
| 7 | Pennsylvania | 3.3% |
| 8 | Georgia | 3.2% |
| 9 | Maryland | 3.0% |

| | | |
|---|---|---|
| 10 | Massachusetts | 2.0% |
| 11 | District of Columbia | 1.8% |
| 12 | Louisiana | 1.8% |
| 13 | Virginia | 1.7% |
| 14 | North Carolina | 1.6% |
| 15 | Connecticut | 1.5% |
| 16 | Michigan | 1.5% |
| 17 | Ohio | 1.5% |
| 18 | South Carolina | 1.3% |
| 19 | Tennessee | 1.2% |
| 20 | Washington | 1.2% |
| 21 | Missouri | 1.1% |
| 22 | Arizona | 1.0% |
| 23 | Colorado | 0.9% |
| 24 | Alabama | 0.9% |
| 25 | Indiana | 0.8% |
| 26 | Mississippi | 0.7% |
| 27 | Oregon | 0.6% |
| 28 | Nevada | 0.6% |
| 29 | Oklahoma | 0.5% |
| 30 | Minnesota | 0.5% |
| 31 | Kentucky | 0.5% |
| 32 | Wisconsin | 0.4% |
| 33 | Arkansas | 0.4% |
| 34 | Delaware | 0.4% |
| 35 | Hawaii | 0.3% |
| 36 | Kansas | 0.3% |
| 37 | New Mexico | 0.3% |
| 38 | Rhode Island | 0.3% |
| 39 | Utah | 0.2% |
| 40 | Iowa | 0.2% |
| 41 | West Virginia | 0.2% |
| 42 | Nebraska | 0.1% |
| 43 | Maine | 0.1% |
| 44 | New Hampshire | 0.1% |
| 45 | Alaska | 0.1% |
| 46 | Idaho | 0.1% |
| 47 | Vermont | 0.0% |
| 48 | Montana | 0.0% |
| 49 | South Dakota | 0.0% |
| 50 | Wyoming | 0.0% |
| 51 | North Dakota | 0.0% |
| | Puerto Rico | 3.0% |
| | Virgin Islands | 0.1% |
| | Guam | 0.0% |

**Notes:** Includes persons with a diagnosis of AIDS, reported from the beginning of the epidemic through 2005. U.S. totals include data from the United States (50 states and the District of Columbia), and from U.S. dependencies, possessions, and independent nations in free

Case 4:07-cv-05702-CW     Document 51-6     Filed 02/14/2008     Page 4 of 4

association with the U.S.; and persons whose state or area of residence is unknown.

**Sources:** Table 14, HIV/AIDS Surveillance Report: Cases of HIV Infection and AIDS in the United States, 2005, National Center for HIV, STD and TB Prevention, Centers for Disease Control and Prevention, Department of Health and Human Services, 2006. Available at http://www.cdc.gov/hiv/topics/surveillance/resources/reports/2005report/pdf/2005SurveillanceReport.pdf.

**Footnotes**:

1. U.S. total includes two persons in the Pacific Islands and three persons reported from areas with confidential name-based AIDS reporting but who are residents of other areas.