# EXHIBIT B



Print This Page | Back to Web Page

# United States



Web site: www.abbott.us

### U.S. Corporate Headquarters

Abbott Laboratories

100 Abbott Park Road

Abbott Park, Illinois 60064-3500

Telephone: (847) 937-6100

### California

**Diabetes Care**

Abbott Diabetes Care

1360 South Loop Road

Alameda, California 94502

Telephone: (510) 749-5400

Facsimile: (510) 749-5401

**Diagnostic Products**

Abbott Hematology – Diagnostics Division

5440 Patrick Henry Drive

Santa Clara, California 95054

Telephone: (408) 982-4800

Facsimile: (408) 982-4864

**Vascular Devices**

Abbott Vascular

400 Saginaw Drive

Redwood City, California 94063-4749

Telephone: (650) 474-3000

Facsimile: (650) 474-3010

**Vascular Devices**

Abbott Vascular

3200 Lakeside Drive
Santa Clara, California 95054-2807
Telephone: (408) 845-3000
Facsimile: (408) 845-3333

### Illinois

**U.S. Corporate Headquarters**
Abbott Laboratories
100 Abbott Park Road
Abbott Park, Illinois 60064-3500
Telephone: (847) 937-6100

### Massachusetts

**Pharmaceutical Products**
Abbott Bioresearch Center
100 Research Drive
Worcester, Massachusetts 01605

### New Jersey

**Medical Diagnostics Products**
Abbott Laboratories
Point of Care
104 Windsor Center Drive
East Windsor, New Jersey 08520
Telephone: (609) 443-9300
Facsimile: (609) 443-9310

**Pharmaceutical Products**
Abbott Laboratories
Immunoscience Development Center
300 Interpace Parkway
Parsippany, New Jersey 07054

**Pharmaceutical Products**
(Former Kos Pharmaceuticals Corporate Office)
1 Cedar Brook Drive
Cranbury, New Jersey 08512-3618
Telephone: (609) 495-0500
Facsimile: (609) 495-0920

### Ohio

**Nutritional Products**

Abbott Laboratories
Ross Products Division
625 Cleveland Avenue
Columbus, Ohio 43215
Telephone: (614) 624-7677

### Texas

**Medical Products**
Abbott Spine
5301 Riata Park Court, Building F
Austin, Texas 78727
Telephone: (512) 918-2700
Facsimile: (512) 918-2784