# EXHIBIT C
# [Filed Under Seal]

IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Stephanie Kaufman (CA 162644) skaufman@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>            Plaintiff,<br><br>     v.<br><br>Abbott Laboratories,<br><br>            Defendant. | **Case No. C07-5702 (CW)**<br><br>*Related per November 19, 2007 Order to* **Case No. C-04-1511 (CW)**<br><br>**MANUAL FILING NOTIFICATION**<br><br>**CONFIDENTIAL EXHIBIT TO THE DECLARATION OF TREVOR V. STOCKINGER IN SUPPORT OF GLAXOSMITHKLINE'S OPPOSITION TO MOTION OF ABBOTT LABORATORIES TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Date:         March 6, 2008**<br>**Time:        2:00 p.m.**<br>**Courtroom: 2 (4th Floor)**<br>**Judge:       Hon. Claudia Wilken** |

1822740.1 03

1     Regarding the Following Filing:

2     Exhibit C to the Declaration of Trevor V. Stockinger In Support Of GlaxoSmithKline's

3 Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(A).

4     This filing is in physical form only, and is being maintained in the case file in the Clerk's

5 office.

6     If you are a participant in this case, this filing will be served in physical form shortly.

7     For information on retrieving this filing directly from the court, please see the court's main

8 web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9     This filing was not efiled for the following reason(s):

10     [_] Voluminous Document (PDF file size larger than the efiling system allows)

11     [_] Unable to Scan Documents

12     [_] Physical Object (description):

13     [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

14     [X] Item Under Seal

15     [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

16     [_] Other (description): _____

17     _____

18

19 Dated:  February 14, 2008            Respectfully submitted,
                                            IRELL & MANELLA LLP

20

21

22                                    By:  /s/Trevor V. Stockinger

23                                         Trevor V. Stockinger
                                        Attorneys for Plaintiff

24

25

26

27

28

1822747.1 02                                    - 2 -