```
IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Stephanie Kaufman (CA 162644) skaufman@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>             Plaintiff,<br><br>    v.<br><br>Abbott Laboratories,<br><br>             Defendant. | Case No. C 07-5702 (CW)<br><br>*Related per November 19, 2007 Order to*<br>Case No. C-04-1511 (CW)<br><br>**GSK'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 RE: GSK'S OPPOSITION TO MOTION OF ABBOTT LABORATORIES TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:         March 6, 2008<br>Time:        2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |

1    Pursuant to Civil Local Rule 79-5, Plaintiff SmithKline Beecham Corporation d/b/a
2 GlaxoSmithKline ("GSK") hereby requests an order sealing documents. In support of this
3 Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5, GSK
4 submits for the Court's consideration the Declaration of Stephanie Kaufman in Support of Plaintiff
5 GSK's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5
6 ("Kaufman Decl."), filed concurrently herewith. GSK has lodged with this Court the following
7 documents, which GSK requests that the Court order sealed.

8  1.  Declaration of Sara M. Bason in Support of GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a). This Declaration contains GSK's confidential financial information, as described in the Kaufman Declaration. A redacted version of this document has been filed with the Clerk. Only the sealable portions of this document have been redacted from the public version of this filing. An unredacted version, identifying the sealable portions, has been lodged with the Court. (Kaufman Decl. ¶ 2).

15  2.  Exhibit C of the Declaration of Trevor V. Stockinger in Support of GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a). This document has been designated as "Highly Confidential Attorneys' Eyes Only" by Defendants. (Kaufman Decl. ¶ 3).

19  3.  GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a). This document refers to and describes the above two described confidential documents. A redacted version of this document has been filed with the Clerk. Only the sealable portions of this document have been redacted from the public version of this filing. An unredacted version, identifying the sealable portions, has been lodged with the Court. (Kaufman Decl. ¶ 4).

25 On these grounds, GSK requests the Court to seal these documents. This request is
26 narrowly tailored to seal only that material for which good cause to seal has been established. A
27 Proposed Order granting this Administrative Motion has been filed and served herewith.
28

| | |
|---|---|
| 1  Dated: February 14, 2008 | IRELL & MANELLA LLP |

By: *(signature)*
Stephanie Kaufman
Attorneys for GlaxoSmithKline

1821464.2 01

GLAXOSMITHKLINE'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL (Case No. C07-5702 (CW))