IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Stephanie Kaufman (CA 162644) skaufman@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a/ GlaxoSmithKline,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Abbott Laboratories,<br><br>　　　　　Defendant. | Case No. C 07-5702 (CW)<br><br>*Related per November 19, 2007 Order to* Case No. C-04-1511 (CW)<br><br>[PROPOSED] ORDER GRANTING GSK'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 RE: GSK'S OPPOSITION TO MOTION OF ABBOTT LABORATORIES TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)<br><br>Date:　　　　March 6, 2008<br>Time:　　　　2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:　　　Hon. Claudia Wilken |

As set forth in Plaintiff GlaxoSmithKline's ("GSK") Administrative Motion to File Documents Under Seal Pursuant To Local Rule 79-5 ("Administrative Motion"), GSK lodged with the Court the following documents:

1. GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a).

2. Declaration of Sara M. Bason in Support of GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a)

3. Exhibit C to the Declaration of Trevor V. Stockinger in Support of GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a).

Having considered GSK's Administrative Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that: (a) GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a); (b) Declaration of Sara M. Bason in Support of GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a); and (c) Exhibit C to the Declaration of Trevor V. Stockinger in Support of GSK's Opposition to Motion of Abbott Laboratories to Transfer Pursuant to 28 U.S.C. § 1404(a) are to be filed under seal.

IT IS SO ORDERED.

Dated: _____    _____
Hon. Claudia Wilken
United States District Judge

Respectfully submitted,

IRELL & MANELLA LLP

By: _____
Stephanie Kaufman

Attorneys for GlaxoSmithKline