```
 1  LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
 2  Joseph R. Saveri (State Bar No. 130064)
    Embarcadero Center West
 3  275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339
 4  Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
 5  Email: jsaveri@lchb.com

 6  Local Counsel for Rochester Drug Cooperative, Inc.

 7  IRELL & MANELLA LLP
    Alexander Frank Wiles (CA 73596)
 8  Brian Hennigan (CA 86955)
    Stephanie Kaufman (CA 162644)
 9  Trevor Stockinger (CA 226359)
    1800 Avenue of the Stars #900
10  Los Angeles, CA 90067
    Telephone: (310) 277-1010
11  Facsimile: (310) 203-7199
    Email: awiles@irell.com; bhennigan@irell.com
12  skaufman@irell.com; tstockinger@irell.com

13  Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline

14
    [Additional Attorneys and Plaintiffs on Signature Page]
15
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.,; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　　Defendant.<br><br>[caption continues next page] | Case No. C 07-5470 (CW)<br><br>*Related per October 31, 2007 Order to Case No. C-04-1511 (CW)*<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS**<br><br>Date:　　　　March 6, 2008<br>Time:　　　　2:00 p.m.<br>Courtroom:　2 (4th Floor)<br>Judge:　　　Hon. Claudia Wilken |

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | Case No. C 07-5702 (CW) |
| 2 | | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | |
| 4 | vs. | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS AND GLAXOSMITHKLINE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT** |
| 5 | ABBOTT LABORATORIES, | |
| 6 | Defendant. | |
| 7 | | |
| 8 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 9 | | |
| 10 | | |
| 11 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 (CW) |
| 12 | | *Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| 13 | Plaintiffs, | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS** |
| 14 | vs. | |
| 15 | ABBOTT LABORATORIES, | |
| 16 | Defendant. | |
| 17 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 18 | | |
| 19 | | |
| 20 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 (CW) |
| 21 | | *Related per December 3, 2007 Order to Case No. C-04-1511 (CW)* |
| 22 | Plaintiff, | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS** |
| 23 | vs. | |
| 24 | ABBOTT LABORATORIES, | |
|   | Defendant. | |
| 25 | | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |
| 26 | | |
| 27 | | |
| 28 | [caption continues next page] | |

1825997

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR
OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6118 (CW) |
| 2 | | *Related per December 10, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | |
| 4 | vs. | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS** |
| 5 | ABBOTT LABORATORIES, | |
| 6 | Defendant. | |
| 7 | | Date:      March 6, 2008<br>Time:      2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:     Hon. Claudia Wilken |
| 9 | RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., | Case No. C 07-6120 (CW) |
| 10 | | *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* |
| 13 | Plaintiff, | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS** |
| 14 | vs. | |
| 15 | ABBOTT LABORATORIES, | Date:      March 6, 2008<br>Time:      2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:     Hon. Claudia Wilken |
| 16 | Defendant. | |

1   Pursuant to Federal Rule of Evidence 201(b), Plaintiffs request that the Court take judicial notice of the following additional document attached as Exhibit 7, which Abbott filed in the *In re Abbott Labs Norvir Antitrust Litigation* after plaintiffs' filed their Opposition to Abbott's Omnibus Motion to Dismiss and GSK filed its Opposition to Abbott's Motion to Dismiss Complaint:

7.   Notice of Motion and Motion of Abbott Laboratories for Summary Judgment filed in *In re Abbott Labs Norvir Antitrust Litigation*, Case No. C-04-1511 CW and dated February 13, 2008. A true and correct copy of this document is attached as Exhibit 7.

Facts can be judicially noticed that are "not subject to reasonable dispute" because they are either 1) generally known in the jurisdiction, or are 2) "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "[M]atters of public record" outside the pleadings are appropriate for judicial notice on a motion to dismiss. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (quoting *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986)); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 504 (9th Cir. 1986). Moreover, court filings from other lawsuits are subject to judicial notice under Rule 201(b). *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("We 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" (quoting *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.3d 1169, 1172 (10th Cir. 1979)). The above exhibit reflects another proceeding in this Court that has direct relation to the matters at issue. Exhibit 7 is a Motion for Summary Judgment filed by Defendant Abbott Laboratories in *In re Abbott Labs Norvir Antitrust Litigation*. Plaintiffs' cases have been related to the *Norvir Antitrust Litigation* by this Court. Abbott's arguments in its Motion for Summary Judgment are relevant to the arguments it makes in its Omnibus Motion to Dismiss and in its Motion to Dismiss GlaxoSmithKline's Complaint. Specifically, all motions implicate Abbott's "patent immunity" defense. The contents of this document are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      For the foregoing reasons, Exhibit 7 may properly be considered by the Court in its ruling on Defendant's Omnibus Motion To Dismiss and on Defendant's Motion to Dismiss GlaxoSmithKline's Complaint.

