Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>            Plaintiff,<br><br>      vs.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant. | Case No. C-07-5702 CW<br><br>Related to:<br><br>Case No. C-04-1511<br><br>**DECLARATION OF SAMUEL S. PARK IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:         **March 6, 2008**<br>Time:         **2:00 p.m.**<br>Courtroom: **2 (4th Floor)**<br>Judge:        **Hon. Claudia Wilken** |

I, Samuel S. Park, declare:

1. I am an attorney at law, duly licensed to practice law before the courts of the State of Illinois and New York. I am also admitted *pro hac vice* in this case to practice before this Court. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this declaration in that capacity.

2. I submit this declaration in support of Abbott Laboratories' Motion To Transfer Pursuant to 28 U.S.C. § 1404(a). The statements contained herein are based on my own personal knowledge unless otherwise stated.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript from the Case Management Conference before this Court held on December 11, 2007.

4. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff, GSK's initial disclosures, dated January 11, 2008.

Executed in Chicago, Illinois, this 21st day of February 2008.

/s/ Samuel S. Park
Samuel S. Park

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

Case Nos. C-07-5702 CW - DECLARATION OF SAMUEL S. PARK
IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO
TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)