1  Nicole M. Norris (SBN 222785)
   WINSTON & STRAWN LLP
2  101 California Street, Suite 3900
   San Francisco, CA  94111-5894
3  Telephone:   415-591-1000
   Facsimile:    415-591-1400
4  Email: nnorris@winston.com

5  James F. Hurst (*Admitted Pro Hac Vice*)
   David J. Doyle (*Admitted Pro Hac Vice*)
6  Samuel S. Park (*Admitted Pro Hac Vice*)
   WINSTON & STRAWN LLP
7  35 W. Wacker Drive
   Chicago, IL 60601-9703
8  Telephone:   312-558-5600
   Facsimile:    312-558-5700
9  Email: jhurst@winston.com; ddoyle@winston.com;
   spark@winston.com
10
   Charles B. Klein (*Admitted Pro Hac Vice*)
11 WINSTON & STRAWN LLP
   1700 K Street, N.W.
12 Washington, D.C.  20007
   Telephone:   202-282-5000
13 Facsimile:    202-282-5100
   Email: cklein@winston.com
14
   Attorneys for Defendant
15 ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C 07-5702 CW**<br><br>*Related Per November 19, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF FILING ABBOTT LABORATORIES' REDACTED REPLY BRIEF RE ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(B)(6)** |

I, Nicole M. Norris, declare:

1. I am an attorney at law, admitted to practice in this Court for these matters. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2. I submit this declaration in support of filing a redacted version of Abbott's Reply Brief regarding its Motions to Dismiss the GSK Complaint Pursuant to Rule 12(b)(6) ("Reply").  The statements contained herein are based on my own personal knowledge unless otherwise stated.

3. Abbott's Reply cites relevant portions of the Highly Confidential Exhibit 1 ("Exhibit") cited in Abbott's Opening Motion to Dismiss the GSK Complaint Pursuant to Rule 12(b)(6).  The Exhibit cited is a License Agreement between Abbott and GSK for the HIV/AIDS drug Norvir®.

4. The parties previously stipulated that this Exhibit is Highly Confidential and should be filed under seal.  This court agreed, and granted Abbott's motion to file the Exhibit under seal.

5. Abbott does not object to the public disclosure of the cited portions of the Exhibit in Abbott's Reply.  However, given its Highly Confidential/Sealed status, out of an abundance of caution, Abbott elected to temporarily file the Reply under seal giving GSK the option to seek to have the Reply permanently sealed.

6. If GSK decides it will not pursue a permanent seal of Abbott's Reply, Abbott will re-file an un-redacted version of its Reply in the public domain.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California, this 21st day of February, 2008.

/s/ Nicole M. Norris
Nicole M. Norris,
nnorris@winston.com