Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHEM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　　Defendant. | Case No. C 07-5702 CW<br><br>*Related per November 19, 2007 Order to*<br><br>Case No. C-04-1511 CW<br><br>**CERTIFICATE OF SERVICE**<br><br>**Date:**　　　**March 6, 2008**<br>**Time:**　　　**2:00 p.m.**<br>**Courtroom:** **2 (4th Floor)**<br>**Judge:**　　**Hon. Claudia Wilken** |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco. I am over the age of 18 and not a party to the within action; my business address is Winston & Strawn, LLP, 101 California Street, San Franscico, California 94111. On February 21, 2008, I served the within documents:

**ABBOTT LABORATORIES' REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(B)(6) - UNREDACTED**

**X**  by sending via electronic mail a true and correct copy of said document(s) on the attached service list as agreed by the parties.

> IRELL & MANELLA LLP
> Alexander F. Wiles (CA 73596) awiles@irell.com
> Trevor V. Stockinger (CA 226359) tstockinger@irell.com
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067-4276
> Telephone: (310) 277-1010
> Facsimile: (310) 203-7199

I am readily familiar with the firms practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury that the above is true and correct. Executed on February 21, 2008, at San Francisco, California.

By:  /s/ Nicole M. Norris
　　　Nicole M. Norris
　　　One of the Attorneys for Defendant,
　　　ABBOTT LABORATORIES