IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
SMITHKLINE BEECHAM CORPORATION,          No. C 07-5702 CW

          Plaintiff,                     ORDER DENYING
                                         DEFENDANT'S MOTION
     v.                                  FOR LEAVE TO FILE
                                         UNDER SEAL (DOCKET
ABBOTT LABORATORIES,                     NO. 62)

          Defendant.
                                   /
```

   Defendant Abbott Laboratories has moved for leave to file under seal portions of its reply brief in support of its motion to dismiss Plaintiff SmithKline Beecham's complaint.  The relevant portions of the reply brief refer to the terms of the confidential license agreement between the parties.  However, Abbott does not object to the public filing of an unredacted version of the brief; it filed the present motion in order to give Plaintiff the opportunity to object to the public disclosure of the information. Plaintiff has not filed a declaration establishing that the relevant portions of the brief are sealable, as it was required to do within five days of Defendant's request.  See Local Rule

79-5(d).  Accordingly, Defendant's motion is DENIED.  Pursuant to Local Rule 79-5(d), Defendant shall file in the public record an unredacted version of the brief.

    IT IS SO ORDERED.

Dated: 3/20/08

CLAUDIA WILKEN
United States District Judge