1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9  Charles M. Kagay (SBN 073377)
   *cmk@slksf.com*
10 SPIEGEL, LIAO & KAGAY
   388 Market Street, Suite 900
11 San Francisco, CA 94111
   Telephone:  (415) 956-5959
12 Facsimile:  (415) 362-1431

13 *Attorneys for Individual and Representative Plaintiff*
   *Louisiana Wholesale Drug Company, Inc.*
14
   [Additional Attorneys and Plaintiffs listed on Signature
15 Page]

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         (OAKLAND DIVISION)

19

20
   MEIJER, INC. & MEIJER                  Case No. C 07-5985 CW
21 DISTRIBUTION, INC., on behalf of
   themselves and all others similarly    **PLAINTIFFS' REVISED STIPULATED**
22 situated,                              **MOTION AND ORDER TO CHANGE CLASS**
                                          **CERTIFICATION HEARING AND**
23                    Plaintiffs,         **BRIEFING DATES  AS MODIFIED**

24 v.                                     **Hon. Claudia Wilken**

25 ABBOTT LABORATORIES,

26                    Defendant.

27
   --[*caption continues next page*]--
28

| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
| | **Hon. Claudia Wilken** |
| Plaintiff, | |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6118 CW |
| | **Hon. Claudia Wilken** |
| Plaintiff, | |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

## PLAINTIFFS' REVISED STIPULATED MOTION AND ORDER TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES  AS MODIFIED

Plaintiffs and Defendant (the "Parties") in the above-captioned direct purchaser class cases hereby stipulate to, and respectfully seek, a change of the dates of the class certification hearing and briefing established by the December 12, 2007 Case Management Order.

The Parties seek to delay the class certification briefing schedule by just over one month. Under the new class certification schedule: (1) Plaintiffs' opening motion and brief would be due May 5, 2008; (2) Defendant's response would be due June 16, 2008; (3) Plaintiffs' reply would be due July 14, 2008; and (4) oral argument would be scheduled for Thursday, August 7, 2008, at 2:00 p.m.

None of these changes affects the intervals between briefs, nor does the proposal alter the interval between the close of briefing and the proposed hearing date.  Additionally, the parties

1    agree that no other dates in the Court's schedule for these cases, or for any of the related Norvir

2    antitrust actions, would need to change.  The Parties have confirmed that the Court is available on

3    Thursday, August 7, 2008, at 2:00 p.m., for the class certification hearing.

4         In view of the fact that no change proposed by this stipulation (which is limited to the

5    scheduling of the class certification motion only) would in any way affect the schedules of their

6    separate, albeit related, cases, plaintiffs GlaxoSmithKline (Case No. C 07-5702 CW), Safeway

7    Stores, *et al.* (Case No. C 07-5470 CW), and Rite-Aid Corporation, *et al.* (C -07-6120 CW) in the

8    related Norvir antitrust actions also stipulate to this motion.

9         SO STIPULATED:

10   Dated: March 31st, 2008

11   WINSTON & STRAWN LLP                          LIEFF, CABRASER, HEIMANN &
                                                    BERNSTEIN, LLP
12   By:   */s/ Nicole M. Norris*
           Nicole M. Norris
13                                                  By:   */s/ Joseph R. Saveri*
                                                          Joseph R. Saveri
14   Nicole M. Norris (SBN 222785)
     nnorris@winston.com
15   James F. Hurst                                 Joseph R. Saveri
     jhurst@winston.com                             jsaveri@lchb.com
16   David J. Doyle                                 Eric B. Fastiff
     ddoyle@winston.com                             efastiff@lchb.com
17   Samuel S. Park                                 Brendan Glackin
     spark@winston.com                              bglackin@lchb.com
18   101 California Street, Suite 3900              Embarcadero Center West
     San Francisco, CA 94111-5802                   275 Battery Street, 30th Floor
19   Telephone: (415) 591-1000                      San Francisco, CA 94111-3339
     Facsimile: (415) 591-1400                      Telephone:    (415) 956-1000
20                                                  Facsimile:    (415) 956-1008

