IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor V. Stockinger (CA 226359)
Joshua Y. Karp (CA 254424)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (*Pro Hac Vice*)
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:   (202) 942-5000
Facsimile:    (202) 942-5999

Attorneys for Plaintiff
GlaxoSmithKline

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | Case No. C 07-5702 CW<br><br>*Related by Order to:*<br><br>Case No. C 04-1511 CW<br><br>**[PROPOSED] ORDER GRANTING GLAXOSMITHKLINE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO MARKETING AND COSTS**<br><br>The Honorable Judge Claudia Wilken |

- 2 -

Having considered the motion of Plaintiff SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") to Compel Production of Documents Relating to Marketing and Costs, the Declaration of Trevor V. Stockinger in support of that motion, the exhibits attached thereto and argument presented by counsel, this Court rules as follows:

IT IS HEREBY ORDERED that GSK's motion to compel is GRANTED.

IT IS FURTHER ORDERED that Defendant Abbott Laboratories must produce to GSK the following documents and information within 14 days of this order:

A. All documents that refer or relate to the marketing of Norvir and Kaletra, and

B. All reports summarizing the costs, including development, production, shipping, and distribution costs, incurred by Abbott for the sale of Norvir and Kaletra.

IT IS SO ORDERED.

Dated: ─────────────────────

Hon. Claudia Wilken
United States District Court Judge