# EXHIBIT 6

WINSTON & STRAWN LLP
Michael A. Sweet (SBN 184345)
George C. Lombardi (*Admitted Pro Hac Vice*)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone Number:    415.591.1000
Facsimile Number:    415.591.1400

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE 1 and JOHN DOE 2, on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C-04-1511 CW<br><br>**DEFENDANT ABBOTT LABORATORIES' RESPONSES TO PLAINTIFFS' FIRST DOCUMENT REQUESTS**<br><br>The Honorable Judge Wilken |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome, vague, ambiguous, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving its objections and subject to them, Abbott agrees to produce non-privileged monthly, quarterly and/or annual summary reports, to the extent they exist, reflecting sales volumes for Kaletra since its introduction.

**DOCUMENT REQUEST NO. 3:** All weekly, monthly, quarterly, annual or other summary reports that refer or relate to the costs, including development, production, shipping, and distribution, incurred by you for the sale of Norvir from its introduction to the present.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence.

**DOCUMENT REQUEST NO. 4:** All weekly, monthly, quarterly, annual or other summary reports that refer or relate to the costs, including development, production, shipping, and distribution, incurred by you for the sale of Kaletra from its introduction to the present.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence.

**DOCUMENT REQUEST NO. 5:** All weekly, monthly, quarterly, annual or other summary reports that refer or relate to revenues and/or profits derived by you from the sale of Norvir from its introduction to the present time.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving its objections and subject to them, Abbott agrees to produce non-privileged monthly, quarterly and/or annual summary reports, to the extent they exist, reflecting the revenues and/or profits derived by Abbott from the sale of Norvir.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DOCUMENT REQUEST NO. 14:** Any and all documents concerning or embodying market penetration studies of Kaletra.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Abbott also objects to the extent that this request seeks information protected by the attorney-client privilege and/or the work product doctrine. Without waiving its objections and subject to them, Abbott agrees to produce non-privileged, responsive documents, to the extent they exist, that were authored or created in the year 2003 or thereafter.

**DOCUMENT REQUEST NO. 15:** Any and all documents that refer or relate to the market share of Kaletra in the protease inhibitor market.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Abbott also objects to the extent that this request seeks information protected by the attorney-client privilege and/or the work product doctrine. Without waiving its objections and subject to them, Abbott agrees to produce non-privileged, responsive documents, to the extent they exist, that were authored or created in the year 2003 or thereafter.

**DOCUMENT REQUEST NO. 16:** Any and all documents that refer or relate to the marketing of Norvir from introduction to the present time.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**DOCUMENT REQUEST NO. 17:** Any and all documents that refer or relate to the marketing of Kaletra from introduction to the present time.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

**DOCUMENT REQUEST NO. 18:** Any and all documents that refer or relate to terms and conditions of sales of Norvir and Kaletra, including but not limited to, any discount or rebate programs you had in place during the relevant time period.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Abbott also objects to the extent that this request seeks information protected by the attorney-client privilege and/or the work product doctrine. Without waiving its objections and subject to them, Abbott agrees to produce non-privileged documents, to the extent they exist, authored or created in the year 2003 or thereafter relating to patients' access to Norvir and Kaletra, the pricing of Norvir and Kaletra and any discount or rebate programs relating to Norvir and Kaletra.

**DOCUMENT REQUEST NO. 19:** Any and all documents that refer or relate to: (a) any rebate or administrative fee offered or paid by you to any managed care company, pharmacy manager or other entity or individual for the sale or promotion of Norvir and/or Kaletra; (b) any "mark & retention" agreements, incentive agreements or other agreements between you and any pharmacy or drug store relating to the maintenance, sale or promotion of Norvir and/or Kaletra; and (c) any "inventory management" agreements or other agreements providing for rebates or extended payment terms, between you and any wholesaler of Norvir and/or Kaletra.

**RESPONSE:** In addition to its general objections, Abbott objects to this request as overly broad, unduly burdensome, vague, ambiguous and not reasonably calculated to lead to the discovery of admissible evidence. Abbott also objects to the extent that this request seeks information protected by the attorney-client privilege and/or the work product doctrine. Without waiving its

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1  objections and subject to them, Abbott agrees to produce non-privileged, responsive documents, to

2  the extent they exist.

3      **DOCUMENT REQUEST NO. 51:** Any and all documents or communications that refer

4  or relate to any alleged infringement of Patent 157.

5

6      **RESPONSE:** In addition to its general objections, Abbott objects to this request as overly

7  broad, unduly burdensome, vague, ambiguous and not reasonably calculated to lead to the discovery

8  of admissible evidence.  Abbott also objects to the extent that this request seeks information

9  protected by the attorney-client privilege and/or the work product doctrine.  Without waiving its

10  objections and subject to them, Abbott agrees to produce non-privileged, responsive documents, to

11  the extent they exist.

12      **DOCUMENT REQUEST NO. 52:** Any and all documents that refer or relate to whether

13  Abbott has recouped its costs relating to its development and manufacturing of Norvir, including, but

14  not limited to, research and development.

15

16      **RESPONSE:** In addition to its general objections, Abbott objects to this request as overly

17  broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible

18  evidence.  Abbott also objects to the extent that this request seeks information protected by the

19  attorney-client privilege and/or the work product doctrine.  Without waiving its objections and

20  subject to them, Abbott agrees to produce non-privileged, responsive documents, to the extent they

21  exist.

22

23      **DOCUMENT REQUEST NO. 53:** Any and all documents concerning or embodying

24  information about the financial sources for each study, clinical trial or protocol or study known to

25  you concerning the safety and efficacy of Norvir and/or Kaletra, including, but not limited to,

26  government sources.

27

28      **RESPONSE:** In addition to its general objections, Abbott objects to this request as overly

broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    information relating to expert witnesses and related materials before the time for such information

2    and materials to be disclosed and prior to any determination by Abbott as to which expert witnesses,

3    if any, will present opinions at trial.  Subject to and without waiving its objections, Abbott answers

4    that it will produce such documents at the appropriate stage in litigation pursuant to the court's

5    scheduling order.

6

7    Dated:  March 14, 2005                    WINSTON & STRAWN LLP

8

9

10   By:    _____

11          Michael A. Sweet (SBN 184345)
            Attorney for Defendant
12          ABBOTT LABORATORIES

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894