# EXHIBIT 15

**Karp, Joshua**

| | |
|---|---|
| **From:** | Campbell, Matt [MACampbell@winston.com] |
| **Sent:** | Monday, May 19, 2008 7:59 PM |
| **To:** | Stockinger, Trevor |
| **Cc:** | Klein, Chuck |
| **Subject:** | Re: Meet and Confer Call |

Trevor,

As you might guess, I have been preoccupied the last few days with issues relating to the court's decision in the Doe/SEIU litigation.  I will be forwarding you a letter responding to your questions in the next few days, and address some of our issues with GSK's production.

Matt


--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Stockinger, Trevor <TStockinger@irell.com>
To: Campbell, Matt
Sent: Mon May 12 13:21:17 2008
Subject: RE: Meet and Confer Call

Works for me.

_____

From: Campbell, Matt [mailto:MACampbell@winston.com]
Sent: Monday, May 12, 2008 10:21 AM
To: Stockinger, Trevor
Subject: RE: Meet and Confer Call


Trevor,

Can we talk at 5:30 p.m your time?  Please let me know.  Thanks.

Matt


_____

> From: Stockinger, Trevor [mailto:TStockinger@irell.com]
> Sent: Monday, May 12, 2008 12:47 PM
> To: Campbell, Matt
> Subject: Meet and Confer Call
>
>
>
> Matt:
>
> What time did you want to talk today?  Right now I'm available any time but between
1:00pm and 2:00pm my time.
>
> Thanks,
>
> Trevor

1

ccmailg.irell.com made the following annotations
----------------------------------------------------------------------
        PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.



----------------------------------------------------------------------


The contents of this message may be privileged and confidential.
Therefore, if this message has been received in error, please delete
it without reading it. Your receipt of this message is not intended
to waive any applicable privilege. Please do not disseminate this message
without the permission of the author.
**********************************************************************
Any tax advice contained in this email was not intended to be used,
and cannot be used, by you (or any other taxpayer)
to avoid penalties under the Internal Revenue Code of 1986, as amended.


ccmailg.irell.com made the following annotations
----------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.



----------------------------------------------------------------------


The contents of this message may be privileged and confidential.
Therefore, if this message has been received in error, please delete
it without reading it. Your receipt of this message is not intended
to waive any applicable privilege. Please do not disseminate this message
without the permission of the author.
**********************************************************************
Any tax advice contained in this email was not intended to be used,
and cannot be used, by you (or any other taxpayer)
to avoid penalties under the Internal Revenue Code of 1986, as amended.