# EXHIBIT 19

Case 4:07-cv-05702-CW   Document 89-20   Filed 07/03/2008   Page 1 of 2

# WINSTON & STRAWN LLP

1700 K Street N.W., Washington, D.C. 20006-3817
P: (202) 282 5000    F: (202) 282-5100

Electronic
Letterhead

CHARLOTTE ◊ CHICAGO ◊ GENEVA ◊ LONDON ◊ LOS ANGELES ◊ MOSCOW ◊ NEW YORK ◊ NEWARK ◊ PARIS ◊ SAN FRANCISCO ◊ WASHINGTON, D.C.

WRITER'S DIRECT DIAL
202-282-5848
macampbe@winston.com

June 5, 2008

**VIA UPS**

| | | |
|---|---|---|
| Counsel for Safeway | Counsel for GSK | Counsel for Meijer |
| Scott E. Perwin | Alex Wiles | Linda P. Nussbaum |
| KENNY NACHWALTER | Trevor V. Stockinger | KAPLAN FOX & |
| 1100 Miami Center | IRELL & MANELLA | KILSHEIMER |
| 201 South Biscayne Blvd. | 1800 Avenue of the Stars | 850 Third Avenue, 14th Floor |
| Miami FL 33131 | Los Angeles, CA 90067-4276 | New York, NY 10022 |
| | | |
| Counsel for Rochester Drug | Counsel for Rite Aid | Counsel for La. Wholesale |
| Eric L. Cramer | Monica L. Rebuck | John Alden Meade |
| BERGER & MONTAGUE | HANGLEY ARONCHICK | ODOM & DES ROCHES |
| 1622 Locust Street | SEGAL & PUDLIN | Suite 2020, Poydras Center |
| Philadelphia, PA 19103 | 30 N. Third Street, Suite 700 | 650 Poydras Street |
| | Harrisburg, PA 17101 | New Orleans, LA 70130 |

Re:   *Safeway v. Abbott Labs*, No. C 07-05470 CW
*Smith Kline Beechman v. Abbott Labs*, No. C 07-05702 CW
*Meijer Inc. v. Abbott Labs* No. 07-5985 CW
*Rochester Drug Co-Operative v Abbott Lab* no. C07-6010
*Louisiana Wholesale Drug Co v. Abbott Laboratories* No. C 07-6118 CW
*Rite Aide Corp. v. Abbott Labs*, No. C 07-06120 CW

Dear Counsel:

Enclosed please Abbott documents bates labeled RIT0000004 – RIT0001995. These documents are produced in response to GlaxoSmithKline's First Requests for Inspection and Production of Documents and Tangible Things.

Please contact me if you have any questions concerning the enclosed data.

Very truly yours,

Matthew A. Campbell

Enclosures

cc:   Charles B. Klein
      Samuel S. Park