Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>                Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>                Defendant. | **Case No. C 07-5702 CW**<br><br>**Related Per November 19, 2007 Order to Case No. C 04-1511 CW**<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**Date:         August 14, 2008**<br>**Time:        2:00 p.m.**<br>**Courtroom: 2 (4th Floor)**<br>**Judge:       Hon. Claudia Wilken** |

Having reviewed Abbott Laboratories' Motion to Compel Production of Documents, the accompanying Declaration of Stephanie S. McCallum in support of the motion, and the paper submissions, the Court rules as follows:

IT IS HEREBY ORDERED that the motion to compel is granted;

IT IS FURTHER ORDERED that SmithKline Beecham Corp. d/b/a GlaxoSmithKline ("GSK") must produce to Abbott within 15 days of this order all documents responsive Requests Nos. 23, 25, 27-28, 31, 39-40, 42-46, 64, 91 (the "Relevant Market Requests") to Abbott Laboratories' First Set of Requests for Documents and Things to Plaintiff (attached as Exhibit A to Declaration of Stephanie S. McCallum); and

IT IS FURTHER ORDERED that GSK must produce to Abbott within 15 days of this order all documents responsive Requests Nos. 3, 47-52, and 62 (the "Anticompetitive Conduct Requests") to Abbott Laboratories' First Set of Requests for Documents and Things to Plaintiff.

Dated: _____

THE HONORABLE CLAUDIA WILKEN