Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | **Case No. C 07-5702 CW**<br><br>*Related Per November 19, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF STEPHANIE S. MCCALLUM IN SUPPORT OF ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**Date:　　August 14, 2008**<br>**Time:　　2:00 p.m.**<br>**Courtroom: 2 (4th Floor)**<br>**Judge:　　Hon. Claudia Wilken** |

I, Stephanie S. McCallum, declare:

1. I am an attorney at law, admitted to practice in this Court for these matters. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories ("Abbott"), and am authorized to make this Declaration in that capacity.

2. I submit this declaration in support of Abbott's Motion to Compel Production of Documents. The statements contained herein are based on my own personal knowledge unless otherwise stated.

3. A true and correct copy of Abbott's First Set of Requests for Documents and Things is attached hereto as **Exhibit A**.

4. A true and correct copy of GlaxoSmithKline's Supplemental Responses to Abbott's First Set of Requests for Documents and Things is attached hereto as **Exhibit B**.

5. A true and correct copy of a letter dated February 26, 2008, from Trevor Stockinger is attached hereto as **Exhibit C**.

6. A true and correct copy of a letter dated February 27, 2008, from Charles B. Klein is attached hereto as **Exhibit D**.

7. A true and correct copy of a letter dated June 4, 2008, from Matthew A. Campbell is attached hereto as **Exhibit E**.

8. A true and correct copy of a letter dated April 25, 2008, from Matthew A. Campbell is attached hereto as **Exhibit F**.

9. A true and correct copy of a letter dated May 7, 2008, from Trevor Stockinger is attached hereto as **Exhibit G**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, Illinois, this 7th day of July, 2008.

/s/ Stephanie S. McCallum
Stephanie S. McCallum,
smccallum@winston.com

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Declaration of Stephanie S. McCallum In Support of Abbott Laboratories' Motion to Compel Production of Documents
Case No. C 07-5702 CW