**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SMITHKLINE BEECHAM CORPORATION, DBA GLAXOSMITHKLINE,

    Plaintiff,

  v.

ABBOTT LABORATORIES,

    Defendant.
_____/

No. C 07-05702 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Defendant Abbott Laboratories' Motion to Compel Production of Documents filed in the above-captioned case is referred to Magistrate Judge Bernard Zimmerman.

    Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Zimmerman.

Dated: 7/9/08

                                  CLAUDIA WILKEN
                                  United States District Judge

cc: Wings; BZ w/mo.