UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., dba GLAXOSMITHKLINE,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant(s). | No. C 07-5702 CW (BZ)<br><br>**BRIEFING ORDER** |

By Orders dated July 8 and 9, 2008, Judge Wilken has referred plaintiffs' motion to compel the production of certain cost information and defendant's motion to compel document production. **IT IS HEREBY ORDERED** that oppositions are due **July 23, 2008.** Any reply is due **July 30, 2008**. The matters will be heard on **Wednesday, August 13, 2008 at 10:00 a.m.** Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: July 11, 2008

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\SMITHKLINE V. ABBOTT LABS\BRIEFING ORDER.wpd

1