1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596)
2  Brian Hennigan (CA 86955)
   Stephanie Kaufman (CA 162644)
3  Trevor V. Stockinger (CA 226359)
   Joshua Y. Karp (CA 254424)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone:   (310) 277-1010
   Facsimile:   (310) 203-7199
6
   ARNOLD & PORTER LLP
7  Kenneth A. Letzler (*Pro Hac Vice*)
   555 Twelfth Street, NW
8  Washington, DC  20004-1206
   Telephone:   (202) 942-5000
9  Facsimile:   (202) 942-5999

10 Attorneys for Plaintiff
   GlaxoSmithKline
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15 SMITHKLINE BEECHAM CORPORATION,  )   Case No. C 07-5702 CW
   d/b/a GLAXOSMITHKLINE,           )
16                                  )   *Related by Order to:*
              Plaintiff,            )
17                                  )   Case No. C 04-1511 CW
        vs.                         )
18                                  )
   ABBOTT LABORATORIES,             )   **GLAXOSMITHKLINE'S NOTICE OF**
19                                  )   **WITHDRAWAL OF ITS MOTION TO**
              Defendant.            )   **COMPEL PRODUCTION OF**
20                                  )   **DOCUMENTS RELATING TO**
                                    )   **MARKETING AND COSTS (Docket # 88)**
21                                  )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )

25

26

27

28

1  Plaintiff SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") and Abbott
2  Laboratories have reached agreements memorialized in letter exchanges resolving, at this time, the
3  parties' pending motions to compel. GSK understands that Abbott will be filing a notice of
4  withdrawal of its motion today. Given these agreements, GSK hereby withdraws its Motion to
5  Compel Production of Documents Relating to Marketing and Costs (Docket # 88), filed on July 3,
6  2008, and calendared for hearing before Magistrate Judge Zimmerman on August 13, 2008. GSK
7  reserves its right to refile the motion in the future if necessary.

Dated: July 21, 2008            IRELL & MANELLA LLP

                                By: _____/s/ Joshua Y. Karp_____
                                    Joshua Y. Karp
                                    Attorneys for Plaintiff
                                    GlaxoSmithKline