James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com;
ddoyle@winston.com;
spark@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:  202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077
Email: michelle.friedland@mto.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | Case No. C 07-5702 CW<br><br>*Related by Order to:*<br><br>Case No. C 04-1511 CW<br><br>**ABBOTT LABORATORIES' NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOCKET #91)** |

1  Plaintiff SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") and Defendant Abbott Laboratories have reached agreements memorialized in letter exchanges resolving, at this time, the parties' pending motions to compel. Abbott understands that GSK filed a notice of withdrawal of its motion today. Given these agreements, Abbott hereby withdraws its Motion to Compel Production of Documents (Docket #91), filed on July 7, 2008, and calendared for hearing before Magistrate Judge Zimmerman on August 13, 2008. Abbott reserves its right to refile its motion in the future, if necessary.

Dated: July 21, 2008                      WINSTON & STRAWN LLP


By:   /s/ Charles B. Klein

  Attorneys for Defendant Abbott Laboratories

Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20007

2
Case No. C 07-5702 CW - ABBOTT LABORATORIES' NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOCKET #91)