IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) *awiles@irell.com*
Brian Hennigan (CA 86955) *bhenningan@irell.com*
Stephanie Kaufman (CA 162644) *skaufman@irell.com*
Trevor V. Stockinger (CA 226359) *tstockinger@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

ARNOLD & PORTER  LLP
Kenneth A. Letzler, Pro Hac Vice
555 Twelfth Street, NW
Washington DC  20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri *jsaveri@lchb.com*
Brendan Glackin *bglackin@lchb.com*
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Counsel for Class Direct Purchaser Plaintiffs*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Safeway Inc; Walgreen Co.; The Kroger Co.; New Albertson's, Inc.; American Sales Company, Inc.; and HEB Grocery Company, LP, <br><br> Plaintiff, <br><br> v. <br><br> Abbott Laboratories, <br><br> Defendant. <br><br> *(Caption continued on next page)* | Case No. C07-5470 (CW) <br><br> *Related per November 19, 2007 Order to Case No. C04-1511 (CW)* <br><br> **ORDER GRANTING STIPULATION MODIFYING CASE SCHEDULE AND SETTING DEPOSITION PROCEDURES** <br><br> **Hon. Claudia Wilken** |

783174.1

STIP MODIFYING CASE SCHEDULE & DEPO PROCEDURES
CASE NOS. C07-5470, C07-5702, C07-5985,
C07-6010, C076118 (CW)

| | |
|---|---|
| SmithKline Beecham Corporation d/b/a GlaxoSmithKline, <br><br> Plaintiff, <br><br> v. <br><br> Abbott Laboratories, <br><br> Defendant. | Case No. C07-5702 (CW) <br><br> *Related per November 19, 2007 Order to Case No. C04-1511 (CW)* |
| Meijer, Inc. & Meijer Distribution, Inc., Rochester Drug Co-Operative, Inc.,, and Louisiana Wholesale Drug Company, Inc., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Abbott Laboratories, <br><br> Defendant. | Case No. C07-5985 (CW) <br> (Consolidated Cases) <br><br> *Related per November 19, 2007 Order to Case No. C04-1511 (CW)* |
| Rite Aid Corporation; Rite Aid Hdqtrs Corp.; JCG (PJC) USA, LLC; Maxi Drug, Inc d/b/a Brooks Pharmacy; Eckerd Corporation; CVS Pharmacy, Inc.; and Caremark LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Abbott Laboratories, <br><br> Defendant. | Case No. 07-6120 (CW) <br><br> *Related per November 19, 2007 Order to Case No. C04-1511 (CW)* |

783174.1

STIP MODIFYING CASE SCHEDULE & DEPO PROCEDURES
CASE NOS. C07-5470, C07-5702, C07-5985,
C07-6010, C076118 (CW)

WHEREAS the parties jointly agree that an extension of the fact discovery cut-off is needed to complete discovery in the above captioned cases;

WHEREAS the parties jointly agree that modification of dates subsequent to the fact discovery cut-off is needed to accommodate such an extension;

WHEREAS this Stipulation does not alter the date of trial or final pre-trial conference;

WHEREAS the parties have made preliminary inquiries of the Court concerning the proposed new date for the hearing on dispositive motions and have been informed that the Court is no longer unavailable after mid-July 2009;

WHEREAS the parties jointly seek to conduct discovery efficiently and therefore have reached an agreement to provide procedures for depositions taken in these cases;

**IT IS HEREBY STIPULATED AND AGREED** by and among the attorneys for plaintiffs, Safeway Inc, Walgreen Co., The Kroger Co., New Albertson's, Inc., American Sales Company, Inc., HEB Grocery Company, LP, Rite Aid Corporation, Rite Aid Hdqtrs Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc d/b/a Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., and Caremark LLC (collectively "Opt-Out Direct Purchaser Plaintiffs"); GlaxoSmithKline ("GSK"); Meijer, Inc. & Meijer Distribution, Inc., Rochester Drug Co-Operative, Inc., and Louisiana Wholesale Drug Company, Inc. (collectively "Class Direct Purchaser Plaintiffs") (collectively "Plaintiffs"), on the one hand, and attorneys for defendant, Abbott Laboratories ("Abbott"), on the other hand:

