UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAFEWAY INC., et al., | ) | |
| Plaintiff(s), | ) | No. C07-5470 CW (BZ) |
| v. | ) | |
| ABBOTT LABORATORIES, | ) | |
| Defendant(s). | ) | |
| SMITH KLINE BEECHAM CORP., dba GLAXOSMITHKLINE, | ) | No. C07-5702 CW (BZ) |
| Plaintiff(s), | ) | |
| v. | ) | |
| ABBOTT LABORATORIES, | ) | |
| Defendant(s). | ) | |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., et al., | ) | No. C07-5985 CW (BZ) |
| Plaintiff(s), | ) | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |
| v. | ) | |
| ABBOTT LABORATORIES, | ) | |
| Defendant(s). | ) | |

1

```
1  RITE AID CORP., et al.,      )   No. C07-6120 CW (BZ)
                                )
2           Plaintiff(s),       )
                                )
3       v.                      )
                                )
4  ABBOTT LABORATORIES,         )
                                )
5           Defendant(s).       )
                                )
```

The court has received a letter from Abbott Laboratories requesting a telephonic hearing to seek a protective order with respect to four depositions scheduled for next week. Thus far, no opposition has been filed.

**IT IS HEREBY ORDERED** that a telephone conference to discuss Abbott request is scheduled for **today, Friday, November 14, 2008 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MEIJER V. ABBOTT LABS\ORDER SCHEDULING TELEPHONIC DISC. CONF.wpd

2