UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMITHKLINE BEECHAM CORP.,  )
dba GLAXOSMITHKLINE,       )
                           )   No. C 07-5702 CW (BZ)
        Plaintiff(s),      )
                           )
    v.                     )   **ORDER VACATING MOTION TO**
                           )   **COMPEL AND MOTION TO SHORTEN**
ABBOTT LABORATORIES,       )   **TIME.**
                           )
        Defendant(s).      )
_____)

By Order dated November 17, 2008, Judge Wilken referred plaintiff's motion to compel production of documents and motion to shorten time. On November 18, 2008, plaintiff, by e-mail, advised chambers that plaintiff and defendant were attempting to resolve the issues raised by the motion to compel and would notify chambers if the matter needed to be heard. As of this date, the parties have never requested further assistance in resolving the discovery at issue. Therefore **IT IS HEREBY ORDERED** that the motion to compel and motion to shorten time (docket nos. 102 and 106) shall be **VACATED**.

Dated: December 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITHKLINE V. ABBOTT LABS\ORDER VACATING DISCOVERY MOTION.wpd

1