UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., dba GLAXOSMITHKLINE,<br><br>Plaintiff(s),<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant(s). | No. C 07-5702 CW (BZ)<br><br>**ORDER VACATING TELEPHONIC DISCOVERY CONFERENCE** |

In view of Mr. Klein's dated letter dated March 16, 2009 (Docket No. 636), **IT IS HEREBY ORDERED** that the telephone conference scheduled for March 17, 2009 at 9:00 a.m. is **VACATED**.

Dated: March 16, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITHKLINE V. ABBOTT LABS\ORDER VACATING TEL CONF OF 3.17.09.wpd

1