James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jhurst@winston.com;
ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: nnorris@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Mathew A. Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:   202-282-5000
Facsimile:   202-282-5100
Email: cklein@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077
Email: michelle.friedland@mto.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C07-5702 (CW)<br>(Consolidated Cases)<br><br>Related per November 19, 2007 Order to Case No. C04-1511 (CW)<br><br>**STIPULATION EXTENDING DEADLINES RELATING TO ABBOTT'S RESPONSES TO GLAXOSMITHKLINE'S SECOND SET OF REQUESTS FOR ADMISSIONS** |

WHEREAS, the parties completed fact discovery on February 27, 2009, with the exception of certain issues for which this Court—in its February 25, 2009 Order (*see* Dkt. 130)—extended the discovery deadline to March 13, 2009;

WHEREAS, the current deadline for Abbott to serve responses to GlaxoSmithKline's Second Set of Requests for Admissions, as set out in the February 25, 2009 Order, is March 13, 2009;

WHEREAS, the current deadline for GlaxoSmithKline to move to compel to provide responses to GlaxoSmithKline's Second Set of Requests for Admissions, as set out in the February 25, 2009 Order, is March 20, 2009;

WHEREAS, the parties are continuing to discuss a resolution to their dispute concerning GlaxoSmithKline's Second Set of Requests for Admissions, including entering into a stipulation concerning the authentication of certain documents and application of the business records exception to certain documents;

WHEREAS, an additional, modest extension for Abbott to respond to the Second Set of Requests for Admissions or for the parties to seek relief from the Court regarding these requests for admissions will hopefully allow the parties to resolve any disagreements without being forced to seek this Court's intervention;

WHEREAS, an extension will not affect the other scheduled dates previously set by this Court (including expert discovery, summary judgment, and trial).

**IT IS HEREBY STIPULATED AND AGREED:**

1. Abbott will have until March 20, 2009 to respond to GlaxoSmithKline's Second Set of Requests for Admissions or seek relief from the Court regarding those admissions. Any motion seeking relief from responding to GSK's Second Set of Requests for Admissions should be initially filed in the form of a 2-page letter brief before Judge Zimmerman.

2. GlaxoSmithKline will have until March 27, 2009 to file a motion to compel responses to its Second Set of Requests for Admissions. Any such motion should be initially filed in the form of a 2-page letter brief before Judge Zimmerman.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| */s/ Trevor Stockinger*<br>Trevor Stockinger<br>IRELL & MANELLA<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276<br>*Attorney for GSK* | */s/ Stephanie McCallum*<br>Stephanie McCallum<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C.  20007<br>*Attorneys for Defendant Abbott Laboratories* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 17, 2009

_____
Judge Claudia Wilken
United States District Court
Northern District of California

**GENERAL ORDER 45 ATTESTATION**

I, Stephanie S. McCallum, am the ECF User whose ID and password was used to file this STIPULATION EXTENDING DEADLINES RE GSK'S SECOND SET OF REQUESTS FOR ADMISSION. In compliance with General Order 45, X.B., I hereby attest that the above counsel, counsel for Plaintiffs, concurred in this filing.

Dated: March 13, 2009

/s/ Stephanie S. McCallum

Stephanie S. McCallum
WINSTON & STRAWN LLP
Counsel for Defendant

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802