James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com;
ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Mathew A. Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: michelle.friedland@mto.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | Case No. C07-5702 (CW)<br>(Consolidated Cases)<br><br>Related per November 19, 2007 Order to Case No. C04-1511 (CW)<br><br>**STIPULATION EXTENDING MOTION TO COMPEL DEADLINES RELATING TO CERTAIN FACT DISCOVERY ISSUES** |

WHEREAS, the parties completed fact discovery on February 27, 2009, with the exception of certain issues for which this Court has extended the discovery deadline in its Orders dated February 25, 2009 (Dkt. 130), March 13, 2009 (Dkt. 142), and March 17, 2009 (Dkt. 147);

WHEREAS, the current deadline for motions to compel relating to written discovery served in January 2009 by Abbott Laboratories on GlaxoSmithKline, and by GlaxoSmithKline on Abbott, as set out in the February 25, 2009 Order, is March 20, 2009;

WHEREAS, the current deadline for motions relating to Abbott's Notice of 30(b)(6) Deposition, as set out in the February 25, 2009 Order, is March 20, 2009;

WHEREAS, the current deadline for motions to compel relating to certain enumerated potential deficiencies relating to each parties' production of documents, as set forth in the March 13, 2009 Order, is March 20, 2009.

WHEREAS, the current deadline for Abbott to respond to GlaxoSmithKline's Second Set of Requests for Admissions, as set out in the March 17, 2009 Order, is March 20, 2009;

WHEREAS, the current deadline for GlaxoSmithKline to move to compel Abbott to provide responses to GlaxoSmithKline's Second Set of Requests for Admissions, as set out in the February 25, 2009 Order, is March 27, 2009;

WHEREAS, the parties are continuing to discuss resolutions to their disputes concerning the discovery referenced herein, and an additional, modest extension will hopefully allow the parties to resolve any disagreements without being forced to seek this Court's intervention;

WHEREAS, in light of the Court's March 18, 2009 Order staying this case pending the interlocutory appeal in the related *Doe* case, a brief extension will not affect the other scheduled dates previously set by this Court (including expert discovery, summary judgment, and trial).

**IT IS HEREBY STIPULATED AND AGREED:**

1. Abbott will have until April 21, 2009 to respond to GlaxoSmithKline's Second Set of Requests for Admissions or seek relief from the Court regarding those admissions. Any motion seeking relief from responding to GSK's Second Set of Requests for Admissions should be initially filed in the form of a 2-page letter brief before Judge Zimmerman. GlaxoSmithKline then will have

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1
STIPULATION EXTENDING MOTION TO COMPEL DEADLINES
RELATING TO CERTAIN FACT DISCOVERY ISSUES
CASE NO. C07-5702 (CW)

until April 28, 2009 to file a motion to compel responses to its Second Set of Requests for Admissions. Any such motion likewise should be initially filed in the form of a 2-page letter brief before Judge Zimmerman.

2. Any motion to compel relating to any other written discovery served in January 2009 by Abbott on GlaxoSmithKline, or by GlaxoSmithKline on Abbott, shall be filed by April 28, 2009.

3. Abbott and GlaxoSmithKline have each identified potential deficiencies related to the other parties' production of documents set forth in the enumerated topics contained in Joshua Y. Karp's March 10, 2009 letter and Michael Bhargava's March 10, 2009 letter. In addition, Abbott has requested, and GlaxoSmithKline has agreed to produce, the Expert Report of Joel W. Hay, Ph.D., dated August 19, 2005, and the Supplemental Expert Report of Joel W. Hay, Ph.D., dated August 29, 2005, from prior litigation between GlaxoSmithKline and AIDS Health Foundation (AHF) once AHF completes its redaction of those documents. The parties agree that any motion to compel, or for a protective order, relating to the issues identified in this paragraph shall be filed by April 28, 2009; and that any such motion should be initially filed in the form of a 2-page letter brief before Judge Zimmerman.

4. The parties will continue to work together to attempt to resolve issues concerning Abbott's Notice of 30(b)(6) Deposition and to provide mutually convenient dates for that deposition as soon as possible in March or April 2009. GSK reserves the right to file a motion for protective order as to Abbott's Rule 30(b)(6) deposition notice, and Abbott reserves the right to file a motion to compel on that notice. Any such motion should be initially filed in the form of a 2-page letter brief before Judge Zimmerman on or before April 28, 2009. If GSK files such a motion and Judge Zimmerman allows that deposition to proceed, the parties will work together to provide mutually convenient dates for the GSK witness(es) designated under Rule 30(b)(6) as soon as possible in April or May 2009.

5. Nothing in this stipulation shall expand the parties' rights to seek relief by the Court on any discovery issue, except as set forth herein or in the Court's Orders of February 25, 2009, March 13, 2009, and March 17, 2009.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

| | |
|---|---|
| */s/ Trevor S. Stockinger* <br> Trevor Stockinger <br> IRELL & MANELLA <br> 1800 Avenue of the Stars <br> Suite 900 <br> Los Angeles, CA 90067-4276 <br> *Attorney for GSK* | */s/ Stephanie S. McCallum* <br> Stephanie McCallum <br> WINSTON & STRAWN LLP <br> 1700 K Street, N.W. <br> Washington, D.C.  20007 <br> *Attorneys for Defendant Abbott Laboratories* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  **3/20/09**

_____
Judge Claudia Wilken
United States District Court
Northern District of California

---

3
STIPULATION EXTENDING MOTION TO COMPEL DEADLINES
RELATING TO CERTAIN FACT DISCOVERY ISSUES
CASE NO. C07-5702 (CW)