UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., dba GLAXOSMITHKLINE,<br><br>          Plaintiff(s),<br><br>     v.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant(s). | No. C 07-5702 CW (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE RE DISCOVERY DISPUTE** |

Having read Mr. Klein's letter dated April 21, 2009, **IT IS ORDERED** as follows:

1. By **5:00 p.m.** on **April 27, 2009**, whoever has custody of the record of the meet and confer session with respect to this dispute shall lodge it with the Court.

2. A telephone conference to discuss this dispute is scheduled for **Tuesday, April 28, 2009 at 2:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: April 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITHKLINE V. ABBOTT LABS\TEL CONF ORDER 2.wpd

1