UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., dba GLAXOSMITHKLINE,<br><br>           Plaintiff(s),<br><br>      v.<br><br>ABBOTT LABORATORIES,<br><br>           Defendant(s). | No. C 07-5702 CW (BZ)<br><br>**SECOND DISCOVERY ORDER** |

Following a telephone conference in which both sides were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.   The parties shall meet and confer on the record in an effort to resolve the current dispute in accordance with the views expressed by the Court.  The parties shall also consider approaching Judge Wilken to amend the stay to defer this discovery dispute.

    2.   If the parties cannot resolve or defer the dispute, Abbott is given leave to file a motion for a protective order which shall be noticed for the Court's regular law and motion calendar.  The regular briefing rules will apply.

    3.   Abbott's papers shall be signed by its lead trial

1

counsel.  The court will deem the lead trial counsel's signature as certifying that the attorney has read the papers and that the discovery sought is consistent with Federal Rules of Civil Procedure 1 and 26, especially 26(b).

4.  SmithKline's opposition shall be signed by its lead trial counsel representing that party.  The court will deem the attorney's signature as certifying that the attorney has read the opposition and that the objections to discovery are consistent with Federal Rules of Civil Procedure 1 and 26, especially 26(b).

Dated: April 29, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITHKLINE V. ABBOTT LABS\DISC 2.ORD.wpd

2