1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596) awiles@irell.com
2  Brian Hennigan (CA 86955) bhennigan@irell.com
   Stephanie Kaufman (CA 162644) skaufman@irell.com
3  Trevor V. Stockinger (CA 226359) tstockinger@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:   (310) 203-7199

6  ARNOLD & PORTER LLP
   Kenneth A. Letzler (Admitted *Pro Hac Vice*) Kenneth_Letzler@aporter.com
7  555 Twelfth Street, NW
   Washington, DC  20004-1206
8  Telephone:  (202) 942-5000
   Facsimile:   (202) 942-5999
9
   Attorneys for Plaintiff
10 GlaxoSmithKline

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>          Plaintiff,<br><br>     vs.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | Case No. C 07-5702 CW<br><br>*Related by Order to:*<br><br>Case No. C-04-1511 CW<br><br>**STIPULATION EXTENDING MOTION TO COMPEL DEADLINE RELATING TO REMAINING FACT DISCOVERY ISSUE**<br><br>The Honorable Judge Wilken |

1  WHEREAS, the parties completed fact discovery on February 27, 2009, with the exception of certain issues for which this Court has extended the discovery deadline in its Orders dated February 25, 2009 (Dkt. 130), March 13, 2009 (Dkt. 142), March 17, 2009 (Dkt. 147), March 20, 2009 (Dkt. 150), April 29, 2009 (Dkt. 159), May 18, 2009 (Dkt. 161) and May 26, 2009 (Dkt. 163);

WHEREAS, the current deadline for motions to compel relating to written discovery served in January 2009 by Abbott Laboratories ("Abbott") on GlaxoSmithKline ("GSK"), and by GSK on Abbott, as set out in the May 26, 2009 Order, is May 28, 2009;

WHEREAS, the parties have resolved all but one remaining discovery dispute, namely Abbott's Response to GSK Interrogatory No. 17;

WHEREAS, an additional, modest extension will allow Abbott to amend its response to GSK Interrogatory No. 17 in a final attempt to resolve this issue without Court intervention;

**IT IS HEREBY STIPULATED AND AGREED:**

1. Abbott agrees to amend further its response to Interrogatory No. 17 of GSK's Second Set of Interrogatories by June 3, 2009;

2. GSK and Abbott agree that any motion to compel by GSK relating to Abbott's response to GSK Interrogatory No. 17 shall be filed by June 9, 2009, and that any such motion should be initially filed in the form of a 2-page letter brief before Judge Zimmerman;

3. Nothing in this stipulation shall expand the parties' rights to seek relief by the Court on any discovery issue, except as set forth herein.

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2

3

4   */s/ Trevor Stockinger*                                    /s/ Matthew Campbell
    Trevor Stockinger                                          Matthew Campbell
    IRELL & MANELLA LLP                                        WINSTON & STRAWN LLP
5   1800 Avenue of the Stars, Suite 900                        1700 K Street, N.W.
    Los Angeles, CA 90067-4276                                 Washington, D.C. 20007
6   *Attorney for GSK*                                         *Attorneys for Defendant Abbott Laboratories*

7

8

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

10

11  Dated: June 8, 2009                                        _[signature]_____

12                                                             Judge Claudia Wilken
                                                               United States District Court
13                                                             Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

## **GENERAL ORDER 45 ATTESTATION**

I, Joshua Y. Karp, am the ECF User whose ID and password was used to file this STIPULATION EXTENDING MOTION TO COMPEL DEADLINE RELATING TO REMAINING FACT DISCOVERY ISSUE.  In compliance with General Order 45, X.B., I hereby attest that the above counsel concurred in this filing.

Dated:  May 28, 2009

                                          /s/ Joshua Y. Karp
                                    Joshua Y. Karp
                                    Irell & Manella LLP
                                    Counsel for Plaintiff