IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> ABBOTT LABORATORIES, <br><br>    Defendant. | No. C 07-5985 CW <br><br> CASE MANAGEMENT ORDER |
| SAFEWAY INC., et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> ABBOTT LABORATORIES, <br><br>    Defendant. | No. C 07-5470 CW |
| RITE AID CORPORATION, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> ABBOTT LABORATORIES, <br><br>    Defendant. | No. C 07-6120 CW |

**United States District Court**
For the Northern District of California

1  SMITHKLINE BEECHAM CORPORATION d/b/a/
   GLAXOSMITHKLINE,
2                                              No. C 07-5702
           Plaintiff,
3
      v.
4
   ABBOTT LABORATORIES,
5
           Defendant.
6
   _____/
7

8      The case management order is hereby amended so that the

9  following deadlines shall apply:

| Defendant's dispositive motion on Plaintiffs' Second Amended Complaint must be filed | September 10, 2009 |
|---|---|
| Plaintiff's opposition brief must be filed | September 24, 2009 |
| Defendant's reply brief must be filed | October 1, 2009 |
| Hearing on Defendant's dispositive motion | October 15, 2009 |
| Plaintiffs' opening expert reports due | January 4, 2010 |
| Defendant's responsive expert reports due | February 15, 2010 |
| Plaintiffs' rebuttal expert reports due | March 8, 2010 |
| Completion of expert discovery | April 12, 2010 |
| Dispositive motions must be filed | May 6, 2010 |
| Opposition briefs must be filed | May 27, 2010 |
| Reply briefs must be filed | June 10, 2010 |
| Hearing on dispositive motions | June 24, 2010 |
| Final pre-trial conference | February 8, 2011 |
| Jury trial | February 28, 2011 |

       IT IS SO ORDERED.

Dated:  8/24/09                     _____
                                    CLAUDIA WILKEN
                                    United States District Judge

2