| | | |
|---|---|---|
| 1 | James F. Hurst *(Admitted Pro Hac Vice)*<br>David J. Doyle *(Admitted Pro Hac Vice)* | Jeffrey I. Weinberger (SBN 56214)<br>Stuart N. Senator (SBN 148009) |
| 2 | Samuel S. Park *(Admitted Pro Hac Vice)*<br>Stephanie S. McCallum *(Admitted Pro Hac Vice)* | David M. Rosenzweig (SBN 176272)<br>MUNGER, TOLLES & OLSON LLP |
| 3 | WINSTON & STRAWN LLP<br>35 W. Wacker Drive | 355 South Grand Avenue<br>Los Angeles, CA  90071-1560 |
| 4 | Chicago, IL 60601-9703<br>Telephone:      (312) 558-5600 | Telephone:      (213) 683-9100<br>Facsimile:       (213) 687-3702 |
| 5 | Facsimile:       (312) 558-5700<br>Email: jhurst@winston.com; ddoyle@winston.com; | Email: jeffrey.weinberger@mto.com;<br>stuart.senator@mto.com; |
| 6 | spark@winston.com; smccallum@winston.com | david.rosenzweig@mto.com; |
| 7 | Nicole M. Norris (SBN 222785)<br>WINSTON & STRAWN LLP | Michelle Friedland (SBN 234124)<br>MUNGER, TOLLES & OLSON LLP |
| 8 | 101 California Street, Suite 3900<br>San Francisco, CA  94111-5894 | 560 Mission Street<br>San Francisco, CA 94105-2907 |
| 9 | Telephone:      415-591-1000<br>Facsimile:       415-591-1400 | Telephone:      (415) 512-4000<br>Facsimile:       (415) 512-4077 |
| 10 | Email: nnorris@winston.com | Email:  michelle.friedland@mto.com |
| 11 | Charles B. Klein *(Admitted Pro Hac Vice)*<br>Matthew A. Campbell *(Admitted Pro Hac Vice)* | Attorneys for Defendant<br>ABBOTT LABORATORIES |
| 12 | WINSTON & STRAWN LLP<br>1700 K Street, N.W. | |
| 13 | Washington, DC  20007<br>Telephone:       (202) 282-5000 | |
| 14 | Facsimile:        (202) 282-5100<br>Email: cklein@winston.com | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| 19 | SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO.  C 07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C 04-1511(CW)<br><br>**ORDER RE STIPULATION AND APPLICATION TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE BY ONE DAY IN LIGHT OF YOM KIPPUR HOLIDAY**<br><br>Judge:       Honorable Claudia Wilken<br>Date:         October 15, 2009<br>Time:        2:00 PM<br>Location:   Courtroom 2 (4th Floor) |

*(Caption continued on next page)*

8921664.1

[PROPOSED] ORDER EXTENDING MOTION
TO DISMISS BRIEFING SCHEDULE
CASE NOS.  07-5470, 07-5985,  07-6120, 07-5702

| | | |
|---|---|---|
| 1 | MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | CASE NO.  C 07-5985 (CW) (Consolidated Cases) |
| 2 | | |
| 3 | | Related per November 30, 2007 Order to Case No. C 04-1511 (CW) |
| 4 | | |
| 5 | Plaintiffs, | |
| 6 | vs. | |
| 7 | ABBOTT LABORATORIES, | |
| 8 | Defendant. | |
| 9 | RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC, | CASE NO.  C 07-6120 (CW) |
| 10 | | |
| 11 | | Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| 12 | | |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | ABBOTT LABORATORIES, | |
| 16 | Defendant. | |
| 17 | SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, | CASE NO.  C 07-5702 (CW) |
| 18 | | Related per December 5, 2007 Order to Case No. C 04-1511 (CW) |
| 19 | Plaintiff, | |
| 20 | vs. | |
| 21 | ABBOTT LABORATORIES, | |
| 22 | Defendant. | |

1 **ORDER**

2   The deadline for defendant Abbott Laboratories to file its motion to dismiss reply
3 papers in the above-referenced cases is extended by one day, through and including October 2,
4 2009.  **The reply must be e-filed by noon that day.**

5

6

7 Dated:  10/1/09

Claudia Wilken
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28