James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com;
ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Jeffrey I. Weinberger (SBN 56214)
David M. Rosenzweig (SBN 176272)
Grant A. Davis-Denny (SBN 229335)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: michelle.friedland@mto.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Mathew A. Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC., *et al*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ABBOTT LABORATORIES,<br><br>                    Defendant. | Case No. C07-5470 (CW)<br><br>Related per November 19, 2007 Order to<br>Case No. C04-1511 (CW)<br><br>**STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT DEMONSTRATIVES** |

*(Caption continued on next page.)*

CHI:2377699.3

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

1

2   SMITHKLINE BEECHAM CORPORATION )   Case No. C07-5702 (CW)
    d/b/a GLAXOSMITHKLINE,              )   (Consolidated Cases)

3                                        )
            Plaintiff,                   )   Related per November 19, 2007 Order to

4                                        )   Case No. C04-1511 (CW)
            v.                           )

5                                        )
    ABBOTT LABORATORIES,                 )

6                                        )
            Defendant.                   )

7                                        )

8                                        )
                                         )

9                                        )
                                         )

10  MEIJER, INC. & MEIJER DISTRIBUTION, )   Case No. C07-5985 (CW)
    INC., *et al.*,                      )   (Consolidated Cases)

11                                       )
            Plaintiffs,                  )   Related per November 30, 2007 Order to

12                                       )   Case No. C04-1511 (CW)
            v.                           )

13                                       )
    ABBOTT LABORATORIES,                 )

14                                       )
            Defendant.                   )

15                                       )
                                         )

16                                       )
                                         )

17                                       )

18  RITE AID CORPORATION, *et al.*,      )   Case No. 07-6120 (CW)

19                                       )
            Plaintiffs,                  )   Related per December 5, 2007 Order to

20                                       )   Case No. C04-1511 (CW)
            v.                           )

21                                       )
    ABBOTT LABORATORIES,                 )

22                                       )
            Defendant.                   )

23                                       )
                                         )

24                                       )
                                         )

25                                       )

26

27

28

---

STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT DEMONSTRATIVES
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)

CHI:2377699.3

WHEREAS, the parties are engaged in discovery in the consolidated cases of *Safeway, et al., v. Abbott Laboratories* (No. 07-5470), *Smithkline Beechem Corp. d/b/a Glaxosmithkline v. Abbott Laboratories* (No. 07-5702), *Meijer, Inc. & Meijer Distribution, Inc., et al. v. Abbott Laboratories* (No. 07-5985), and *Rite Aid Corp., et al., v. Abbott Laboratories* (No. 07-6120);

WHEREAS, the parties have cooperated with one another to narrow the scope of fact and expert discovery in these cases;

WHEREAS, during fact discovery, the parties identified those witnesses disclosed in discovery responses who are likely to be deposed at trial and focused deposition discovery on these witnesses to avoid taking unnecessary depositions; and

WHEREAS, during expert discovery, the parties agreed to reserve for a later date the exchange of expert demonstrative exhibits.

**IT IS HEREBY STIPULATED AND AGREED:**

1. If any party includes a witness on a trial witness list (due under the current schedule on January 25, 2011), who was not previously deposed in these cases, that witness will be made available for five hours of deposition testimony within one week of the disclosure (or some other date if agreed by all parties), even though the fact discovery cutoff has passed.

2. Demonstrative exhibits to be used with experts during trial shall be disclosed pursuant to the demonstrative exhibits deadline in Judge Wilken's standing orders (due under the current schedule on January 28, 2011), or by further written agreement of the parties. The parties reserve the right to challenge expert demonstrative exhibits on grounds unrelated to this stipulation – including the ground that the subject matter of a demonstrative exhibit was not adequately disclosed in the expert reports.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

CHI:2377699.3

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/ Scott E. Perwin

Scott E. Perwin
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

*Attorneys for Safeway, Inc.*

/s/ John D. Radice

John D. Radice
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10011

*Co-Lead Counsel for the Direct
Purchaser Class*

/s/ Joseph Opper

Bruce Gerstein
Joseph Opper
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036

*Co-Lead Counsel for the Direct
Purchaser Class*

/s/ Trevor V. Stockinger

Trevor V. Stockinger
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

*Counsel for GSK*

/s/ W. Ross Foote

W. Ross Foote
SMITH FOOTE LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

*Direct Purchaser Class
Executive Committee*

/s/ Stephanie S. McCallum

Stephanie S. McCallum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

*Attorneys for Defendant Abbott
Laboratories*

/s/ Daniel C. Simons

Eric L. Cramer
Daniel C. Simons
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305

*Co-Lead Counsel for the Direct
Purchaser Class*

/s/ Stuart E. DesRoches

Stuart E. DesRoches
ODOM & DES ROCHES LLP
650 Poydras Street
New Orleans, LA 70130

*Direct Purchaser Class
Executive Committee*

/s/ Monica L. Rebuck

Monica L. Rebuck
HANGLEY ARONCHICK SEGAL &
PUDLIN
30 N. Third Street, Suite 700
Harrisburg, PA 17101
*Attorneys for the Rite Aid Plaintiffs*

STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT DEMONSTRATIVES
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)

CHI:2377699.3

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1

2

3  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

4  Dated: _____

5

6                                    _____

7                                    Judge Claudia Wilken
                                     United States District Court
8                                    Northern District of California

9

10

11

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT DEMONSTRATIVES
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)

CHI:2377699.3

1

**GENERAL ORDER 45 ATTESTATION**

2  I, Stephanie S. McCallum, am the ECF User whose ID and password was used to file this

3  STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT

4  DEMONSTRATIVES.  In compliance with General Order 45, X.B., I hereby attest that the above

5  counsel, counsel for Plaintiffs, concurred in this filing.

6

7       Dated:  March 22, 2010

/s/ Stephanie S. McCallum

8                                                              Stephanie S. McCallum
                                                             WINSTON & STRAWN LLP
9                                                            Counsel for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE DEPOSITION OF TRIAL WITNESSES NOT DEPOSED AND EXPERT DEMONSTRATIVES
CASE NOS. C07-5470, C07-5702, C07-5985, C07-6012 (CW)

CHI:2377699.3

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802