| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle (*Admitted Pro Hac Vice*) | David M. Rosenzweig (SBN 176272) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Grant A. Davis-Denny (SBN 229335) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA 90071-1560 |
| Chicago, IL 60601-9703 | Telephone: (213) 683-9100 |
| Telephone: 312-558-5600 | Facsimile: (213) 687-3702 |
| Facsimile: 312-558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; | david.rosenzweig@mto.com; |
| ddoyle@winston.com; | grant.davis-denny@mto.com |
| spark@winston.com; smccallum@winston.com | |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |
| | |
| Charles B. Klein (*Admitted Pro Hac Vice*) | Attorneys for Defendant |
| Mathew A. Campbell (*Admitted Pro Hac Vice*) | ABBOTT LABORATORIES |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, D.C. 20007 | |
| Telephone: 202-282-5000 | |
| Facsimile: 202-282-5100 | |
| Email: cklein@winston.com | |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) Case No. C07-5702 (CW) |
| Plaintiff, | ) Related per November 19, 2007 Order to ) Case No. C04-1511 (CW) |
| v. | ) **STIPULATION RE EXTENSION OF** |
| ABBOTT LABORATORIES, | ) **EXPERT DISCOVERY DEADLINES** ) |
| Defendant. | ) ) |

WHEREAS, the parties are engaged in expert discovery in the consolidated cases of *Safeway, et al., v. Abbott Laboratories* (No. 07-5470), *SmithKline Beecham Corp. d/b/a GlaxoSmithKline v. Abbott Laboratories* (No. 07-5702), *Meijer, Inc. & Meijer Distribution, Inc., et al. v. Abbott Laboratories* (No. 07-5985), and *Rite Aid Corp., et al., v. Abbott Laboratories* (No. 07-6120);

WHEREAS on December 21, 2009, the parties previously stipulated, and the Court so ordered, that Defendant's responsive expert reports would be served on March 22, 2010, and the Plaintiffs' rebuttal expert reports would be served April 19, 2010;

WHEREAS the parties have agreed that the Defendant may have additional time to serve its responsive expert reports, and Plaintiff may have additional time to serve its rebuttal expert reports;

WHEREAS this alteration in schedule will have no effect on the remaining case schedule.

**IT IS HEREBY STIPULATED AND AGREED:**

1. Defendant shall serve its expert reports responsive to Plaintiff's opening expert reports no later than noon (Pacific time) on March 23, 2010.

2. Plaintiff shall serve its rebuttal expert reports no later than noon (Pacific time) on April 21, 2010.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/ Trevor V. Stockinger
Trevor V. Stockinger
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067-4276

*Counsel for GSK*

/s/ Stephanie S. McCallum
Stephanie S. McCallum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

*Attorneys for Defendant Abbott Laboratories*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 3/25/2010

Judge Claudia Wilken
United States District Court
Northern District of California

3

STIPULATION RE EXTENSION OF EXPERT DISCOVERY DEADLINES
CASE NO. C07-5702 (CW)

**GENERAL ORDER 45 ATTESTATION**

I, Stephanie S. McCallum, am the ECF User whose ID and password was used to file this STIPULATION RE EXTENSION OF EXPERT DISCOVERY DEADLINES.  In compliance with General Order 45, X.B., I hereby attest that the above counsel, counsel for Plaintiffs, concurred in this filing.

Dated:  March 23, 2010

/s/ Stephanie S. McCallum

Stephanie S. McCallum
WINSTON & STRAWN LLP
Counsel for Defendant