1  IRELL & MANELLA LLP
   Alexander F. Wiles (CA 73596) awiles@irell.com
2  Brian Hennigan (CA 86955) bhennigan@irell.com
   Trevor V. Stockinger (CA 226359) tstockinger@irell.com
3  S. Albert Wang (CA 250163) awang@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:  (310) 203-7199

6  ARNOLD & PORTER LLP
   Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
7  Daniel S. Pariser (*Admitted Pro Hac Vice*) Daniel_Pariser@aporter.com
   555 Twelfth Street, NW
8  Washington, DC  20004-1206
   Telephone:  (202) 942-5000
9  Facsimile:  (202) 942-5999

10 *Attorneys for Plaintiff GlaxoSmithKline*

11                     **UNITED STATES DISTRICT COURT**

12                     **NORTHERN DISTRICT OF CALIFORNIA**

13                              **OAKLAND DIVISION**

14

| | |
|---|---|
| 15  SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | **Case No. C 07-5702 (CW)** |
| 16 | |
| 17            Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUPPORTING GSK'S RESPONSE TO ABBOTT'S SUPPLEMENTAL BRIEF IN SUPPORT OF ABBOTT LABORATORIES' MOTION FOR SUMMARY JUDGMENT ON GSK'S FIRST AMENDED COMPLAINT (LOCAL RULES 79-5 AND 7-11)** |
| 18      v. | |
| 19  ABBOTT LABORATORIES, | |
| 20            Defendant. | |
| 21 | |
| 22 | Date:       October 28, 2010<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| 23 | |
| 24 | |

1 **NOTICE OF MOTION**

2 PLEASE TAKE NOTICE that plaintiff SmithKline Beecham Corporation d/b/a
3 GlaxoSmithKline ("GSK") hereby moves pursuant to Local Rules 79-5 and 7-11 for
4 Administrative Relief to file the following materials, or portions there of, under seal:

5     1.    Exhibits 1 and 3 to the Declaration of S. Albert Wang in Support of GSK's
6 Response to Abbott's Supplemental Brief in Support of Abbott Laboratories' Motion for Summary
7 Judgment on GSK's First Amended Complaint ("Wang Declaration").

8     2.    Portions of GSK's Response to Abbott's Supplemental Brief in Support of Abbott
9 Laboratories' Motion for Summary Judgment on GSK's First Amended Complaint ("GSK's
10 Response") that rely on Exhibit 1 to the Wang Declaration.

11     3.    Portions of GSK's Response that rely on documents designated confidential by
12 Abbott and ordered to be filed under seal pursuant to Order re GSK's Miscellaneous
13 Administrative Motion to File Under Seal. (Docket # 268.)

14 This motion is brought because the relevant materials have been designated as "Highly
15 Confidential – Attorneys' Eyes Only" or rely on materials designated "Highly Confidential –
16 Attorneys' Eyes Only" by defendant Abbott Laboratories ("Abbott"). In accordance with this
17 Court's March 24, 2008 Order, GSK conferred with Abbott about confidentiality designations of
18 the documents anticipated to be cited in support of GSK's Response. Ow Decl. ¶ 2. Abbott did
19 not withdraw any of its confidentiality designations. *Id.*

20
21 Dated: November 11, 2010        Respectfully submitted,

22                                     IRELL & MANELLA LLP

23                                     By: *s/ Trevor Stockinger*
24                                        Trevor V. Stockinger

25                                     *Counsel for GSK*

26
27
28