1  James F. Hurst (*Admitted Pro Hac Vice*)        Jeffrey I. Weinberger (SBN 56214)
   Samuel S. Park (*Admitted Pro Hac Vice*)         Stuart N. Senator (SBN 148009)
2  Stephanie S. McCallum (*Admitted Pro Hac Vice*)  Keith R.D. Hamilton (SBN 252115)
   WINSTON & STRAWN LLP                             MUNGER, TOLLES & OLSON LLP
3  35 W. Wacker Drive                               355 Grand Avenue
   Chicago, IL 60601-9703                           Los Angeles, CA  90071-1560
4  Telephone:    312-558-5600                       Telephone:  (213) 683-9100
   Facsimile:    312-558-5700                       Facsimile:   (213) 687-3702
5  Email: jhurst@winston.com;                       Email: jeffrey.weinberger@mto.com;
   spark@winston.com; smccallum@winston.com         stuart.senator@mto.com;
6                                                    keith.hamilton@mto.com

7  Nicole M. Norris (SBN 222785)                    Michelle Friedland (SBN 234124)
   WINSTON & STRAWN LLP                             MUNGER, TOLLES & OLSON LLP
8  101 California Street, Suite 3900                560 Mission Street, 27th Floor
   San Francisco, CA  94111-5894                    San Francisco, CA  94105-2907
9  Telephone:    415-591-1000                       Telephone:  (415) 512-4000
   Facsimile:    415-591-1400                       Facsimile:   (415) 512-4077
10 Email: nnorris@winston.com                       Email: michelle.friedland@mto.com

11 Charles B. Klein (*Admitted Pro Hac Vice*)
   Matthew Campbell (*Admitted Pro Hac Vice*)
12 WINSTON & STRAWN LLP
   1700 K Street, N.W.
13 Washington, D.C.  20007                          Attorneys for Defendant
   Telephone:    202-282-5000                       ABBOTT LABORATORIES
14 Facsimile:    202-282-5100
   Email: cklein@winston.com;
15 macampbe@winston.com

16

17                    **UNITED STATES DISTRICT COURT**

18                  **NORTHERN DISTRICT OF CALIFORNIA**

19                          **OAKLAND DIVISION**

20

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | **CASE NO. CV 07-5470 (CW)** <br><br> Related per December 5, 2007 Order to Case No. CV 04-1511 (CW) <br><br> **ORDER GRANTING IN PART AND DENYING IN PART GSK'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> **Judge:** **Honorable Claudia Wilken** <br> **Date:** **October 28, 2010** <br> **Time:** **2:00 p.m.** <br> **Location:** **Courtroom 2 (4th Floor)** |

28 *(Caption continued on next page)*

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-5702 (CW)<br><br>Related per November 19, 2007 Order to Case No. CV 04-1511(CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. CV 04-1511 (CW) |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-5985 (CW)<br>(Consolidated Cases)<br>Related per November 30, 2007 Order to Case No. CV 04-1511 (CW) |

Having considered the Declaration of Stephanie S. McCallum, and finding compelling reasons therefore, GSK's Motion is GRANTED in part and DENIED in part.

IT IS HEREBY ORDERED:

1.  Wang Declaration Exhibit 1 shall be filed under seal as reflected in Exhibit A of the Declaration of Stephanie S. McCallum.

2.  GSK's Brief which references Wang Declaration Exhibit 1 and other documents which this Court has previously deemed sealable, shall be filed under seal.

3.   Because Abbott withdrew its confidentiality designation with respect to Wang Declaration Exhibit 3, that document shall be filed in the public record.

Dated: _November 19, 2010_

_____
Honorable Claudia Wilken
United States District Court