IRELL & MANELLA LLP
Alexander F. Wiles (CA 73596) awiles@irell.com
Brian Hennigan (CA 86955) bhennigan@irell.com
Trevor V. Stockinger (CA 226359) tstockinger@irell.com
S. Albert Wang (CA 250163) awang@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

ARNOLD & PORTER LLP
Kenneth A. Letzler (*Admitted Pro Hac Vice*) Kenneth_Letzler@aporter.com
Daniel S. Pariser (*Admitted Pro Hac Vice*) Daniel_Pariser@aporter.com
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999

*Attorneys for Plaintiff GlaxoSmithKline*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5702 (CW)<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Date:          N/A<br>Time:          N/A<br>Courtroom:  N/A<br>Judge:        Hon. Claudia Wilken |

2341824

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMIN. MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT (CASE NO. C 07-5702)

1    WHEREAS, Plaintff GlaxoSmithKline ("GSK") electronically filed a redacted version of

2 GlaxoSmithKline's Opposition to Abbott's Motion for Summary Judgment ("GSK's Opposition")

3 in the above captioned case as Docket Number 290 on October 29, 2010;

4    WHEREAS, this document was inadvertently filed with redaction errors, primarily that

5 there remained a means of electronically extracting the text behind the redactions;

6    WHEREAS, GSK requested that the ECF Helpdesk staff deny public access to this

7 document and the staff promptly complied;

8    WHEREAS, GSK has re-filed GSK's Opposition with proper redactions.

9 **IT IS HEREBY STIPULATED AND AGREED:**

10    The Court should order the removal of the incorrectly redacted version of GSK's

11 Opposition, Docket Number 290, from the docket of this case.

12

13 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

14  _/s/ Stephanie S. McCallum_          _/s/ S. Albert Wang_

15 Stephanie S. McCallum               S. Albert Wang
   WINSTON & STRAWN LLP                IRELL & MANELLA LLP
16 35 West Wacker Drive                1800 Avenue of the Stars, Suite 900
   Chicago, IL 60601                   Los Angeles, California 90067-4276
17 *Counsel for Defendant Abbott Laboratories*   *Counsel for Plaintiff SmithKline Beecham*
                                       *Corp., dba GlaxoSmithKline*
18

19

20

21    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22 Dated: **11/23/2010**

   Judge Claudia Wilken
23    United States District Court
      Northern District of California

24

25

26

27

28

- 1 -

1      Pursuant to General Order No. 45, Section X, I attest under penalty of perjury that

2  concurrence in the filing of this STIPULATION AND [PROPOSED] ORDER GRANTING

3  PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED

4  DOCUMENT has been obtained from Stephanie S. McCallum.

5  Dated: November 19, 2010              By:   */s/ S. Albert Wang*
                                             S. Albert Wang
6                                           IRELL & MANELLA LLP
                                             *Attorneys for GlaxoSmithKline*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMIN. MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT (CASE NO. C 07-5702)

2341824