James F. Hurst *(Admitted Pro Hac Vice)*
Samuel S. Park *(Admitted Pro Hac Vice)*
Stephanie S. McCallum *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   (312) 558-5600
Facsimile:   (312) 558-5700
jhurst@winston.com; spark@winston.com;
smccallum@winston.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
nnorris@winston.com

Charles B. Klein *(Admitted Pro Hac Vice)*
Matthew A. Campbell *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20007
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100
cklein@winston.com; macampbell@winston.com

Jeffrey I. Weinberger (SBN 56214)
Stuart N. Senator (SBN 148009)
Keith R.D. Hamilton (SBN 252115)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702
jeffrey.weinberger@mto.com;
stuart.senator@mto.com;
keith.hamilton@mto.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
michelle.friedland@mto.com

*Attorneys for Defendant*
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>(caption continued) | CASE NO. CV 07-5470 (CW)<br><br>*Related per December 5, 2007 Order to Case No. CV 04-1511 (CW)*<br><br>**ABBOTT LABORATORIES' EXHIBIT LIST**<br><br>**Judge:   Honorable Claudia Wilken**<br>**Trial Date: February 28, 2011**<br>**Pretrial Conference: February 8, 2011**<br>**Time:   2:00 p.m.**<br>**Location:  Courtroom 2 (4th Floor)** |

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-5702 (CW)<br><br>*Related per November 19, 2007 Order to Case No. CV 04-1511(CW)* |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-6120 (CW)<br><br>*Related per December 5, 2007 Order to Case No. CV 04-1511 (CW)* |
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.; ROCHESTER DRUG CO-OPERATIVE, INC.; AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | CASE NO. CV 07-5985 (CW)<br>(Consolidated Cases)<br><br>*Related per November 30, 2007 Order to Case No. CV 04-1511 (CW)* |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Pursuant to the Court's Order for Pretrial Preparation, Abbott Laboratories submits the attached list of exhibits to be presented at trial (Exhibit A).

Abbott reserves all rights to use at trial any exhibits, discovery, or designated testimony identified by the Plaintiffs in their pretrial filings. Abbott also reserves the right to lodge objections to any document, in whole or in part, on Plaintiffs' exhibit list, including but not limited to objections regarding foundation, incompleteness, relevance, unduly prejudicial, privilege, speculation, improper opinion testimony, hearsay, authenticity, best evidence or improper summary. Abbott's inclusion of any document on this exhibit list does not constitute an admission as to the authenticity or admissibility of any such document. Also, Abbott reserves the right to modify or change sponsoring witness information in response to plaintiffs' objections, time constraints or any other legitimate purpose. By providing these materials, Abbott is not waiving any argument or defense available to Abbott in the above-captioned matters.

Dated: January 28, 2011

WINSTON & STRAWN LLP &
MUNGER, TOLLES & OLSON LLP

By:     /s/ James F. Hurst
        James F. Hurst
        Attorneys for Defendant
        ABBOTT LABORATORIES