James F. Hurst (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
Stephanie S. McCallum (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com;
ddoyle@winston.com;
spark@winston.com; smccallum@winston.com

Jeffrey I. Weinberger (SBN 56214)
Stuart N. Senator (SBN 148009)
Keith R.D. Hamilton (SBN 252115)
MUNGER, TOLLES & OLSON LLP
355 Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email: jeffrey.weinberger@mto.com;
david.rosenzweig@mto.com;
grant.davis-denny@mto.com

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

Michelle Friedland (SBN 234124)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077
Email: michelle.friedland@mto.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Matthew Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:   202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. C 07-5702 (CW)**<br><br>**JOINT STIPULATION AND ORDER RE DOCUMENTS SUBMITTED INTO EVIDENCE** |

Plaintiff SmithKline Beecham Corp. d/b/a GlaxoSmithKline and Defendant Abbott Laboratories hereby submit this joint stipulation regarding documents used and submitted into evidence during trial.  The parties agree that the exhibits identified on Attachment A, filed herewith, have been admitted into evidence and should be submitted to the jury.

Dated:  March 23, 2011          By:  */s/ James F. Hurst*
                                     James F. Hurst
                                     WINSTON & STRAWN
                                     Attorneys for Defendant Abbott
                                     Laboratories

Dated: March 23, 2011           By:  */s/ Alex Wiles*
                                     Alex Wiles
                                     IRELL & MANELLA
                                     1800 Avenue of the Stars
                                     Suite 900
                                     Los Angeles, CA 90067-4276
                                     Attorney for GSK

**IT IS SO ORDERED.**

Dated:  3/24/2011                    _____
                                     Hon. Claudia Wilken
                                     United States District Court, Northern
                                     District of California

**GENERAL ORDER 45 ATTESTATION**

I, James F. Hurst, am the ECF User whose ID and password was used to file this Joint Stipulation and Proposed Order.  In compliance with General Order 45, X.B., I hereby attest that the above counsel, counsel for Plaintiffs, concurred in this filing.

Dated:  March 23, 2011                    /s/ James F. Hurst
                                          James F. Hurst
                                          Winston & Strawn LLP

# Attachment A

# Attachment A

| *In Re Norvir Antitrust Litigation* | | | | |
|---|---|---|---|---|
| **Admitted Trial Exhibits** | | | | |
| 1 | 99 | 193 | 352 | 800 |
| 3 | 102 | 194 | 378 | 822 |
| 5 | 105 | 199 | 386 | 827 |
| 6 | 109 | 204 | 389 | 915 |
| 7 | 121 | 207 | 390 | 920 |
| 13 | 122 | 209 | 391 | 928 |
| 22 | 124 | 210 | 392 | 931 |
| 23 | 125 (reduced) | 211 | 393 | 966 |
| 31 | 136 | 212 | 435 (p. 3 only) | 967 |
| 32 | 138 | 213 | 440 | 993 |
| 38 | 139 | 216 | 451 | 1037 |
| 39 | 142 | 217 | 500 | 1040 |
| 40 | 150 | 220 | 508 | 1059 (native) |
| 43 | 151 | 221 | 516 | 1076 |
| 44 | 153 | 226 | 545 | 1190 |
| 46 | 154 | 227 | 551 | 1228 |
| 65 | 155 | 238 | 558 | 1250 |
| 67 | 156 | 239 | 571 | 1251 |
| 68 | 157 | 245 | 577 | 1254 |
| 72 | 159 | 247 | 579 | 1266 |
| 75 | 160 | 285 | 614 | 1351 (native) |
| 76 | 161 | 287 | 625 | 1363 |
| 77 | 164 | 290 | 673 | 1443 (reduced) |
| 79 | 168 | 292 | 679 | |
| 81 | 171 | 299 | 682 | |
| 84 | 179 | 306 | 715 | |
| 87 | 181 | 312 | 732 | |
| 88 | 185 | 344 | 741 | |
| 89 | 190 | 345 | 762 | |
| 93 | 191 | 346 | 767 | |
| 97 | 192 | 351 | 770 | |