IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SMITHKLINE BEECHAM CORPORATION, doing business as GLAXOSMITHKLINE,

    Plaintiff,

v.

ABBOTT LABORATORIES,

    Defendant.

No. C 07-5702 CW

VERDICT FORM

## I. ANTITRUST CLAIMS

<u>MONOPOLIZATION CLAIM</u>

A1. Do you find that GSK has proven a validly defined economic market?

    Yes  \_\_\_\_  ("Yes" is a finding for GSK.)

    No   \_\_\_\_  ("No" is a finding for Abbott.)

    If you answered "Yes" to this question, then answer Question A2. If you answered "No" to this question, proceed to Question B1.

A2. Do you find that GSK has proved that Abbott had monopoly power in the relevant market?

    Yes  \_\_\_\_  ("Yes" is a finding for GSK.)

    No   \_\_\_\_  ("No" is a finding for Abbott.)

    Whether you answered "Yes" or "No" to this question, answer Question A3.

A3. Do you find that GSK has proved that Abbott engaged in the following types of anticompetitive conduct:

    a. a practical refusal to deal with its competitors?

    Yes  \_\_\_\_  ("Yes" is a finding for GSK.)

    No   \_\_\_\_  ("No" is a finding for Abbott.)

        b.    unlawful bundled discounting?

        Yes   ____ ("Yes" is a finding for GSK.)

        No    ____ ("No" is a finding for Abbott.)

If you answered "Yes" to Question A3a or A3b or both, proceed to Question A4. Otherwise, proceed to Question B1.

A4. Do you find that Abbott has proved that it had a legitimate business reason for its conduct?

    Yes   ____ ("Yes" is a finding for Abbott.)

    No    ____ ("No" is a finding for GSK.)

If you answered "Yes" to this question, proceed to Question B1. If you answered "No" to this question, proceed to Question A5.

A5. Do you find that GSK suffered injury to its business or property as a result of Abbott's monopolization of the relevant market, that this monopolization was a material cause of GSK's injury and that the injury was of the type that the antitrust laws were intended to prevent?

    Yes   ____ ("Yes" is a finding for GSK.)

    No    ____ ("No" is a finding for Abbott.)

Proceed to Question A6.

### ATTEMPTED MONOPOLIZATION CLAIM

A6. Did you find in Question A1 above that GSK has proven a validly defined economic market?

    Yes   ____ ("Yes" is a finding for GSK.)

    No    ____ ("No" is a finding for Abbott.)

If you answered "Yes" to this question, then answer Question A7. If you answered "No" to this question, proceed to Question B1.

A7. Do you find that Abbott had a specific intent to acquire monopoly power in the relevant market?

    Yes   ____ ("Yes" is a finding for GSK.)

    No    ____ ("No" is a finding for Abbott.)

If you answered "Yes" to this question, then answer Question

2

A8. If you answered "No" to this question, proceed to Question A12.

A8. Do you find that there was a dangerous probability that Abbott would acquire monopoly power in the relevant market?

Yes ____ ("Yes" is a finding for GSK.)

No ____ ("No" is a finding for Abbott.)

If you answered "Yes" to this question, then answer Question A9. If you answered "No" to this question, proceed to Question A12.

A9. Did you find in Question A3 above that GSK has proved that Abbott engaged in the following types of anticompetitive conduct:

    a. a practical refusal to deal with its competitors?

    Yes ____ ("Yes" is a finding for GSK.)

    No ____ ("No" is a finding for Abbott.)

    b. unlawful bundled discounting?

    Yes ____ ("Yes" is a finding for GSK.)

    No ____ ("No" is a finding for Abbott.)

If you answered "Yes" to Question A9a or A9b or both, proceed to Question A10. Otherwise, proceed to Question B1.

A10. Did you find in Question A4 above that Abbott has proved that it had a legitimate business reason for its conduct?

Yes ____ ("Yes" is a finding for Abbott.)

No ____ ("No" is a finding for GSK.)

If you answered "Yes" to this question, then proceed to Question B1. If you answered "No" to this question, proceed to Question A11.

A11. Do you find that GSK suffered injury to its business or property as a result of Abbott's attempted monopolization of the relevant market, that this attempted monopolization was a material cause of GSK's injury and that the injury was of the type that the antitrust laws were intended to prevent?

