| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Stuart N. Senator (SBN 148009) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | Keith R.D. Hamilton (SBN 252115) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 35 W. Wacker Drive | 355 Grand Avenue |
| Chicago, IL 60601-9703 | Los Angeles, CA 90071-1560 |
| Telephone: 312-558-5600 | Telephone: (213) 683-9100 |
| Facsimile: 312-558-5700 | Facsimile: (213) 687-3702 |
| Email: jhurst@winston.com; | Email: jeffrey.weinberger@mto.com; |
| ddoyle@winston.com; | david.rosenzweig@mto.com; |
| spark@winston.com; smccallum@winston.com | grant.davis-denny@mto.com |

| | |
|---|---|
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA 94111-5894 | San Francisco, CA 94105-2907 |
| Telephone: 415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile: 415-591-1400 | Facsimile: (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |

Charles B. Klein (*Admitted Pro Hac Vice*)
Matthew Campbell (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | Case No. C 07-5702 (CW) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR FILING ABBOTT'S OPPOSITION TO GSK'S MOTION FOR ADMINISTRATIVE RELIEF** |

WHEREAS, on March 31, 2011, Plaintiff SmithKline Beecham Corp. d/b/a GlaxoSmithKline ("GSK") filed a motion pursuant to Fed. R. Civ. P. 58(b)(2) and N.D. Cal. L.R. 7-11 for entry of judgment;

WHEREAS, the current deadline for Defendant Abbott Laboratories ("Abbott") to file its opposition to GSK's administrative motion is Monday, April 4, 2011;

WHEREAS, pursuant to Local Rule 6-2, the parties file this stipulated request for an order extending the time for filing Abbott's opposition to GSK's administrative motion to no later than Wednesday, April 6, 2011; and

WHEREAS, the parties have not previously sought an extension of time relating to GSK's motion and the extension of time would not affect any other deadlines in this case;

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for Abbott's opposition to GSK's administrative motion should be no later than Wednesday, April 6, 2011.

Dated: April 1, 2011    By: /s/ James F. Hurst
James F. Hurst
WINSTON & STRAWN
Attorneys for Defendant Abbott Laboratories

Dated: April 1, 2011    By: /s/ Brian Hennigan
Brian Hennigan
IRELL & MANELLA
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Attorneys for Plaintiff GSK

**IT IS SO ORDERED.**

Dated: 4/8/2011

Hon. Claudia Wilken
United States District Court, Northern District of California

---

1

CASE NOS. 07-5702 (CW) – JOINT STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR FILING OF ABBOTT'S OPPOSITION TO GSK'S MOTION FOR ADMINISTRATIVE RELIEF

**GENERAL ORDER 45 ATTESTATION**

I, James F. Hurst, am the ECF User whose ID and password was used to file this Joint Stipulation and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that the above counsel, counsel for Plaintiffs, concurred in this filing.

Dated: April 1, 2011

/s/ James F. Hurst
_____
James F. Hurst
Winston & Strawn LLP