| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)* <br> David J. Doyle *(Admitted Pro Hac Vice)* <br> Samuel S. Park *(Admitted Pro Hac Vice)* <br> Stephanie S. McCallum *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br> Telephone:  (312) 558-5600 <br> Facsimile:  (312) 558-5700 <br> Email: jhurst@winston.com; ddoyle@winston.com; <br> spark@winston.com; smccallum@winston.com | Jeffrey I. Weinberger (SBN 56214) <br> Stuart N. Senator (SBN 148009) <br> Keith R.D. Hamilton (SBN 252115) <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue <br> Los Angeles, CA  90071-1560 <br> Telephone:  (213) 683-9100 <br> Facsimile:  (213) 687-3702 <br> Email: jeffrey.weinberger@mto.com; <br> stuart.senator@mto.com; <br> keith.hamilton@mto.com; |
| Nicole M. Norris (SBN 222785) <br> WINSTON & STRAWN LLP <br> 101 California Street, Suite 3900 <br> San Francisco, CA  94111-5894 <br> Telephone:  415-591-1000 <br> Facsimile:  415-591-1400 <br> Email: nnorris@winston.com | Michelle Friedland (SBN 234124) <br> Kathryn A. Eidmann (SBN 268053) <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street <br> San Francisco, CA 94105-2907 <br> Telephone:  (415) 512-4000 <br> Facsimile:  (415) 512-4077 <br> Email:  michelle.friedland@mto.com; <br> kathryn.eidmann@mto.com |
| Charles B. Klein *(Admitted Pro Hac Vice)* <br> Matthew A. Campbell *(Admitted Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 1700 K Street, N.W. <br> Washington, DC  20007 <br> Telephone:  (202) 282-5000 <br> Facsimile:  (202) 282-5100 <br> Email: cklein@winston.com; <br> mcampbell@winston.com | Attorneys for Defendant <br> ABBOTT LABORATORIES |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, <br><br> Defendant. | CASE NO.  C 07-5702 (CW) <br><br> Related per December 5, 2007 Order to Case No. C 04-1511 (CW) <br><br> **ORDER GRANTING DEFENDANT ABBOTT LABORATORIES' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT FROM DOCKET** |

13668392.1

ORDER GRANTING MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT
CASE NO. 07-5702

1   Having considered Defendant Abbott Laboratories' Administrative Motion to Remove
2   Incorrectly Filed Document From Docket, and finding compelling reasons therefore, Defendant's
3   Motion is GRANTED.
4   IT IS ORDERED THAT the Clerk shall permanently remove entry # 447 from the
5   electronic (ECF) docket in Case No. C 07-5702.

Dated: April 13, 2011         By: _____
                                   Hon. Claudia A. Wilken
                                   United States District Judge

13668392.1                    - 1 -        ORDER GRANTING MOTION TO REMOVE
                                           INCORRECTLY FILED DOCUMENT
                                           CASE NO. 07-5702