IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, doing business as GLAXOSMITHKLINE,<br><br>      Plaintiff,<br><br>  v.<br><br>ABBOTT LABORATORIES,<br>      Defendant. | No. C 07-5702 CW<br><br>JUDGMENT |

This action came on for trial before a jury, Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that judgment enter as follows:

Count 1:  For Defendant Abbott Laboratories

Count 2:  For Plaintiff SmithKline Beecham Corporation, doing business as GlaxoSmithKline, in the amount of $4,661,772.65

Count 3:  For Defendant Abbott Laboratories

Count 4:  For Defendant Abbott Laboratories

IT IS ORDERED AND ADJUDGED that, in accordance with the jury's verdict on Count 2, Plaintiff recover from Defendant $4,661,772.65, with interest thereon as provided by 28 U.S.C. § 1961.  Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: 9/6/2011


DEPUTY CLERK