IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,

    Plaintiff,

  v.

ABBOTT LABORATORIES,

    Defendant.
_____/

No. C 07-5702 CW

ORDER SETTING CASE MANAGEMENT CONFERENCE

In January 2014, the Ninth Circuit issued its opinion in Plaintiff GlaxoSmithKline's cross-appeal of the jury verdict in this case. The court held that a Batson violation had occurred during jury selection and that, as a result, a new trial must be held. On July 10, 2014, it issued its mandate with respect to that decision. Accordingly, the parties are directed to appear for a case management conference at 2:00 p.m. on July 30, 2014 in order to schedule and discuss further pretrial and trial proceedings. The parties shall submit a joint case management statement on or before July 23, 2014. If either party is unavailable on July 30, 2014, then the parties may submit a stipulation to continue the case management conference.

IT IS SO ORDERED.


Dated: 7/11/2014

CLAUDIA WILKEN
United States District Judge