HUESTON HENNIGAN LLP
Brian Hennigan (SBN 86955)
Moez M. Kaba (SBN 257456)
C. Mitchell Hendy (SBN 282036)
523 W. Sixth St., Suite 400
Los Angeles, CA  90014
Telephone:     (213) 788-4340
Facsimile:     (888) 775-0898
bhennigan@hueston.com;
mkaba@hueston.com;
mhendy@hueston.com

THE LANIER LAW FIRM P.C.
W. Mark Lanier (*pro hac vice*)
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
wml@lanierlawfirm.com

THE LANIER LAW FIRM P.C.
Lee A. Cirsch (SBN 227668)
10866 Wilshire Blvd., Suite 400
Los Angeles, California 90024
Telephone: (310) 277-5100
Facsimile: (310) 277-5103
lee.cirsch@lanierlawfirm.com

Attorneys for Plaintiff
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. 4:07-cv-05702 (CW)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

　　　　Plaintiff GlaxoSmithKline has filed a Motion for Leave to Amend its Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

1  Whereas the Court has considered Plaintiff's Motion and the arguments therein,

2  IT IS HEREBY ORDERED that the Motion is GRANTED.

3

4  IT IS SO ORDERED.

5

6  Dated: _____         _____

7                                                                CLAUDIA WILKEN

8                                                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28