| | |
|---|---|
| Brian Hennigan (SBN 86955)<br>Moez M. Kaba (SBN 257456)<br>C. Mitchell Hendy (SBN 282036)<br>HUESTON & HENNIGAN LLP<br>523 W. 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone:     (213) 788-4340<br>Facsimile:      (888) 776-0898<br>bhennigan@hueston.com<br>mkaba@hueston.com<br>mhendy@hueston.com<br>Counsel for Plaintiff<br>GLAXOSMITHKLINE<br><br>Charles B. Klein (*Admitted Pro Hac Vice*)<br>Matthew A. Campbell (*Admitted Pro Hac Vice*)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC 20007<br>Telephone:     (202) 282-5000<br>Facsimile:      (202) 282-5100<br>cklein@winston.com;<br>macampbell@winston.com<br>Counsel for Defendant<br>ABBOTT LABORATORIES | Jeffrey I. Weinberger (SBN 56214)<br>Stuart N. Senator (SBN 148009)<br>Keith R.D. Hamilton (SBN 252115)<br>Caroline McKay Cunningham (SBN 270927)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>jeffrey.weinberger@mto.com;<br>stuart.senator@mto.com;<br>keith.hamilton@mto.com<br>caroline.cunningham@mto.com<br>Counsel for Defendant<br>ABBOTT LABORATORIES<br><br>James F. Hurst *(Admitted Pro Hac Vice)*<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>james.hurst@kirkland.com<br>Counsel for Defendant<br>ABBOTT LABORATORIES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C07-5702 (CW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (DOCKET NO. 623)** |

WHEREAS, on February 27, 2015, Plaintiff GSK filed its Unopposed Motion for Leave to File Second Amended Complaint (Dkt. # 623);

WHEREAS, Defendant will not file an opposition to Plainitff's motion, while reserving all of its rights and arguments about the consequences of the dismissal of the antitrust claims;

WHEREAS, Defendant does not object to Plaintiff's request to shorten time or request that the Court decide this motion without a hearing;

NOW, THEREFORE, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-1(b), in the event the Court deems a hearing necessary, the parties stipulate to this request to set the motion for hearing for March 19, 2015 at a time convenient for the Court.

**IT IS SO STIPULATED AND AGREED:**

Date:  March 4, 2015

          */s/ Brian Hennigan*
Brian Hennigan
HUESTON HENNIGAN LLP
523 W. Sixth St., Suite 400
Los Angeles, CA  90014
*Attorney for Plaintiff GlaxoSmithKline*


          */s/ James F. Hurst*
James F. Hurst *(Admitted Pro Hac Vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
*Attorney for Defendant Abbott Laboratories*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**


Dated:  _____          _____
                                              Judge Claudia Wilken
                                              U.S. District Court