*(Stipulating Parties on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>               Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>               Defendant. | Case No. 4:07-cv-05702 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDED BRIEFING AND EXPEDITED HEARING SCHEDULE FOR THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT (ECF NO. 633)** |

**JOINT STIPULATION**

WHEREAS, on March 11, 2015, Defendant Abbott Laboratories filed its Motion to Dismiss Plaintiff GSK's Second Amended Complaint, ECF No. 633;

WHEREAS, GSK's response to Abbott's Motion to Dismiss is presently due by March 25, 2015, Abbott's reply to GSK's response is presently due by April 1, 2015, and a hearing on the Motion to Dismiss is set for May 7, 2015;

WHEREAS, the Parties final pretrial conference is set for April 8, 2015, at 2:00 p.m.; and

WHEREAS, the Parties, having conferred, have agreed to an extended briefing and expedited hearing schedule, with GSK's response to Abbott's Motion to Dismiss to be due by March 27, 2015, Abbott's reply to GSK's response to be due by April 3, 2015, and the hearing on the Motion to Dismiss to occur on April 8, 2015 in conjunction with the Parties' final pretrial conference;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their undersigned counsel, as follows:

1. GSK's response to Abbott's Motion to Dismiss the Second Amended Complaint shall be due by March 27, 2015;

2. Abbott's reply to GSK's response shall be due by April 3, 2015; and

3. The hearing on the Motion to Dismiss shall occur on April 8, 2015, in conjunction with the Parties' final pretrial conference.

DATED: March 13, 2015

By: /s/ James F. Hurst
James F. Hurst
KIRKLAND & ELLIS LLP
Attorney for Defendant
ABBOTT LABORATORIES

James F. Hurst (*Admitted Pro Hac Vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
Email: james.hurst@kirkland.com

Charles B. Klein (*Admitted Pro Hac Vice*)
Matthew A. Campbell (*Admitted Pro Hac Vice*)

WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com
Email: mcampbell@winston.com

Jeffrey I. Weinberger (SBN 56214)
Stuart N. Senator (SBN 148009)
Keith R.D. Hamilton (SBN 252115)
Caroline McKay Cunningham (SBN 270927)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: 213-683-9100
Facsimile: 213-687-3702
Email:  jeffrey.weinberger@mto.com
Email:  stuart.senator@mto.com
Email:  keith.hamilton@mto.com
Email:  caroline.cunningham@mto.com

DATED:  March 13, 2015

By: */s/ Brian Hennigan*
Brian Hennigan
HUESTON HENNIGAN LLP
Attorney for Plaintiff
GLAXOSMITHKLINE

Brian Hennigan (SBN 86955)
Moez M. Kaba (SBN 257456)
C. Mitchell Hendy (SBN 282036)
HUESTON HENNIGAN LLP
523 W. Sixth St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
Email: bhennigan@hueston.com;
Email: mkaba@hueston.com;
Email: mhendy@hueston.com

W. Mark Lanier (*Admitted Pro Hac Vice*)
THE LANIER LAW FIRM P.C.
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
Email: wml@lanierlawfirm.com

1
2
3
4
5

                                      Lee A. Cirsch (SBN 227668)
                                      THE LANIER LAW FIRM P.C.
                                      10866 Wilshire Blvd., Suite 400
                                      Los Angeles, California 90024
                                      Telephone: (310) 277-5100
                                      Facsimile: (310) 277-5103
                                      Email: lee.cirsch@lanierlawfirm.com

6      Pursuant to Civ. L. R. 5-1(i), the filer attests that concurrence in this filing has been obtained
7 from each of the above signatories.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28