| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)*<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>james.hurst@kirkland.com<br><br>Charles B. Klein (*Admitted Pro Hac Vice*)<br>Matthew A. Campbell (*Admitted Pro Hac Vice*)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC  20006<br>Telephone:     (202) 282-5000<br>Facsimile:      (202) 282-5100<br>cklein@winston.com;<br>macampbell@winston.com | Jeffrey I. Weinberger (SBN 56214)<br>Stuart N. Senator (SBN 148009)<br>Keith R.D. Hamilton (SBN 252115)<br>Caroline McKay Cunningham (SBN 270927)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>jeffrey.weinberger@mto.com;<br>stuart.senator@mto.com;<br>keith.hamilton@mto.com;<br>caroline.cunningham@mto.com<br><br>Counsel for Defendant<br>ABBOTT LABORATORIES |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION,<br>d/b/a GLAXOSMITHKLINE,<br><br>          Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | Case No. 4:07-cv-05702 CW<br><br>**ABBOTT'S PROPOSED JUROR QUESTIONNAIRE AS MODIFIED IN ACCORDANCE WITH THE COURT'S INSTRUCTIONS AT THE MARCH 19, 2015 HEARING AND [PROPOSED] ORDER** |

WHEREAS, at the hearing on March 19, 2015, the Court instructed Defendant Abbott Laboratories ("Abbott") to revise the Juror Questionnaire (ECF No. 388) and, by March 20, 2015, submit that revised version to the Court as its Proposed Juror Questionnaire for the upcoming trial;

WHEREAS, pursuant to the Court's instructions, Abbott has revised the Juror Questionnaire as reflected in Exhibit A to this filing (redline) and Exhibit B to this filing (clean);

WHEREAS, on March 20, 2015, Abbott provided Plaintiff GlaxoSmithKline ("GSK") with its Proposed Juror Questionnaire and GSK indicated it had no objection to the questionnaire in its revised form;

ACCORDINGLY, Abbott hereby submits its Proposed Juror Questionnaire for the Court's review.

DATED:  March 20, 2015

By: */s/ James F. Hurst*
James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
james.hurst@kirkland.com
Attorney for Defendant
ABBOTT LABORATORIES