# Exhibit A

## JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly. If there is anything on this form that you do not want to talk about in open court, please write "private" beside the question number.

1. Your name: _____

2. Your age: _____

3. The city where you live: _____

4. Your place of birth: _____

5. Do you rent or own your home? (circle one)   rent   own

6. Your marital status: (circle one)

    single    married    separated    divorced——widowed——live with partner

7. What is your occupation, and how long have you worked in it? (If you are retired, please write "retired" and describe your main occupation when you were working.)

    _____

8. Who is (or was) your employer?

    _____

9. How long have you worked for this employer? _____

10. Please list the occupations of any adults with whom you live.

    _____

11. If you have children, please list their ages and sex and, if they are employed, please give their occupations.

    _____

    _____

    _____

12. Your educational background:

    Highest grade completed:

College and/or vocational schools you have attended:

Major areas of study:

In the case for which you are called, ~~a~~two drug ~~manufacturer, drug wholesalers and pharmacies allege that~~ manufacturers—Abbott Laboratories~~, another drug manufacturer, violated antitrust laws through its~~ and GlaxoSmithKline—have a dispute that centers around the pricing of ~~prescription~~certain drugs used to fight the ~~human immunodeficiency virus~~Human Immunodeficiency Virus (HIV).

13. Do you or does someone close to you have training or experience in business management, accounting, economics, finance, or pharmaceuticals?

    Yes____    No____

14. Do you or does someone close to you have training or experience in health care or medicine?

    Yes____    No____

15. Do you or does someone close to you have training or experience in chemistry, biology, pharmacology or physiology?

    Yes____    No____

16. Do you or does someone close to you have training or experience in law or the legal system?

    Yes____    No____

17. Do you currently take any prescription medications?

    Yes____    No____    If yes, how many? ____

18. Do you or does a family member take any prescription medications you know to be manufactured by Abbott Laboratories or GlaxoSmithKline?

    Yes____    No____

    If yes, what are they?

19. Have you or has anyone close to you ever been diagnosed with HIV/AIDS?

    Yes____    No____

2

20. Do you have any personal opinions or beliefs about HIV/AIDS or HIV/AIDS patients that would prevent you from being fair and impartial in considering the evidence in this case?

    Yes____    No____

21. Have you heard about or read anything in the news about this case?

    Yes____    No____

22. Have you ever had a complaint against or dispute with any drug manufacturer, pharmacist or retail drug store?

    Yes____    No____

23. Have you or has anyone in your family been involved in any way, for example, as a party or a witness, in any sort of civil action or lawsuit, other than a divorce proceeding?

    Yes____    No____

24. Have you ever served on a jury before?

    Yes____    No____

    If yes, how many times in:
    State/County Court _____ Federal Court _____
    When?_____

    Was it a civil or criminal case?_____

    Did the jury(ies) reach a verdict?

    Yes____    No____

25. Is there anything not covered by this questionnaire that might affect your ability to be a fair or impartial juror in this case?

    Yes____    No____    Not Sure____

    IF YES or NOT SURE, please explain:

    _____
    _____
    _____

3

26. Attached is a list of the Plaintiffs and the Defendant in this case. Have you had any experiences, other than those of an ordinary retail customer, with any of the Plaintiffs or the Defendant in this case?

    Yes____    No____

    If so, make a check next to their name.

27. Also on the attached list are the names of the law firms, attorneys, and potential witnesses in this case. Do you know, or think you know, any of the law firms, attorneys or witnesses listed?

    Yes____    No____

    If so, make a check next to their name.

-----------------------------------------------------------------------------------------------------------------

### VERIFICATION

I, _____, declare under penalty of perjury
   PRINT FULL NAME
under the laws of the State of California and the United States of America, that the foregoing responses I have given on this juror questionnaire, and on any attached sheets, are true and correct to the best of my knowledge and belief.

_____          _____
DATE                                                                                SIGNATURE

## List of Parties, Attorneys and Potential Witnesses

~~Plaintiffs~~
~~Meijer, Inc.~~
~~Meijer Distribution, Inc.~~
~~Rochester Drug Cooperative, Inc.~~
~~Louisiana Wholesale Drug Co., Inc.~~
~~Safeway, Inc.~~
~~Rite Aid Corporation Ride Aid HDQTRS. Corporation Walgreen Co.~~
~~The Kroger Co.~~
~~New Albertson's, Inc.~~
~~American Sales Company, Inc.~~
~~HEB Grocery Company LP~~
~~JCG (PJC) USA, LLC~~
~~Maxi Drug, Inc. (Brooks Pharmacy)~~
~~Eckerd Corporation CVS Pharmacy, Inc.~~
~~Caremark, L.L.C.~~
~~GlaxoSmithKline~~
~~ViiV Healthcare~~

~~Attorneys for Plaintiffs (cont'd)~~
~~Law Offices of Joshua P. Davis~~
~~Berger & Montague, P.C.~~
~~    Eric Cramer~~
~~    Ellen Noteware~~
~~    Daniel Simons~~

~~Garwin Gerstein & Fisher LLP~~
~~    Bruce Gerstein~~
~~    Kenny Nachwalter~~
~~    Richard Arnold~~
~~    Scott Perwin~~
~~    Lauren C. Ravkin~~

~~Hangley Aronchick Segal & Pudli~~
~~    Stephen Shadowen~~
~~    Monica L. Rebuck~~
~~    GlaxoSmithKline~~
~~    Timothy A. Thelen~~

~~Irell & Manella LLP~~
~~    Alexander F. Wiles~~
~~    Brian J. Hennigan~~
~~    Trevor V. Stockinger~~
~~    S. Albert Wang~~

