HUESTON HENNIGAN LLP
Brian Hennigan (SBN 86955)
Moez M. Kaba (SBN 257456)
C. Mitchell Hendy (SBN 282036)
523 W. Sixth St., Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340
Facsimile:    (888) 775-0898
bhennigan@hueston.com;
mkaba@hueston.com;
mhendy@hueston.com

THE LANIER LAW FIRM P.C.
W. Mark Lanier (*pro hac vice*)
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
wml@lanierlawfirm.com

THE LANIER LAW FIRM P.C.
Lee A. Cirsch (SBN 227668)
10866 Wilshire Blvd., Suite 400
Los Angeles, California 90024
Telephone: (310) 277-5100
Facsimile: (310) 277-5103
lee.cirsch@lanierlawfirm.com

Attorneys for Plaintiff
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE,<br><br>          Plaintiff,<br><br>     vs.<br><br>ABBOTT LABORATORIES,<br><br>          Defendant. | Case No. 4:07-cv-05702 (CW)<br><br>**NOTICE OF APPEARANCE OF PADRAIC W. FORAN AS COUNSEL FOR PLAINTIFF GLAXOSMITHKLINE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

I, PADRAIC W. FORAN, of Hueston Hennigan LLP, counsel of record for Plaintiff GlaxoSmithKline in the above-captioned matter, hereby enter my appearance as counsel for GlaxoSmithKline. I am a member in good standing of the State Bar of California and am admitted to practice in the Northern District of California. My address, telephone number, and email address are as follows:

Padraic W. Foran
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
(213) 7884354
pforan@hueston.com

Dated: March 25, 2015

*/s/ Padraic Foran* \_\_
Padraic W. Foran
HUESTON HENNIGAN LLP
523 W. Sixth St., Suite 400
Los Angeles, CA 90014
Attorneys for Plaintiff GlaxoSmithKline