| | |
|---|---|
| James F. Hurst *(Admitted Pro Hac Vice)*<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br>james.hurst@kirkland.com<br><br>Charles B. Klein (*Admitted Pro Hac Vice*)<br>Matthew A. Campbell (*Admitted Pro Hac Vice*)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC  20007<br>Telephone:   (202) 282-5000<br>Facsimile:   (202) 282-5100<br>cklein@winston.com;<br>macampbell@winston.com<br>Counsel for Defendant<br>ABBOTT LABORATORIES | Brian Hennigan (SBN 86955)<br>Moez M. Kaba (SBN 257456)<br>C. Mitchell Hendy (SBN 282036)<br>HUESTON & HENNIGAN LLP<br>523 W. 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone:   (213) 788-4340<br>Facsimile:   (888) 776-0898<br>bhennigan@hueston.com<br>mkaba@hueston.com<br>mhendy@hueston.com<br>Counsel for Plaintiff<br>GLAXOSMITHKLINE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION<br>d/b/a GLAXOSMITHKLINE,<br><br>                Plaintiff,<br><br>        vs.<br><br>ABBOTT LABORATORIES,<br><br>                Defendant. | Case No. C 07-5702 (CW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR JOHN LEONARD DESIGNATIONS** |

WHEREAS, under the Court's standing Pretrial Order, the parties must file supplemental designations, and certain other pretrial materials on April 1, 2015;

WHEREAS, counsel for Abbott has notified counsel for GSK that it does not currently plan to call Dr. John Leonard, a now-retired former Abbott employee, to testify at trial;

WHEREAS the parties have met and conferred and agree that the designation, counterdesignation, and objections to Dr. Leonard's deposition and prior trial testimony will require substantial time, as he testified about multiple key issues at the first trial;

THEREFORE, the parties request the Court's approval to postpone the deadline for filing designations, counterdesignations, and objections to Dr. Leonard's testimony, currently due April 1, to April 20th so that the parties may meet and confer to reduce the number of disputes that need to be brought to the Court's attention:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their undersigned counsel, as follows:

1. The parties will exchange initial designations of Dr. Leonard's testimony April 10th;
2. The parties will exchange objections and counter designations April 17th;
3. The parties will exchange objections to counter designations April 20th; and
4. The parties; designations, counterdesignations and objections will be filed with the Court April 20th.   All other deadlines are unchanged.

**IT IS SO STIPULATED AND AGREED:**

Date:  April 1, 2015

    /s/ Brian Hennigan
Brian Hennigan
HUESTON HENNIGAN LLP
523 W. Sixth St., Suite 400
Los Angeles, CA  90014
*Attorney for Plaintiff GlaxoSmithKline*

    /s/ Charles B.  Klein
Charles B. Klein *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
*Attorneys for Defendant Abbott Laboratories*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____          _____
                                Judge Claudia Wilken
                                U.S. District Court