# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SmithKlineBeecham Corporation, d/b/a/ GlaxoSmithKline

### SUMMONS IN A CIVIL CASE 

V.

CASE NUMBER: 07CV-05702 WHA

Abbott Laboratories

TO: (Name and address of defendant)
Abbott Laboratories
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alexander F. Wiles
Irell & Manella, LLP
1800 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067
Tel: (310) 277-1010
Email: AWiles@Irell.com

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

CYNTHIA LENAHAN

_____
(BY) DEPUTY CLERK

DATE November 9, 2007

NDCAO440