Dated: February 21, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By_____
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

IRELL & MANELLA LLP

By_____
Alexander Frank Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com
skaufman@irell.com; tstockinger@irell.com

*Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.*

DILLINGHAM & MURPHY, LLP

By_____
William Francis Murphy
Email: wfm@dillinghammurphy.com
Barbara Lynne Harris Chiang
Email: bhc@dillinghammurphy.com
Edward Eldon Hartley
Email: eeh@dillinghammurphy.com
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.*

- 2 -

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS

1825997

| | |
|---|---|
| 1 | |
| 2 | BERGER & MONTAGUE, P.C. |
|   | Eric L. Cramer, Pro Hac Vice |
| 3 | Email: ecramer@bm.net |
|   | Daniel Berger |
| 4 | Email: danberger@bm.net |
|   | David F. Sorensen |

BERGER & MONTAGUE, P.C.
Eric L. Cramer, Pro Hac Vice
Email: ecramer@bm.net
Daniel Berger
Email: danberger@bm.net
David F. Sorensen
Email: dsorensen@bm.net
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Lead Counsel for Rochester Drug Cooperative, Inc.*

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein, Pro Hac Vice
Email: bgerstein@garwingerstein.com
Noah H. Silverman, Pro Hac Vice
Email: nsilverman@garwingerstein.com
1501 Broadway, Suite 1416
New York, New York 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Lead Counsel for Louisiana Wholesale Drug Co., Inc.*

SPIEGEL LIAO & KAGAY, LLP

Charles M. Kagay (State Bar No. 73377)
Email: cmk@slksf.com
Wayne M. Liao (State Bar No. 66591)
Email: wml@slksf.com
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile: (415) 962-1431

*Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.*

KAPLAN FOX & KILSHEIMER LLP

Laurence D. King (SBN 206423)
Email: lking@kaplanfox.com
Linda M. Fong (SBN 124232)
Email: lfong@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

- 3 -

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR
OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS

1825997

Robert N. Kaplan, Pro Hac Vice
Email: rkaplan@kaplanfox.com
Linda P. Nussbaum, Pro Hac Vice
Email: lnussbaum@kaplanfox.com
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

**Additional Counsel for Plaintiffs (Client Not Specified):**

ODOM & DES ROCHES, LLP
John Gregory Odom, Pro Hac Vice
Email: greg@odrlaw.com
Stuart E. Des Roches, Pro Hac Vice
Email: stuart@odrlaw.com
John Alden Meade, Pro Hac Vice
Email: jmeade@odrlaw.com.
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

PERCY SMITH & FOOTE, LLP
David P. Smith, Pro Hac Vice
Email: dpsmith@psfllp.com
W. Ross Foote, Pro Hac Vice
Email: rfoote@psfllp.com
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti, Pro Hac Vice
Email: tr@kttlaw.com
Adam Moskowitz, Pro Hac Vice
Email: amm@kttlaw.com
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone: (305) 372-1800
Telecopier: (305) 372-3508

- 4 -

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS

1825997

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine, Pro Hac Vice
Email: aa@adr-portland.com
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone: (503) 221-4570
Facsimile: (503) 221-4590

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)
Email: davisj@usfca.edu
437A Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek, Pro Hac Vice
Email: jvanek@vaneklaw.com
David P. Germaine, Pro Hac Vice
Email: dgermaine@vaneklaw.com
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510

SPERLING & SLATER
Paul E. Slater, Pro Hac Vice
Email: pes@sperling-law.com
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

KENNY NACHWALTER, PA
Lauren C. Ravkind
Scott Eliot Perwin
Email: sperwin@kennynachwalter.com
201 S. Biscayne Blvd.
1100 Miami Center
Miami, Florida 33131
Telephone: (512) 480-802

ARNOLD & PORTER
Kenneth A. Letzler, Pro Hac Vice
Email: Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

```
 1                                HANGLEY ARONCHICK SEGAL & PUDLIN
                                  Steve D. Shadowen
 2                                Email: sshadowen@hangley.com
                                  Monica L. Rebuck
 3                                Email: mrebuck@hangley.com
                                  30 North Third Street, Suite 700
 4                                Harrisburg, PA 17101-1701
                                  Telephone: (717) 364-1007
 5                                Facsimile: (717) 362-1020
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

1825997

PLAINTIFFS' REQ. FOR JUDICIAL NOTICE OF ADDITIONAL DOCUMENT IN SUPPORT OF THEIR
OPPOSITION TO ABBOTT'S OMNIBUS MOTION TO DISMISS

Pursuant to General Order No. 45, Section X, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Alexander F. Wiles.

Dated: February 21, 2008

By /s/ Trevor V. Stockinger
Trevor V. Stockinger