21   *Attorneys for Defendant Abbott Laboratories*  *Attorneys for Individual and Representative*
                                                    *Plaintiff*
22                                                  *Rochester Drug Co-Operative, Inc.*

23

24

25

26

27

28

- 2 -        STIP. MO. AND PROP. ORDER  TO CHANGE
                                                    CLASS CERT. HEARING AND BRIEFING DATES
                                                    CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

1   IRELL & MANELLA, LLP

2
    By: _____/s/ Alex Wiles_____
3           Alexander Frank Wiles

4   Alexander Frank Wiles
    *awiles@irell.com*
5   1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067-4276
6   Telephone: (310) 277-1010
    Facsimile: (310) 203-7199
7
    *Attorneys for Plaintiff Smithkline Beecham*
8   *Corporation d/b/a GlaxoSmithKline*

SPIEGEL, LIAO & KAGAY
Charles M. Kagay (State Bar No. 73377)
*cmk@slksf.com*
Wayne M. Liao (State Bar No. 66591)
*wml@slksf.com*
388 Market Street, Suite 900
San Francisco, California 94111
Telephone:     (415) 956-5959
Facsimile:     (415) 962-1431

*Attorneys for Individual and Representative*
*Plaintiff Louisiana Wholesale Drug Company,*
*Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

756214.1

- 3 -

1    HANGLEY ARONCHICK SEGAL &           KAPLAN FOX & KILSHEIMER LLP
     PUDLIN                               Laurence D. King (SBN 206423)
2                                         lking@kaplanfox.com
                                          Linda M. Fong (SBN 124232)
3    By: ___/s/ Steve Shadowen_____     lfong@kaplanfox.com
                                          350 Sansome Street, Suite 400
4         Steve D. Shadowen               San Francisco, CA 94104
                                          Telephone:    (415) 772-4700
5                                         Facsimile:    (415) 772-4707
     Steve D. Shadowen
6    sshadowen@hangley.com
     30 North Third Street, Suite 700
7    Harrisburg, PA 17101-1701
     Telephone:  (717) 364-1007
8    Facsimile: (717) 362-1020

9    *Attorneys for Plaintiffs Rite Aid Corporation,*
     *Rite Aid HDQTRS, Corp., JCG (PJC) USA,*
10   *LLC, Maxi Drug, Inc. d/b/a/ Brooks Pharmacy,*
     *Eckerd Corporation, CVS Pharmacy, Inc., and*
11   *Caremark, L.L.C.*

12

13
                                          Robert N. Kaplan (*Pro Hac Vice*)
14   KENNY NACHWALTER, PA                 rkaplan@kaplanfox.com
                                          Linda P. Nussbaum (*Pro Hac Vice*)
15                                        lnussbaum@kaplanfox.com
                                          John D. Radice (*Pro Hac Vice*)
16   By: ____/s/ Scott Perwin_____    jradice@kaplanfox.com
                                          850 Third Avenue, 14th Floor
17        Scott Eliot Perwin              New York, NY 10022
                                          Telephone:    (212) 687-1980
18   Scott Eliot Perwin                   Facsimile:    (212) 687-7714
     sperwin@kennynachwalter.com
19   1100 Miami Center                    *Lead Counsel for Meijer, Inc. and Meijer*
     201 South Biscayne Boulevard         *Distribution, Inc.*
20   Miami, FL 33131
     Telephone: (305) 373-1000
21   Facsimile: (305) 372-1861

22   *Attorneys for Plaintiffs Safeway Inc., Walgreen*
     *Co., The Kroger Co., New Albertson's, Inc.,*
23   *American Sales Company, Inc., and HEB*
     *Grocery Company, LP.*

24

25

26

27

28

                                          STIP. MO. AND PROP. ORDER  TO CHANGE
                                          CLASS CERT. HEARING AND BRIEFING DATES
                                          CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERGER & MONTAGUE, P.C.
Daniel Berger
*danberger@bm.net*
Eric L. Cramer (*Pro Hac Vice*)
*ecramer@bm.net*
David F. Sorensen
*dsorensen@bm.net*
1622 Locust Street
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:    (215) 875-4604