1. The case schedule is modified as set forth in the below chart:

| Event | Modified Dates |
|---|---|
| *Fact Discovery Cut-Off* | 2/27/2009 |
| *Opening Expert Report (By Party Bearing Burden of Proof)* | 4/3/2009 |
| *Responsive Reports to Opening Reports* | 4/24/2009 |
| *Rebuttal Reports* | 5/15/2009 |

| Event | Modified Dates |
|---|---|
| *Plaintiff Rebuttal/ Rebuttal Reports* | N/A |
| *Expert Discovery Cut-Off* | 6/8/2009 |
| *Case Dispositive Motions* | 6/18/2009 |
| *Case Dispositive Oppositions* | 7/9/2009 |
| *Case Dispositive Reply* | 7/23/2009 |
| *Case Dispositive Motions Hearing* | 8/6/2009 |
| *Final Pre-Trial Conference* | 10/20/2009 |
| *Trial* | 11/02/2009 |

2. Without prejudice to Plaintiffs' ability to amend their complaints in the future, Opt-Out Plaintiffs may amend their complaints before October 10, 2008.

3. Without regard to which Plaintiff group notices a deposition, the Plaintiffs may take 25 depositions of fact witnesses in the above captioned cases. Abbott may also take 25 depositions of fact witnesses in the above captioned cases. Each deposition noticed by either Plaintiffs or Abbott will be considered noticed in all of the above captioned cases and will be admissible, subject to objections relating to specific testimony, in all of the above captioned cases. The 25 depositions will include depositions of third parties and those taken under Rule 30(b)(6), but will not include depositions of expert witnesses disclosed by the parties. Each 30(b)(6) notice shall count as one deposition, regardless of the number of witnesses that testify on the topics listed in the notice.

4. The parties' agreement as to 25 depositions recited in paragraph 3 is without prejudice for any party to seek additional depositions, or to seek a protective order from the Court on the grounds that the number of depositions sought of a party (including its employees and former employees) is excessive, harassing, and/or not calculated to seek discoverable evidence, or to GSK's contention that Rule 30(a)(2)(A) limits the number of depositions of its employees or former employees that may be taken without agreement or leave.

1 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

3  Dated: September 23, 2008          By: */s/ Alexander F. Wiles*
                                          Alexander F. Wiles
                                          IRELL & MANELLA
                                          *Counsel for GSK*

7  Dated: September 23, 2008          By: */s/ Brendan Glackin*
                                          Brendan Glackin
                                          bglackin@lchb.com
                                          LIEFF, CABRASER, HEIMANN &
                                          BERNSTEIN, LLP
                                          Embarcadero Center West
                                          275 Battery Street, 30th Floor
                                          San Francisco, CA  94111-3339
                                          Telephone:  (415) 956-1000
                                          Facsimile:   (415) 956-1008
                                          *Counsel for Class Direct Purchaser*
                                          *Plaintiffs*

15 Dated: September 23, 2008          By: */s/ William Francis Murphy*
                                          William Francis Murphy
                                          *wfm@dillinghammurphy.com*
                                          DILLINGHAM & MURPHY, LLP
                                          225 Bush Street, Sixth Floor
                                          San Francisco, California 94104-4207
                                          Telephone: (415) 397-2700
                                          Facsimile: (415) 397-3300
                                          *Local Counsel for Safeway, Inc., et. al.,*
                                          *and Rite Aid Corp., et. al.*

22 Dated: September 23, 2008          By: */s/ Nicole Norris*
                                          Nicole Norris nnorris@winston.com
                                          Charles Klein cklein@winston.com
                                          WINSTON & STRAWN
                                          101 California Street, Suite 3900
                                          San Francisco, California 94111-5802
                                          Telephone: (415) 591-1000
                                          Facsimile: (415) 591-1400
                                          *Counsel for Defendant*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Claudia Wilken, Judge Claudia Wilken]