Yes ____ ("Yes" is a finding for GSK.)

No ____ ("No" is a finding for Abbott.)

3

Proceed to Question A12.

A12. If you answered "Yes" to Question A5 or A11 or both, what amount of damages, if any, do you find GSK has proved it suffered in lost profits from the misconduct you found Abbott to have committed?

$ _____

Proceed to Question B1.

## II. BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING CLAIM

B1. Do you find that Abbott breached the implied covenant of good faith and fair dealing that is implied in the Norvir Boosting License?

Yes ____ ("Yes" is a finding for GSK.)

No ____ ("No" is a finding for Abbott.)

If you answered "Yes" to this question, then answer Question B2. If you answered "No" to this question, proceed to Question C1.

B2. Did Abbott engage in grossly negligent conduct when it breached the implied covenant of good faith and fair dealing?

Yes ____ ("Yes" is a finding for GSK.)

No ____ ("No" is a finding for Abbott.)

If you answered "Yes" to this question, then answer Question B3. If you answered "No" to this question, proceed to Question C1.

B3. Do you find that Abbott's breach of the implied covenant of good faith and fair dealing was a proximate cause of the injury to GSK's business?

Yes ____ ("Yes" is a finding for GSK.)

No ____ ("No" is a finding for Abbott.)

If you answered "Yes" to this question, then answer Question B4. If you answered "No" to this question, proceed to Question C1.

B4. If you answered "Yes" to Question B3, what amount of damages, if any, do you find GSK has proved it suffered in lost profits from Abbott's breach of the implied covenant of good faith and

4

fair dealing?  Enter the number below, even if you awarded some or all of these damages in Question A12 above.  (The Court will ensure that GSK is not awarded the same damages more than once.)

$ _____

If you entered a number in this line, answer Question B5.  Otherwise, proceed to Question C1.

B5. How much of the damages you found in Question B4, if any, were NOT awarded in Question A12 above?

$ _____

Proceed to Question C1.

**ADDITIONAL QUESTIONS**

C1. Did Abbott engage in any of the following?

    a. During the negotiation of the Norvir Boosting License, Abbott was considering how to use its control over Norvir to limit competition with Kaletra and deliberately withheld this from GSK.

       Yes   ____   ("Yes" is a finding for GSK.)

       No    ____   ("No" is a finding for Abbott.)

    b. Abbott inequitably asserted its power over Norvir by increasing Norvir's price by 400 percent to undermine and disrupt Lexiva's launch and future sales.

       Yes   ____   ("Yes" is a finding for GSK.)

       No    ____   ("No" is a finding for Abbott.)

    c. Abbott manipulated the timing of the 400-percent Norvir price increase in order to disrupt Lexiva's launch and undermine Lexiva's future sales.

       Yes   ____   ("Yes" is a finding for GSK.)

       No    ____   ("No" is a finding for Abbott.)

If you answered "Yes" to Question C1a, b, or c, or more than one of them, then answer Question C2.  If you answered "No" to Questions C1a, b, and c, please have your presiding juror sign, date and return your verdict.

C2.  Do you find that the conduct you found in Question C1 that Abbott engaged in was a proximate cause of injury to GSK?

Yes  ____  ("Yes" is a finding for GSK.)

No   ____  ("No" is a finding for Abbott.)

If you answered "Yes" to this question, then answer Question C3.  If you answered "No" to this question, please have your presiding juror sign, date and return your verdict.

C3.  If you answered "Yes" to Question C2, what amount of damages, if any, do you find GSK has proved it suffered in lost profits from the conduct you found in Question C1?  Enter the number below, even if some or all of these damages are the same damages that you awarded in Question A12 or B5 above. (The Court will ensure that GSK is not awarded the same damages more than once.)

$ _____

If you entered a number in this line, answer Question C4. Otherwise, please have your presiding juror sign, date and return your verdict.

C4.  How much of the damages you found in Question C3, if any, were NOT awarded in Question A12 or B5 above?

$ _____


Please have the presiding juror sign, date and return this form.

Signed:_____      Date: _____
         Presiding Juror

6