~~Arnold & Porter LLP~~
~~    Kenneth A. Letzler~~
~~    Daniel S. Pariser~~

~~Defendant~~
~~Abbott Laboratories~~

~~Attorneys for Defendant~~
~~Munger, Tolles, & Olson LLP~~
~~    Jeffrey I. Weinberger~~
~~    Stuart N. Senator~~
~~    Keith R.D. Hamilton~~
~~    Michelle Friedland~~

~~Attorneys for Plaintiffs~~
~~Lieff, Cabraser, Heimann & Bernstein LLP~~
~~    Joseph R. Saveri~~
~~    Brendan P. Glackin~~

~~Sarah R. London~~

~~Grant & Eisenhofer P.A.~~
~~Linda Phyllis Nussbaum~~
~~John Daniel Radice~~

~~Daar & Vanek, P.C.~~

~~Percy Smith & Foote LLP~~

~~Aubertine Draper Rose LLP~~
~~Andrew E. Aubertine~~

| ~~Attorneys for Defendant (cont'd)~~ | ~~Potential Witnesses (cont'd)~~ |
|---|---|
| ~~Winston & Strawn LLP~~ | ~~Deb DeYoung~~ |
| ~~James F. Hurst~~ | ~~Julie Fitzgerald~~ |
| ~~Samuel S. Park~~ | ~~Richard Gilbert~~ |
| ~~Stephanie S. McCallum~~ | ~~Joel Hay~~ |
| ~~Charles B. Klein~~ | ~~Peter Hare~~ |
| ~~Matthew A. Campbell~~ | ~~Renee Hauser~~ |
| | ~~Dale Kempf~~ |
| | ~~Karen Key~~ |
| | ~~Eugene Kolassa~~ |
| | ~~Jeff Leiden~~ |
| | ~~Joseph Marzouk~~ |
| | ~~Jeffrey Morgan~~ |
| | ~~John Morris~~ |
| | ~~Douglas Richman~~ |

| | |
|---|---|
| Plaintiffs<br>GlaxoSmithKline<br><br>Defendant<br>Abbott Laboratories<br><br>Attorneys for Plaintiffs<br>The Lanier Law Firm, PLLC<br>    W. Mark Lanier<br>    Lee A. Cirsch<br><br>Hueston Hennigan LLP<br>    Brian ~~Potential Witnesses~~ ~~Robert~~ J. ~~Dolan~~Hennigan<br>    C. Mitchell Hendy<br>    Moez M. Kaba<br><br>Irell & Manella<br>    Alex Wiles<br><br>Attorneys for Defendant<br>~~Keith Leffler~~<br>Kirkland & Ellis LLP<br>    James F. Hurst<br>    Rebecca Fitzpatrick<br>    ~~Roger Noll~~<br>~~Stephen D. Prowse~~<br>~~Javeed Siddiqui~~<br>~~Hal Singer~~<br>Michael ~~"Mick" Hannan~~D. Jones<br>~~John A. Keller~~<br>~~James Marlon Pittman~~<br>~~Chris Preti~~<br>~~Mark~~    Kevin T. Van Wart<br><br>Winston & Strawn LLP<br>    Samuel S. ~~Shaefer~~Park<br>    Charles B. Klein<br>    Matthew A. Campbell<br>    Krista M. Enns<br>    Steffen N. Johnson<br><br>Munger, Tolles, & Olson LLP<br>~~Miles White~~<br>~~Azra Behlim~~<br>~~J. Mark Boyer~~ | Potential Witnesses<br>Robert J. Dolan<br>Roger Noll<br>Stephen D. Prowse<br>Javeed Siddiqui<br>Hal Singer<br>Michael "Mick" Hannan<br>John A. Keller<br>James Marlon Pittman<br>Chris Preti<br>Mark S. Shaefer<br>Lawrence Doud<br>David Dunn<br>Joel Saban<br>Laureen Cassidy<br>William Dempsey<br>Jeffrey J. Devlin<br>Joseph Fiske<br>Renee Heuser<br>Christine Hendricks<br>Jesus Leal<br>John Leonard<br>Heather Mason<br>John Poulos<br>Jack Rivetti<br>Joseph Serio, Jr.<br>James Tyree<br>Melissa Brotz<br>Scott Brun<br>Chris Calamari<br>Deb DeYoung<br>Julie Fitzgerald<br>Richard Gilbert<br>Joel Hay<br>Peter Hare<br>Renee Hauser<br>Dale Kempf<br>Eugene Kolassa<br>Jeff Leiden<br>Joseph Marzouk<br>Jeffrey Morgan<br>John Morris<br>Douglas Richman |

7

~~Jacqueline Debruler~~
   ~~Lawrence Doud~~
~~David Dunn~~
~~Joel Saban~~
~~Gayle White~~
~~Laureen Cassidy~~
~~Carol Harrison Catena~~
~~William Dempsey~~
Jeffrey ~~J. Devlin~~<ins>I. Weinberger</ins>
   <ins>Stuart N. Senator</ins>
~~Jodi Devlin~~
   <ins>Keith R.D. Hamilton</ins>
   <ins>Carol M. Cunningham</ins>
   <ins>Kathryn A. Eidmann</ins>
   <ins>Keith R.D. Hamilton, II</ins>
~~Joseph Fiske~~
~~Renee Heuser~~
~~Melvyn Hodkinson~~
~~Christine Hendricks~~
~~Jesus Leal~~
~~John Leonard~~
~~Heather Mason~~
~~John Poulos~~
~~Jack Rivetti~~
~~Joseph Serio, Jr.~~
~~James Tyree~~
~~Melissa Brotz~~
~~Scott Brun~~
~~Chris Calamari~~