*Lead Counsel for Rochester Drug Cooperative, Inc.*

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein (*Pro Hac Vice*)
*bgerstein@garwingerstein.com*
Noah H. Silverman (*Pro Hac Vice*)
*nsilverman@garwingerstein.com*
1501 Broadway, Suite 1416
New York, New York 10036
Telephone:    (212) 398-0055
Facsimile:    (212) 764-6620

*Lead Counsel for Louisiana Wholesale Drug Co., Inc.*

ODOM & DES ROCHES, LLP
John Gregory Odom (*Pro Hac Vice*)
*dodom@odrlaw.com*
Stuart E. Des Roches (*Pro Hac Vice*)
*stuart@odrlaw.com*
John Alden Meade (*Pro Hac Vice*)
*jmeade@odrlaw.com*
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone:    (504) 522-0077
Facsimile:    (504) 522-0078

PERCY SMITH & FOOTE, LLP
David P. Smith (*Pro Hac Vice*)
*dpsmith@psfllp.com*
W. Ross Foote (*Pro Hac Vice*)
*rfoote@psfllp.com*
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone:    (318) 445-4480
Facsimile:    (318) 487-1741

1     KOZYAK TROPIN & THROCKMORTON
      Tucker Ronzetti (*Pro Hac Vice*)
2     tr@kttlaw.com
      Adam Moskowitz (*Pro Hac Vice*)
3     amm@kttlaw.com
      2800 Wachovia Financial Center
4     200 South Biscayne Boulevard
      Miami, Florida 33131-2335
5     Telephone:     (305) 372-1800
      Facsimile:     (305) 372-3508
6
      AUBERTINE DRAPER ROSE, LLP
7     Andrew E. Aubertine (*Pro Hac Vice*)
      aa@adr-portland.com
8     1211 SW Sixth Avenue
      Portland, Oregon 97204
9     Telephone:     (503) 221-4570
      Facsimile:     (503) 221-4590
10
      LAW OFFICES OF JOSHUA P. DAVIS
11    Joshua P. Davis (State Bar No. 193254)
      davisj@usfca.edu
12    437A Valley Street
      San Francisco, CA 94131
13    Telephone:     (415) 422-6223
14    VANEK, VICKERS & MASINI, P.C.
      Joseph M. Vanek (*Pro Hac Vice*)
15    jvanek@vaneklaw.com
      David P. Germaine (*Pro Hac Vice*)
16    dgermaine@vaneklaw.com
      111 South Wacker Drive, Suite 4050
17    Chicago, IL 60606
      Telephone:     (312) 224-1500
18    Facsimile:     (312) 224-1510
19    SPERLING & SLATER
      Paul E. Slater (*Pro Hac Vice*)
20    pes@sperling-law.com
      55 West Monroe Street, Suite 3200
21    Chicago, Illinois 60603
      Telephone:     (312) 641-3200
22    Facsimile:     (312) 641-6492
23    *Additional Plaintiffs' Counsel*
24
25
26
27
28

STIP. MO. AND PROP. ORDER TO CHANGE
CLASS CERT. HEARING AND BRIEFING DATES
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

1

## **CERTIFICATION OF ACCEPTABILITY**

2        I, Joseph Saveri, attest that the content of this document is acceptable to all

3    persons required to sign it, including Nicole Norris, counsel for defendant Abbott Laboratories;

4    Alex Wiles, counsel for plaintiff Smithkline Beecham Corporation; Steve Shadowen, counsel for

5    plaintiffs Rite Aid Corporation *et al.*; and Scott Perwin, counsel for Plaintiffs Safeway Inc. *et al.*

6                              By:    */s/ Joseph R. Saveri*
                                      Joseph R. Saveri
7

8

        Based on the stipulation of counsel in the above-captioned cases as well as all 3
9    related cases, the briefing and hearing dates in all 6 cases is continued as requested.

10        It is SO ORDERED.

11

                    4/4/08
12    DATED: _____

13                                    _____
                                      HONORABLE CLAUDIA WILKEN
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

756214.1                            - 7 -