1  Additional counsel for Plaintiffs:

2  GARWIN GERSTEIN & FISHER, LLP
3  Bruce E. Gerstein, *Pro Hac Vice*
   Noah H. Silverman, *Pro Hac Vice*
4  1501 Broadway, Suite 1416
   New York, New York 10036
5  Tel: (212) 398-0055
   Fax: (212) 764-6620
6

7  BERGER & MONTAGUE, P.C.
   Daniel Berger, *Pro Hac Vice*.
   *danberger@bm.net*
8  Eric L. Cramer, *Pro Hac Vice*
   *ecramer@bm.net*
9  Daniel Simons, *Pro Hac Vice*
   *dsimons@bm.net*
10 1622 Locust Street
   Philadelphia, PA 19103
11 Telephone:    (215) 875-3000
   Facsimile:    (215) 875-4604
12

13 KAPLAN FOX & KILSHEIMER LLP
   Robert N. Kaplan, *Pro Hac Vice*
   *rkaplan@kaplanfox.com*
14 Linda P. Nussbaum, *Pro Hac Vice*
   *lnussbaum@kaplanfox.com*
15 John Radice, *Pro Hac Vice*
   *jradice@kaplanfox.com*
16 850 Third Avenue, 14th Floor
   New York, NY 10022
17 Telephone:    (212) 687-1980
   Facsimile:    (212) 687-7714
18 Email: jradice@kaplanfox.com

19 *Co-Lead Counsel for Class Direct Purchaser Plaintiffs*

20 ODOM & DES ROCHES, LLP
   John Gregory Odom, *Pro Hac Vice*
21 Stuart E. Des Roches, *Pro Hac Vice*
   John Alden Meade, *Pro Hac Vice*
22 Andrew Kelly, *Pro Hac Vice*
   Suite 2020, Poydras Center
23 650 Poydras Street
   New Orleans, LA 70130
24 Tel: (504) 522-0077/Fax: (504) 522-0078

25

26

27

28

THE SMITH FOOTE LAW FIRM, LLP
David P. Smith, *Pro Hac Vice*
dpsmith@smithfoote.com
W. Ross Foote, *Pro Hac Vice*
rfoote@smithfoote.com
720 Murray Street, P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

*Executive Committee for Direct Purchaser Class*

HANGLEY ARONCHICK SEGAL & PUDLIN
Steve D. Shadowen, *Pro Hac Vice*
sshadowen@hangley.com
Monica Rebuck, *Pro Hac Vice*
mrebuck@hangley.com
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701

*Counsel for Plaintiffs Rite Aid, et al.*

KENNY NACHWALTER, PA
Scott Elliot Perwin, *Pro Hac Vice* sperwin@kennynachwalter.com
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

*Counsel for Safeway, et al.*

Additional Counsel for Direct Purchaser Class Plaintiffs:

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine, *Pro Hac Vice*
aa@adr-portland.com
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone:    (503) 221-4570
Facsimile:     (503) 221-4590

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti, *Pro Hac Vice*
Adam Moskowitz, *Pro Hac Vice*
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone: (305) 372-1800

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)
*davisj@usfca.edu*
437A Valley Street
San Francisco, CA 94131
Telephone:    (415) 422-6223

| | |
|---|---|
| 1 | VANEK, VICKERS & MASINI, P.C.<br>Joseph M. Vanek, *Pro Hac Vice* |
| 2 | jvanek@vaneklaw.com<br>David P. Germaine, *Pro Hac Vice* |
| 3 | dgermaine@vaneklaw.com<br>111 South Wacker Drive, Suite 4050 |
| 4 | Chicago, IL 60606<br>Telephone: (312) 224-1500 |
| 5 | Facsimile: (312) 224-1510 |

SPERLING & SLATER
Paul E. Slater, *Pro Hac Vice*
 pes@sperling-law.com
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

I, Brendan Glackin, attest that concurrence in the filing of this document has been obtained from all persons required to sign it.


*/s/ Brendan Glackin*
Brendan Glackin

*Counsel for Class Direct Purchaser Plaintiffs*